# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
Western      **DIVISION**

*RECEIVED JUN 1 4 2010*

IN RE: IOWA READY-MIX
ANTITRUST LITIGATION
         Plaintiff(s),

vs.

         Defendant(s).

No. C10-4038-MWB

**MOTION FOR ADMISSION
PRO HAC VICE**

     Joshua R. Carver     , a lawyer who is not a member of the bar of this district, moves to appear in this case pro hac vice on behalf of Strawn Construction Co.    states that he/she is a member in good standing of the bar of the United States District Court for the _____ District of Maine _____ the highest court of the state of Maine _____ the territory of _____, an insular possession of the United States, and that he/she agrees to submit to and comply with all provisions and requirements of the rules of conduct applicable to lawyers admitted to practice before the state courts of Iowa in connection with his/her pro hac vice representation in this case.

     *IN CIVIL CASES* Joshua R. Carver further states he/she will comply with the associate counsel requirements of LR 83.1.d.3 by associating with Sam S. Killinger an attorney who has been admitted to the bar of this district under LR 83.1.b and .c and who has entered an appearance in this case/will enter an appearance in this case on behalf of Strawn Construction Co. by _____.

     *IN CRIMINAL CASES* _____ further states his/her pro hac vice admission on behalf of the defendant in this case is authorized by LR 83.1.d.2.

Joshua R. Carver
Preti Flaherty
One City Center
PO Box 9546
Portland, ME 04112
Tel. 207-791-3000
Fax 207-791-3111
jcarver@preti.com