# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | |
|---|---|
| IN RE: IOWA READY-MIX CONCRETE ANTITRUST LITIGATION | No. C10-4038-MWB (CONSOLIDATED CASES) **ORDER** |
| BROWN COMMERCIAL CONSTRUCTION COMPANY, CONCRETE SPECIALTY, INC., VANDERHELM CONSTRUCTION, INC., on behalf of itself and all other similarly situated, Plaintiff, vs. GCC ALLIANCE CONCRETE, INC., *et al.*, Defendants. | No. C10-4056-MWB |

On June 14, 2010, the plaintiffs Brown Commercial Construction Company, Concrete Specialty, Inc., and Vanderhelm Construction, Inc. filed an action against GCC Alliance Concrete, Inc., and others, bearing case number C10-4056-MWB. The case is hereby **consolidated** into Case Number C10-4038-MWB, for all purposes. **All further filings must be made only in the consolidated case.**

All deadlines and discovery in the newly-filed case are **stayed** except as set forth in this order. **By June 24, 2010**, the attorneys for the plaintiffs in the newly-filed case are directed to confer with the plaintiffs' counsel in the other consolidated cases, and agree on a proposed order establishing procedures for selecting interim class counsel. The proposed order must be submitted to the court by email **by July 1, 2010**, at paul_zoss@iand.uscourts.gov. If the parties cannot agree on all of the terms of the proposed order, then counsel are authorized to submit proposed alternative provisions.

**IT IS SO ORDERED.**

**DATED** this 15th day of June, 2010.

_____
PAUL A. ZOSS
CHIEF MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT