IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| IN RE: IOWA READY-MIX CONCRETE ANTITRUST LITIGATION | No. C10-4038-MWB (CONSOLIDATED CASES) |

## WAIVER OF SERVICE OF SUMMONS

TO:  Scott D. Gilchrist
Cohen & Malad, LLP
One Indiana Square, Suite 1400
Indianapolis, IN 46204

Defendant Siouxland Concrete Company, by the undersigned counsel, hereby waives service of summons in *Brown Construction Company, et al. v. GCC Alliance Concrete, Inc., et al.*, which was originally filed under Case No. 5:10-cv-04056-MWB, and was subsequently consolidated into the above-captioned case.

Siouxland agrees to not require that it be served with judicial process in the manner provided by Rule 4.

Siouxland will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

6/18/10
Date

Misty Watt
Stinson Morrison Hecker LLP
1201 Walnut Street, Suite 2900
Kansas City, MO 64106
***Counsel for Siouxland Concrete Company***