IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| IN RE: IOWA READY-MIX CONCRETE ANTITRUST LITIGATION | No. C 10-4038-MWB (CONSOLIDATED CASES)<br><br>MOTION FOR ADMISSION PRO HAC VICE |

Kelsey N. McChane, a lawyer who is not a member of this bar of this district, moves to appear in this care pro hac vice on behalf of Defendants Great Lakes Concrete, Inc. and Kent R. Stewart, states that she is a member in good standing of the bars of the highest courts of the states of Nebraska and Iowa, and agrees to submit to and comply with all provisions and requirements of the rule of conduct applicable to lawyers admitted to practice before the state court of Iowa in connection with her pro hac vice representation in this case.

Kelsey N. McChane further states she will comply with the associate counsel requirements of LR 83.1.d.3 by associating with Larry A. Stoller, an attorney who has been admitted to the bar of this district under LR 83.1.b and .c, and who has entered an appearance in this case on behalf of Great Lakes Concrete, Inc. and Kent R. Stewart.

The certificates of good standing required by Administrative Order No. 10-AO-4-P is attached.

WHEREFORE, the undersigned respectfully moves that this Court enter an Order granting Kelsey N. McChane leave to appear pro hac vice for Defendants Kent Stewart and Great Lakes Concrete, Inc., in the above-captioned matter.

_/s/ Kelsey N. McChane_
Kelsey N. McChane, NE #24312, IA #0010146
Fraser Stryker PC LLO
500 Energy Plaza
409 South 17th Street
Omaha, Nebraska 68102
Tel:  (402) 341-6000
Fax:  (402) 341-8290
Email: kmcchane@fraserstryker.com

## CERTIFICATE OF SERVICE

This is to certify that the foregoing document was duly filed on the Court's CM/ECF system this 9th day of November, 2010, which sent notice to all recipients.

/s/ Larry A. Stoller
Larry A. Stoller

558875

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA

**ELECTRONIC CASE FILING SYSTEM**
**ATTORNEY REGISTRATION FORM**
**PLEASE TYPE**

This form shall be used to register for accounts on the court's CASE MANAGEMENT/ELECTRONIC FILES (CM/ECF) systems in the United States District Court for the Northern District of Iowa. Registered attorneys and other participants will have privileges both to electronically submit documents and to view and retrieve electronic docket sheets and documents as available for cases assigned to the CM/ECF systems. The following information is required for registration:

First/Middle/Last Name:  **Kelsey N. McChane**

Last Four Digits of Social Security Number:  **4382**

Firm Name:  **Fraser Stryker PC LLO**

Firm Address:  500 Energy Plaza
409 S. 17th Avenue
Omaha, Nebraska 68102

Voice Phone Number:  **402-341-6000**

FAX Phone Number:  **402-341-8290**

Internet E-Mail Address:  **kmcchane@fraserstryker.com**

Additional E-Mail Address:

Does your E-mail Software support HTML messages?   Yes ✓    No ☐

Do you currently have a login for CM/ECF for the Northern District of Iowa Bankruptcy Court?   Yes ☐  No ✓
If you currently have a login and wish to use the same login id in the district court, please list the login here:
          . **NOTE:** Only the login will be remain the same. You will be issued a new password with your district court login.

By submitting this registration form, the undersigned agrees to abide by the following rules:

1.  The systems are for use only in cases designated by the U.S. Courts for the Northern District of Iowa. The systems may be used to file and view electronic documents, docket sheets and notices.

2.  <u>Each attorney desiring to file pleadings or other papers electronically must complete and sign an Attorney Registration Form.</u> An attorney/participant's password issued by the court, combined with the user's identification (login), serves as and constitutes the attorney/participant's signature. Therefore, an attorney/participant must protect and secure the password issued by the court. If there is any reason to suspect the password has been compromised in any way, such as resignation or reassignment of the person with authority to use the password, it is the duty and responsibility of the attorney/participant to notify the court immediately. The court will immediately delete the password from the electronic filing system and issue a new password.

3.  Pursuant to Federal Rule of Civil Procedure 11, every pleading, motion and other paper shall be signed by at least one attorney of record or, if the party is not represented by an attorney, all papers shall be signed by the party. The electronic filing of a petition, pleading, motion, or other paper by an attorney who is a registered participant in the Electronic Filing System shall constitute the signature of that attorney under Federal Rule of Civil Procedure 11.

4. Registration as a Filing User constitutes: (1) consent to receive notice electronically and waiver of the right to receive notice by first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(D); (2) consent to electronic service and waiver of the right to service by personal service or first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(D) except with regard to service of a summons and complaint. Waiver of service and notice by first class mail applies to notice of the entry of any order or judgment.

5. A user accesses court information via the court's Internet site or through the Public Access to Court Electronic Records ("PACER") Service Center. Although the court manages the procedures for electronic filing, all electronic public access to case file documents occurs through PACER. A PACER login is required in addition to the password issued by the court. To register for PACER, a user must complete the online form or submit a registration form, available on the PACER web site (http://pacer.psc.uscourts.gov).

6. By this registration, the undersigned agrees to abide by all of the rules and regulations in the most recent Administrative Order, *Administrative Procedures for Filing, Signing, and Verifying Pleadings and Papers by Electronic Means* currently in effect and any changes or additions that may be made to such Administrative Procedures in the future.

Please return to: U.S. Courts
    Northern District of Iowa
    Attn: ECF Attorney Registration
    4200 C. St. S.W.
    Cedar Rapids, IA 52404

_____
Date                      Attorney/Participant Signature

Your login and password will be sent to you by the Office of the Clerk by regular, first-class mail. If you prefer to have your login/password sent to an address other than the one listed on the first page of this form, please write the address in the space provided below:

Firm Address:

**COURT USE ONLY:**

| Login Assigned | |
|---|---|
| Password Assigned | |
| Issuer | |
| Date test email sent | |
| Date reply returned | |
| Date login sent to user | |
| Date Scanned | |

2

# The Supreme Court of Iowa
# THE STATE OF IOWA

## *Certification*

**STATE OF IOWA, ss.**

I, *Donna M. Humpal*, Clerk of the Supreme Court of the State of Iowa, which court is the highest Court of said State, do hereby certify that *Kelsey Nicole McChane* was admitted to practice as an Attorney and Counselor at Law in the Courts of said State by the Supreme Court of Iowa on September 25, 2009, and at the present time she is in good standing at the bar in this Court. *

IN TESTIMONY WHEREOF, I have hereunto set my hand and caused to be affixed the Seal of said Court, in the City of Des Moines, this 3rd day of November, 2010.

Donna M. Humpal, Clerk
The Supreme Court of Iowa

\* Any requests for disciplinary history should be submitted to:
Iowa Supreme Court Attorney Disciplinary Board
1111 East Court Avenue
Des Moines IA 50319

# SUPREME COURT

# STATE OF NEBRASKA

# CERTIFICATE OF GOOD STANDING

I certify that I am Clerk of the Supreme Court of the State of Nebraska, the highest court of the State, and that on April 1, 2010, Kelsey N. McChane was admitted to practice as an Attorney and Counselor at Law by the Supreme Court. I further certify that the attorney is now in good standing in the Courts of Nebraska, and there is not now pending in this court any disciplinary action. The attorney's private and professional character appears to be good.

IN TESTIMONY WHEREOF, I have hereunto set my hand and caused to be affixed the Seal of this Court, in the City of Lincoln, on November 2, 2010.



_____
Lanet S. Asmussen
Clerk

By _____
Deputy Clerk