IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE:  IOWA READY-MIX | ) | |
| CONCRETE ANTITRUST | ) | No. C10-4038-MWB |
| LITIGATION | ) | (CONSOLIDATED CASES) |
| | ) | |
| | ) | ORDER |

_____

Upon unresisted application and pursuant to Administrative Order 1213,[1] it is

**ORDERED**

motion to appear pro hac vice (docket number 172) is granted. Attorney Kelsey N. McChane is admitted to practice in the Northern District of Iowa for the purpose of trying the above-captioned matter upon the condition that payment is made.

DATED this 12th day of November 2010.

ROBERT L. PHELPS, CLERK
U. S. District Court
Northern District of Iowa

By: /s/ djs
         Deputy Clerk

___

[1] Administrative Order 1213, filed January 31, 1994, gives the Clerk of Court authority to grant certain unresisted motions.