```
           IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF IOWA
                     WESTERN DIVISION
```

| | | |
|---|---|---|
| IN RE:  IOWA READY-MIX | ) | |
| CONCRETE ANTITRUST | ) | No. C10-4038-MWB |
| LITIGATION | ) | (CONSOLIDATED CASES) |
| | ) | |
| | ) | ORDER |

_____

Upon unresisted application and pursuant to Administrative Order 1213,[1] it is

**ORDERED**

motions to appear <u>pro</u> <u>hac</u> <u>vice</u> (docket numbers 191 and 192) are granted.  Attorneys Mark A. Thornhill and Emily M. Taylor are admitted to practice in the Northern District of Iowa for the purpose of trying the above-captioned matter.  Counsel have paid the pro hac vice admission fees and have already enrolled in the CM/ECF program.

DATED this 18th day of January, 2011.

```
                         ROBERT L. PHELPS, CLERK
                         U. S. District Court
                         Northern District of Iowa


                         By: /s/ djs
                                    Deputy Clerk
```

---

[1] Administrative Order 1213, filed January 31, 1994, gives the Clerk of Court authority to grant certain unresisted motions.