**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION**

| | |
|---|---|
| IN RE: IOWA READY-MIX CONCRETE ANTITRUST LITIGATION | No. C10-4038-MWB (CONSOLIDATED CASES)<br><br>**ORDER** |

This matter will come on for telephonic scheduling conference on **March 10, 2011, at 2:00 p.m.** All parties are directed to call the conference bridge line at 712-233-8933 and use pass code 1112#.

**IT IS SO ORDERED.**

**DATED** this 9th day of March, 2011.

*/s/ Paul A. Zoss*

PAUL A. ZOSS
CHIEF MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT