## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
## WESTERN DIVISION

| | | |
|---|---|---|
| **RANDY WATERMAN, DAWN ALLEN, FRANK AUDINO CONSTRUCTION INC, STRAWN CONSTRUCTION CO, FARMERS COOPERATIVE COMPANY, SIOUX CITY ENGINEERING CO, DIRKSEN AG ENTERPRISES, INC, LE MARS PUBLIC STORAGE INC, CITY OF LEMARS, IOWA, VANCE GRELL, PLYMOUTH COUNTY, IOWA, BROWN COMMERCIAL CONSTRUCTION COMPANY, CONCRETE SPECIALTY, INC , VANDERHELM CONSTRUCTION INC, STRAWN CONSTRUCTION SERVICES, INC, SIOUX COUNTY, IOWA, SIOUX CONTRACTORS,** | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| **Plaintiffs,** | ) ) | **C10-4038 MWB** |
| vs. | ) ) | **PRO HAC VICE** |
| **VS HOLDING COMPANY, STEVEN KEITH VANDE BRAKE, GCC ALLIANCE CONCRETE, INC, SIOUXLAND CONCRETE COMPANY, GREAT LAKES CONCRETE INC, KENT ROBERT STEWART, CORPORATE DOES I AND II, CHAD VAN ZEE, TRI-STATE READY-MIX INC.** | ) ) ) ) ) ) ) ) ) ) | **ORDER** |
| **Defendants.** | ) ) | |

Upon application and pursuant to Administrative Order 1213,[1] **it is ORDERED** the motion for Mark Foster (at docket no. 210) to appear pro hac vice on behalf of Defendant, Siouxland Concrete Company.

---

[1] Administrative Order 1213, filed January 31, 1994, gives the Clerk of Court authority to grant certain unresisted motions.

Attorney Mark Foster, from Stinson Morrison Hecker LLP, 1201 Walnut, Suite 2900, Kansas City, MO 64106 (816) 842-8600, is admitted to practice in the Northern District of Iowa for the purpose of trying the above-captioned matter, on behalf of Defendant.

**DATED** this 11th Day of March, 2011

Robert L Phelps
Clerk U. S. District Court Northern District of Iowa             By Deputy Clerk: s/src