## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA
## WESTERN DIVISION

| | |
|---|---|
| IN RE: IOWA READY-MIX CONCRETE ANTITRUST LITIGATION | No. C10-4038-MWB (CONSOLIDATED CASES) |

## JOINT MOTION FOR
## FINAL APPROVAL OF SETTLEMENT AGREEMENTS

Plaintiffs Randy Waterman, Frank Audino Construction, Inc., Sioux City Engineering Co., the City of Le Mars, Iowa, Holtze Construction Company and Brown Commercial Construction, Inc. (collectively "Plaintiffs"), by Class Counsel, and Defendants Tri-State Ready Mix, Inc., VS Holding Company, f/k/a Alliance Concrete, Inc., GCC Alliance Concrete, Inc., Chad Van Zee, Steven Keith VandeBrake, Great Lakes Concrete, Inc., Kent Robert Stewart and Siouxland Concrete Company (collectively "Defendants"), by counsel, pursuant to Fed. R. Civ. P. 23(e), jointly move this Court for final approval of the following three settlement agreements resolving the claims of this case (the "Settlements"):

- The Settlement Agreement with Tri-State Ready Mix, Inc., VS Holding Company, f/k/a Alliance Concrete, Inc., GCC Alliance Concrete, Inc., Chad Van Zee and Steven Keith VandeBrake;

- The Settlement Agreement with Great Lakes Concrete, Inc., VS Holding Company, f/k/a Alliance Concrete, Inc., GCC Alliance Concrete, Inc., Kent Robert Stewart and Steven Keith VandeBrake; and

- The Settlement Agreement with Siouxland Concrete Company, VS Holding Company, f/k/a Alliance Concrete, Inc., GCC Alliance Concrete, Inc. and Steven Keith VandeBrake.

The parties further jointly move the Court for the entry of an Order and Judgment Approving Settlement in the form attached to each of the Settlements as Exhibit "D."

Respectfully submitted,

| | |
|---|---|
| */s/ Irwin B. Levin* | */s/ Gregory P. Hansel* |
| Irwin B. Levin | Gregory P. Hansel |
| Scott D. Gilchrist | Randall B. Weill |
| COHEN AND MALAD, LLP | Joshua R. Carver |
| One Indiana Square, Suite 1400 | PRETI, FLAHERTY, BELIVEAU & |
| Indianapolis, IN 46204 | PACHIOS, LLP |
| Telephone: (317) 636-6481 | One City Center |
| Facsimile: (317) 636-2593 | P.O. Box 9546 |
| ilevin@cohenandmalad.com | Portland, ME 04112-9546 |
| sgilchrist@cohenandmalad.com | Telephone: (207) 791-3000 |
| | Facsimile: (207) 791-3111 |
| | ghansel@preti.com |
| | rweill@preti.com |
| | jcarver@preti.com |
| *Settlement Class Counsel* | *Settlement Class Counsel* |

Mark L. Zaiger
Jennifer E. Rinden
SHUTTLEWORTH & INGERSOLL, P.L.C.
115 Third Street SE, Suite 500
P.O. Box 2107
Cedar Rapids, IA 52406-2107
Telephone: (319) 365-9461
Facsimile: (319) 365-8564
MLZ@ShuttleworthLaw.com
JER@ShuttleworthLaw.com

*Plaintiffs' Liaison Counsel*

*/s/ Thomas J. Costakis (by consent)*
Thomas J. Costakis
C. Joseph Russell
Bryan S. Strawbridge
KRIEG DeVAULT LLP
One Indiana Square, Suite 2800
Indianapolis, Indiana 46204-2079
Telephone: (317) 636-4341
Facsimile: (317) 636-1507
tcostakis@kdlegal.com
crussell@kdlegal.com
bstrawbridge@kdlegal.com

Francis L. Goodwin
BARON, SAR, GOODWIN, GILL & LOHR
750 Pierce Street
PO Box 717
Sioux City, IA 51101
Phone: (712) 277-1015
Fax: (712) 277-3067
flgoodwin@baronsar.com

***Counsel for Defendant Steven Keith VandeBrake***

*/s/ Hayward L. Draper (by consent)*
Hayward L. Draper
Thomas H. Walton
NYEMASTER GOODE VOIGTS WEST HANSELL & O'BRIEN, P.C.
700 Walnut, Suite 1600
Des Moines, IA 50309
Phone: (515) 283-3149
Fax: (515) 283-8045
hdraper@nyemaster.com
twalton@nyemaster.com

***Counsel for Defendant VS Holding Company***

*/s/ William R. Pakalka (by consent)*
William R. Pakalka
Sumera Khan
FULBRIGHT & JAWORSKI L.L.P.
1301 McKinney, Suite 5100
Houston, Texas 77010
Phone: (713) 651-5151
Fax:  (713) 651-6246
wpakalka@fulbright.com
skhan@fulbright.com

Matthew G. Whitaker
Janelle Niebuhr
WHITAKER HAGENOW GBMG
400 East Court Avenue, Suite 346
Des Moines, IA 50302
Telephone: (515) 284-5001
Facsimile: (515) 864-0035
mwhitaker@gbmglaw.com
jniebuhr@gbmglaw.com

***Counsel for Defendant GCC Alliance Concrete, Inc***.

*/s/ Mark A Thornhill (by consent)*
Mark A. Thornhill
Emily M. Taylor
SPENCER FANE BRITT & BROWNE, LLP
1000 Walnut Street, Suite 1400
Kansas City, MO 64106-2140
816-474-8100
816-474-3216 (fax)
mthornhill@spencerfane.com
etaylor@spencerfane.com

***Counsel for Tri-State Ready Mix, Inc. and Chad Van Zee***

3

| | |
|---|---|
| */s/ David E. Everson (by consent)* <br> David E. Everson <br> Misty Cooper Watt <br> STINSON MORRISON & HECKER, LLP <br> 1201 Walnut <br> Kansas City, MO 64106 <br> Telephone: (816) 691 3108 <br> Facsimile: (816) 412 1131 <br> deverson@stinson.com <br> mwatt@stinson.com <br><br> ***Counsel for Siouxland Concrete Company*** | */s/ Mark C. Laughlin* <br> Mark C. Laughlin <br> David C. Mullin <br> FRASER STRYKER PC LLO <br> 500 Energy Plaza <br> 409 South 17th Street <br> Omaha, Nebraska 68102 <br> Telephone: (402) 341-6000 <br> Facsimile: (402) 341-8290 <br> mlaughlin@fraserstryker.com <br> dmullin@fraserstryker.com <br><br> ***Counsel for Defendants Great Lakes Concrete Inc. and Kent Robert Stewart*** |

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 18, 2011, the attached document was electronically transmitted to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to all registered counsel of record.

/s/ *Irwin B. Levin* <br>
Irwin B. Levin <br>
COHEN AND MALAD, LLP <br>
One Indiana Square, Suite 1400 <br>
Indianapolis, IN 46204 <br>
Telephone: (317) 636-6481 <br>
Facsimile: (317) 636-2593 <br>
ilevin@cohenandmalad.com