## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA
## WESTERN DIVISION

IN RE: IOWA READY-MIX CONCRETE
ANTITRUST LITIGATION

No. 5:10-CV004038-MWB
(CONSOLIDATED CASES)

## DECLARATION OF MICHELLE M. LA COUNT, ESQ.

I, Michelle M. La Count, Esq., declare pursuant to 28 U.S.C. § 1746 as follows:

1.     I am the Vice President of Case Management with A.B. Data, Ltd.'s Class Action Administration Division ("A.B. Data") with offices located in Milwaukee, Wisconsin; West Palm Beach, Florida; and New York, New York.

2.     I submit this Declaration at the request of Class Counsel in connection with the class action settlement administration proceedings in *In re Iowa Ready-Mix Concrete Antitrust Litigation*, Consolidated Case No.: 5:10-CV004038-MWB (the "Action"). Specifically, this Declaration reports on steps taken to date in the administration of notice of: (i) the Settlement Agreement with Tri-State Ready Mix, Inc., VS Holding Company, f/k/a Alliance Concrete, Inc., GCC Alliance Concrete, Inc., Chad Van Zee and Steven Keith VandeBrake ("Alliance/Tri-State Settlement"); (ii) the Settlement Agreement with Great Lakes Concrete, Inc., VS Holding Company, f/k/a Alliance Concrete, Inc., GCC Alliance Concrete, Inc., Kent Robert Stewart and Steven Keith VandeBrake ("Alliance/Great Lakes Settlement"); and (iii) the Settlement Agreement with Siouxland Concrete Company, VS Holding Company, f/k/a Alliance Concrete, Inc., GCC Alliance Concrete, Inc. and Steven Keith VandeBrake ("Alliance/Siouxland Settlement") (collectively the "Settlements").

Declaration of Michelle M. La Count, Esq.
*In re: Iowa Ready-Mix Concrete Antitrust Litigation*, No.5:10-CV-04038-MWB, pending in the United States District Court Northern District of Iowa Western Division

3.     This Declaration is based upon my personal knowledge and upon information provided by Class Counsel, my associates, and staff.

4.     A.B. Data was responsible for the notice administration.  This Declaration reports the implementation of the notice administration program, which consisted of the following:

    A.   Disseminating the Notice of Class Action Settlement and Hearing (the "Mailed Notice") for the following three classes: (i) the Alliance/Great Lakes Settlement Class, (ii) the Alliance/Siouxland Settlement Class, and (iii) the Alliance/Tri-State Settlement Class, to all known class members by First-Class Mail, postage paid.  Copies of the Mailed Notices are annexed hereto as Exhibit A.

    B.   Establishing a case-specific toll-free line with an interactive voice response (IVR) system and live operators.

    C.   Providing summary information, copies of Notices and other case-related documents for access and download on A.B. Data's website at abdataclassaction.com and on the case-specific website www.IowaConcreteAntitrustSettlement.com.

    D.   Publishing three Summary Notices for each Settlement ("Summary Notices") in the *Sioux City Journal* and in any additional local or regional papers that appear likely to achieve the best notice practicable under the circumstances.  Copies of the Summary Notices are annexed hereto as Exhibit B.

## NOTICE EFFECTUATION

5.     On or about July 13, 2011, A.B. Data received the Court-approved drafts of the Mailed Notices of the Settlements and formatted them for printing.

6.     On or about August 3, 2011, A.B. Data received from Class Counsel class lists for: (i) the Alliance/Great Lakes Settlement Class, with 5,172 names and addresses, (ii) the Alliance/Siouxland

Declaration of Michelle M. La Count, Esq.

*In re: Iowa Ready-Mix Concrete Antitrust Litigation*, No.5:10-CV-04038-MWB, pending in the United States District Court
Northern District of Iowa Western Division

Settlement Class, with 1,572 names and addresses, and (iii) the Alliance/Tri-State Settlement Class with 5,173 names and addresses.

7.    At the direction of Class Counsel, A.B. Data standardized and updated the class list addresses using NCOA$^{\text{Link}}$, a national database of address changes that is compiled by the United States Postal Service (USPS).

8.    On or about August 15, 2011, A.B. Data printed the Mailed Notices for each Settlement in preparation for mailing.

9.    According to the Order Preliminarily Approving Settlement, Certifying Alliance/Great Lakes Settlement Class, and Directing Notice; the Order Preliminarily Approving Settlement, Certifying Alliance/Siouxland Settlement Class, and directing Notice; and the Order Preliminarily Approving Settlement, Certifying Alliance/Tri-State Settlement Class, and directing Notice (the "Preliminary Approval Orders"), the posting of the Mailed Notices was to occur by August 19, 2011.  On August 19, 2011, A.B. Data delivered the Mailed Notices for each Settlement to the USPS to be mailed via First-Class Mail, postage prepaid.

10.    As of October 12, 2011, 384 of the 5,172 Great Lakes Notices mailed to date have been returned by the USPS to A.B. Data as undeliverable as addressed ("UAA"); of those returned UAA, 17 had forwarding addresses and were re-sent.  As of October 12, 2011, 62 of the 1,572 Siouxland Notices mailed to date have been returned by the USPS to A.B. Data as undeliverable as addressed ("UAA"); of those returned UAA, two had forwarding addresses and were re-sent.  As of October 12, 2011, 323 of the 5,173 Tri-State Notices mailed to date have been returned by the USPS to A.B. Data as undeliverable as addressed ("UAA"); of those returned UAA, 12 had forwarding addresses and were re-sent.

## IVR

11.    On or about August 2, 2011, a case-specific toll-free number, 866-540-4949, was established with an IVR system and live operators.  The automated attendant answered the calls and presented callers with a

Declaration of Michelle M. La Count, Esq.

*In re: Iowa Ready-Mix Concrete Antitrust Litigation*, No.5:10-CV-04038-MWB, pending in the United States District Court Northern District of Iowa Western Division

series of choices to respond to basic questions.  If callers needed further help, they had the option to be transferred to a live operator during business hours.

12.   From August 22, 2011, through October 12, 2011, A.B. Data received 29 telephone calls and zero voice mail messages.

**WEBSITES**

13.   On or about August 22, 2011, A.B. Data established the case-specific website, www.IowaConcreteantitrustsettlement.com for the above-captioned case.  Included on this website are general information regarding the case and its current status, information related to the three Settlement Agreements and Settlements Classes, and deadlines for requesting exclusion from the Classes, objecting to the Settlements or appearing by counsel.  The website also hosts the following documents in "portable document format" (.pdf) for download by potential Class Members:

    a.   The Second Amended Consolidated Class Action Complaint, which to date was downloaded  five times;

    b.   The Plaintiffs' Motion for an Award of Attorneys' Fees, the Reimbursement of Expenses, and Incentive Awards for Class Representatives, which to date was downloaded one time;

    c.   The Brief in Support of Plaintiffs; Motion for an Award of Attorneys' Fees, the Reimbursement of Expenses, and Incentive Awards for Class Representatives, which to date was downloaded one time;

    d.   The Declaration of Irwin B. Levin in Support of Plaintiffs' Motion for an Award of Attorneys' Fees, the Reimbursement of Expenses, and Incentive Awards for Class Representatives, which to date was downloaded one time;

    e.   The Alliance/Great Lakes Settlement, which to date was downloaded 33 times;

    f.   The Alliance/Great Lakes Preliminary Approval Order, which to date was downloaded eight times;

Declaration of Michelle M. La Count, Esq.

*In re: Iowa Ready-Mix Concrete Antitrust Litigation*, No.5:10-CV-04038-MWB, pending in the United States District Court Northern District of Iowa Western Division

g.  The Alliance/Great Lakes Settlement Mailed Notice, which to date was downloaded 24 times;

h.  The Alliance/Siouxland Settlement, which to date was downloaded 21 times;

i.  The Alliance/Siouxland Preliminary Approval Order, which, to date was downloaded three times;

j.  The Alliance/Siouxland Settlement Mailed Notice, which to date was downloaded 10 times;

k.  The Alliance/Tri-State Settlement , which to date was downloaded 33 times;

l.  The Alliance/Tri-State Preliminary Approval Order, which to date was downloaded four times; and

m.  The Alliance/Tri-State Settlement Mailed Notice, which to date was downloaded 23 times.

14.  On or about August 22, 2011, A.B. Data established a page on its website, abdataclassaction.com, for the above-captioned case.  Included on this page was general information regarding the case and its current status as well as the above mentioned documents for download by potential Class Members.

**PUBLICATION**

15.  In accordance with the Preliminary Approval Orders, and at the request of Class Counsel, A.B. Data researched the publication reach of several local and regional papers in order to determine the best published notice practicable under the circumstances, given the location of the plants from which Class members made purchases, and with the approval of Class Counsel caused the publication of Summary Notices in each Class' respective area newspapers as follows:

a.  Spirit Lake Dickinson Co. News, published on Wednesday, August 17, 2011, and August 24, 2011 (Alliance/Great Lakes Settlement);

b.  Sibley Osceola Co. Gazette-Tribune, published on Wednesday, August 17, 2011, and August 24, 2011 (Alliance/Great Lakes Settlement);

Declaration of Michelle M. La Count, Esq.

*In re: Iowa Ready-Mix Concrete Antitrust Litigation*, No.5:10-CV-04038-MWB, pending in the United States District Court
Northern District of Iowa Western Division

c.  Orange City Sioux Co. Capital-Democrat, published on Thursday August 18, 2011, and August 25, 2011 (Alliance/Tri-State Settlement);

d.  Spencer Daily Reporter, published on Thursday August 18, 2011, and August 25, 2011 (Alliance/Great Lakes Settlement);

e.  Sioux City Journal, published on Friday August 19, 2011, and August 26, 2011 (all Settlements);

f.  Le Mars Daily Sentinel, published on Friday August 19, 2011, and August 16, 2011 (Alliance/Siouxland Settlements); and

g.  Sheldon Northwest Iowa Review, published on Saturday August 20, 2011, and August 27, 2011 (Alliance/Tri-State Settlement and Alliance/Great Lakes Settlement).

Copies of the certifications of publication and release are annexed hereto as Exhibit C.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 17th day of October 2011.

_____
Michelle M. La Count, Esq.

Declaration of Michelle M. La Count, Esq.

*In re: Iowa Ready-Mix Concrete Antitrust Litigation*, No.5:10-CV-04038-MWB, pending in the United States District Court Northern District of Iowa Western Division

# Exhibit A

# Exhibit A-1

## THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA

## NOTICE OF CLASS ACTION SETTLEMENT AND HEARING

ALL INDIVIDUALS OR ENTITIES WHO PURCHASED READY-MIX CONCRETE FROM JANUARY 1, 2006 THROUGH DECEMBER 31, 2009 DIRECTLY FROM THE HAWARDEN, ORANGE CITY, SIOUX CENTER, OR SHELDON PLANTS THAT ALLIANCE CONCRETE, INC. OWNED BEFORE JANUARY 14, 2008 AND THAT GCC ALLIANCE CONCRETE, INC. HAS OWNED SINCE THAT DATE, OR TRI-STATE READY-MIX, INC.'S ROCK VALLEY PLANT.

PLEASE READ THIS ENTIRE NOTICE CAREFULLY.  YOUR LEGAL RIGHTS MAY BE AFFECTED BY A LAWSUIT NOW PENDING IN THIS COURT.

**The United States District Court for the Northern District of Iowa has authorized this Notice. This is not a solicitation.  This is not a lawsuit against you, and you are not being sued.**

- Settlements have been reached on behalf of three separate classes of direct purchasers of Ready-Mix Concrete in the lawsuit entitled *In re:  Iowa Ready-Mix Concrete Antitrust Litigation,* Case No. 5:10-cv-04038-MWB (the "Lawsuit"), which is pending in the United States District Court for the Northern District of Iowa (the "Court").  You may be a member of one, two, or all three proposed "Settlement Classes" for which settlements have been reached.  Please read this **and any other notices from the Lawsuit** carefully to determine if and how your rights may be affected.

- This Notice concerns a Settlement between the Plaintiffs in the Lawsuit and Defendants Tri-State Ready Mix, Inc.  ("Tri-State"), Chad Van Zee ("Van Zee"), GCC Alliance Concrete, Inc. ("GCC Alliance"), Steven Keith VandeBrake ("VandeBrake"), and VS Holding Company, f/k/a Alliance Concrete, Inc. ("VS Holding") (collectively and for convenience, referred to as "Alliance/Tri-State Class Settling Defendants").

- The Court has preliminarily approved the Settlement and has certified the following "Alliance/Tri-State Settlement Class":  All persons or entities who purchased Ready-Mix Concrete from January 1, 2006 through December 31, 2009 directly from the Hawarden, Orange City, Sioux Center or Sheldon plants that Alliance Concrete, Inc. owned before January 14, 2008 and that GCC Alliance has owned since that date (for convenience, the "Alliance Plants"), or Tri-State's Rock Valley plant (the "Tri-State Plant").

- The Court has appointed the Plaintiffs to represent the Alliance/Tri-State Settlement Class and their attorneys as Class Counsel.  This is a partial settlement and does not conclude any claims against Defendants other than the Alliance/Tri-State Class Settling Defendants with respect to the Alliance Plants and the Tri-State Plant.

- You received this Notice because records produced in the Lawsuit indicate you may be a member of the Alliance/Tri-State Settlement Class.

- The purpose of this Notice is to advise members of the Alliance/Tri-State Settlement Class of the proposed Settlement of claims being asserted against the Alliance/Tri-State Class Settling Defendants and how to assert any rights you may have under the Settlement. It is also intended to advise you of a hearing to consider the proposed settlement on November 1, 2011. The Court must decide whether to approve the Settlement as fair, reasonable, and adequate.

- If you are a member of the Alliance/Tri-State Settlement Class, your legal rights are affected whether you act or choose not to act. Please read this Notice carefully.

| YOUR LEGAL RIGHTS AND OPTIONS (YOU MUST CHOOSE AMONG ONE OF THESE OPTIONS) | | DEADLINE |
|---|---|---|
| **EXCLUDE YOURSELF** | You may exclude yourself from the Settlement, in which case you will not be eligible to receive any payments from the Settlement that are approved by the Court or to comment on the Settlement. This is the only option that allows you to be part of any other lawsuit against the Alliance/Tri-State Class Settling Defendants about the legal claims brought or which could be brought in this case. | October 3, 2011 |
| **DO NOTHING** | If you choose to do nothing, you will remain eligible to receive any payments from the Settlement that are approved by the Court. This will result in a release of any right you may have to pursue the legal claims brought, or which could have been brought, in this case against the Alliance/Tri-State Class Settling Defendants based on direct purchases from the Alliance Plants and the Tri-State Plant during the Class Period. If you choose to do nothing, and the settlement is approved by the Court, you will be required to submit a Claim Form to receive money from the settlement. | N/A |
| **OBJECT** | Write to the Court if you do not think the Settlement is fair. If you exclude yourself from the Settlement, you may not object. | October 3, 2011 |
| **GO TO A HEARING** | If you object, you may also ask to speak in Court about the fairness of the Settlement. | November 1, 2011 |

**These rights and options—and the deadlines to exercise them—are explained in this Notice.**

## BASIC INFORMATION

| **1. Why did I get this Notice?** |
| --- |

This Notice has been sent to you because the Alliance/Tri-State Class Settling Defendants' records show that you purchased Ready-Mix Concrete directly from the Tri-State Plant or the Alliance Plants at any time from and including January 1, 2006 through and including December 31, 2009. You have the right to know about a proposed settlement of a class action lawsuit that may affect your rights.

This Notice explains the Lawsuit, the terms of the Settlement, your legal rights, what benefits may be available, who may be eligible for them, and what you will be giving the Alliance/Tri-State Class Settling Defendants in this Settlement.

The Court in charge of the case is the United States District Court for the Northern District of Iowa. The case is known as *In re: Iowa Ready-Mix Concrete Antitrust Litigation,* Case No. 5:10-CV-4038-MWB. The companies who sued are called the Plaintiffs. The companies and individuals the Plaintiffs sued are called the Defendants. The Defendants in this Lawsuit are GCC Alliance Concrete, Inc.; Siouxland Concrete Company; VS Holding Company, f/k/a Alliance Concrete, Inc.; Great Lakes Concrete, Inc.; Steven Keith VandeBrake; Kent Robert Stewart; Chad Van Zee; and Tri-State Ready-Mix, Inc. The Defendant companies sold Ready-Mix Concrete in the Northwest Iowa area during some or all of the period from January 1, 2006 through December 31, 2009; that is the focus of the lawsuit.

| **2. What is the Lawsuit about?** |
| --- |

The Lawsuit asserts that, from January 1, 2006 through December 31, 2009, the Alliance/Tri-State Class Settling Defendants participated in an unlawful conspiracy to raise, fix, maintain, or stabilize the price of Ready-Mix Concrete sold from the Tri-State Plant and Alliance Plants, in violation of Section 1 of the Sherman Act, Title 15, United States Code, Section 1. The Plaintiffs claim that this conspiracy among the Alliance/Tri-State Class Settling Defendants resulted in artificially high prices for Ready-Mix Concrete sold by Defendants from the Tri-State Plant and Alliance Plants. The Plaintiffs are seeking money damages and other relief on behalf of themselves and other persons and entities who purchased Ready-Mix Concrete directly from the Tri-State Plant and Alliance Plants during this time period. The Court has not made any determination of the Alliance/Tri-State Class Settling Defendants' liability for these claims.

| **3. What is a class action?** |
| --- |

A class action is a lawsuit in which one or more persons called class representatives sue on behalf of other persons who have similar claims. Together, all these persons are a class or, individually, class members. One court resolves the issues for all class members, except for those who exclude themselves from the class. For this reason, the judge must find that the Settlement of this class action is fair, reasonable, and adequate before the Settlement can receive final Court approval.

| **4. Why is there a settlement?** |
| --- |

The Lawsuit has not gone to a trial. Instead, the Plaintiffs and the Alliance/Tri-State Class Settling Defendants agreed to settle to avoid the costs and risks of trial. The Settlement provides the opportunity for payments or other benefits to be made available to Class Members. Under this Settlement, Class Members give the Alliance/Tri-State Class Settling Defendants a release of

any right they may have to pursue the same legal claims brought, or which could have been brought, in this case against the Alliance/Tri-State Class Settling Defendants based on direct purchases from the Alliance Plants or the Tri-State Plant.

## WHO IS IN THE SETTLEMENT?

**5.   How do I know if I am part of the settlement?**

You are a member of the Alliance/Tri-State Settlement Class if you purchased Ready-Mix Concrete directly from the Alliance Plants or the Tri-State Plant at any time from and including January 1, 2006 through and including December 31, 2009.

**6.   Are there exceptions to being included?**

You are not an Alliance/Tri-State Settlement Class Member if you are one of the Defendants; their co-conspirators; or their respective parents, subsidiaries, or affiliates.  You are also not an Alliance/Tri-State Settlement Class Member if you are a federal government entity.

## THE SETTLEMENT TERMS

**7.   What does the settlement provide?**

The Alliance/Tri-State Settling Defendants have agreed to pay the amount of $10,730,335 pursuant to the terms of the Settlement.  GCC Alliance, VandeBrake, Tri-State, Van Zee, and VS Holding have also agreed to provide cooperation to Plaintiffs until the termination of the Action.

This Settlement was achieved after a year of litigation and numerous negotiating sessions between Class Counsel and the lawyers for the Alliance/Tri-State Class Settling Defendants.  It was also based on an economic analysis of the potential damages of the Alliance/Tri-State Settlement Class.  Because of the inherent risks of litigation, Plaintiffs believe that the Settlement provides a fair and efficient resolution of the Plaintiffs' and Class Members' claims against the Alliance/Tri-State Class Settling Defendants for these claims.

Under the terms of the Settlement, the Alliance/Tri-State Class Settling Defendants have deposited or will deposit their respective Settlement Amounts into a Settlement Fund.  Class Counsel will seek Court permission to distribute the Settlement Fund to Class Members and to pay amounts approved by the Court for the costs of administering the Settlement (such as the cost of giving this Notice, Class Counsel's attorneys' fees and reasonable expenses, and incentive payments to the class representatives).

It is anticipated that the proposed distribution of amounts from the remaining balance of the Settlement Fund to participating Class Members will be in direct proportion to the amount of each participating Class Member's purchases of Ready-Mix Concrete from the Alliance/Tri-State Class Settling Defendants from the Alliance Plants and from the Tri-State Plant at any time from January 1, 2006 through December 31, 2009, when compared to all such purchases by participating Class Members.

**8.   When will the Settlement be final?**

The Court will hold a hearing on November 1, 2011, to decide whether to give final approval to the Settlement.  If the Court approves the Settlement and there are no appeals, the Settlement will become final thirty (30) days after the Court's approval.

## PARTICIPATING IN THE SETTLEMENT

**9.   How do I participate in the Settlement?**

If you believe you are a member of the Alliance/Tri-State Settlement Class, you do not need to take any action at this time to participate in the Settlement.  Once the Court approves a method of distributing the Settlement Fund, information about the proposed distribution of settlement funds will be provided to Class Members, along with Claim Forms and instructions for completing a claim.  These materials will also be made available on the settlement website.

**10. Do I have to give anything up to participate?**

If you are a member of the Alliance/Tri-State Settlement Class and do not exclude yourself, you will be bound by the terms of the Settlement and any orders of the Court related to the Settlement and you agree to and will release any right you may have to pursue the same legal claims brought, or which could have been brought, in this case against the Alliance/Tri-State Class Settling Defendants based on direct purchases from the Alliance Plants or the Tri-State Plant.

## EXCLUDING YOURSELF FROM THE SETTLEMENT

**11. How do I get out of the Alliance/Tri-State Settlement Class?**

You may request to be excluded from, or to "opt out" of, the Alliance/Tri-State Settlement Class.  If you elect to be excluded from the Class, you will not be bound by any of the terms of the Settlement or any judgment entered pursuant to the Settlement nor will you be eligible to receive any benefits of the Settlement.  You will retain and be free to pursue any claims that you may have against the Alliance/Tri-State Class Settling Defendants on your own behalf and at your own cost.

If you wish to exclude yourself from the Alliance/Tri-State Settlement Class, you must mail a written request for exclusion, no later than October 2, 2011, to the following:

| Class Counsel |
| :---: |
| Gregory P. Hansel |
| PRETI FLAHERTY |
| One City Center |
| PO Box 9546 |
| Portland, ME  04112-9546 |

Requests for exclusion do not need to be in any particular format, except that the request must:

- State that you intend to "opt out" or request "exclusion" from the Alliance/Tri-State Settlement Class for claims against the Alliance/Tri-State Class Settling Defendants;
- Contain the full name and current address of the person or entity requesting exclusion;
- Contain the title and a statement of authority of any person requesting exclusion from the Alliance/Tri-State Settlement Class on behalf of an entity other than an individual;
- Contain the title of the Lawsuit:  "*In re:  Iowa Ready-Mix Concrete Antitrust Litigation*;"
- Be signed by you; and
- Be sent by U.S. Mail, First-Class and postage prepaid, with a postmark on or before October 3, 2011.

You cannot exclude yourself by phone or email.

**12. If I do not exclude myself, can I sue the Alliance/Tri-State Class Settling Defendants later?**

Unless you exclude yourself, you cannot sue the Alliance/Tri-State Class Settling Defendants for the claims resolved by this Settlement.  If you exclude yourself from the Settlement, you cannot participate in or object to the Settlement,  you will not receive any money from the settlement, and any claims you may have against the Alliance/Tri-State Class Settling Defendants will be subject to applicable statutes of limitation.

## COMMENTING ON THE SETTLEMENT

**13. How do I tell the Court if I do not think the Settlement is fair?**

If you are an Alliance/Tri-State Settlement Class Member and have not excluded yourself, you can object to the Settlement or any part of the Settlement.  The Court will consider your views.  Your objection must be in writing and must be mailed no later than October 3, 2011, to the following:

| Class Counsel | Counsel for VS Holding |
|---|---|
| Irwin B. Levin<br>COHEN & MALAD, LLP<br>One Indiana Square, Suite 1400<br>Indianapolis, IN  46204 | Hayward L. Draper<br>NYEMASTER, GOODE, P.C.<br>700 Walnut Street, Suite 1600<br>Des Moines, IA  50309-3899 |
| **Counsel for GCC Alliance** | **Counsel for Tri-State and Van Zee** |
| William R. Pakalka<br>FULBRIGHT & JAWORSKI L.L.P.<br>Fulbright Tower<br>1301 McKinney Street, Suite 5100<br>Houston, TX  77010 | Mark A. Thornhill<br>SPENCER FANE BRITT<br>   & BROWNE LLP<br>1000 Walnut Street, Suite 1400<br>Kansas City, MO  64106-2140 |
| **Counsel for VandeBrake** | **The Court** |
| Thomas J. Costakis<br>KRIEG DeVAULT LLP<br>One Indiana Square, Suite 2800<br>Indianapolis, IN  46204-2079 | The Honorable Mark W. Bennett, Judge<br>United States District Court<br>Northern District of Iowa<br>PO Box 838<br>Sioux City, IA  51102-0838 |

An objection does not need to be in any particular format, except that the objection must:

- State that you intend to object to the Settlement with the Alliance/Tri-State Class Settling Defendants;
- Contain the full name and current address of the person objecting;
- Contain the title and a statement of authority of any person objecting on behalf of an entity other than an individual;
- Contain the title of the Lawsuit:  "*In re:  Iowa Ready-Mix Concrete Antitrust Litigation*;"
- State the reasons for your objection;
- Be accompanied by any evidence, briefs, motions, or other materials you intend to offer in support of your objection;

- Be signed by you; and
- Be sent by U.S. Mail, First-Class and postage prepaid, with a postmark on or before October 3, 2011.

You cannot object to the Settlement by phone or email.

**Intervention:**   Any request for intervention must meet the requirements set forth above, including the deadline, for filing objections; must be accompanied by any evidence, briefs, motions, or other materials you intend to offer in support of your request for intervention; and must meet the requirements of the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Northern District of Iowa.

## 14. What's the difference between excluding myself and objecting?

If you exclude yourself, you are no longer a member of the Alliance/Tri-State Settlement Class and you keep your right to file your own lawsuit against the Alliance/Tri-State Class Settling Defendants at your own expense.  If you exclude yourself, you may not object to the Settlement and you cannot receive any payments or credits from the Settlement.  If you remain an Alliance/Tri-State Settlement Class Member, you may object.

## 15. Can I have a lawyer represent me?

The law firms of Cohen & Malad, LLP, and Preti Flaherty Beliveau & Pachios LLP have been appointed by the Court and represent you and other Alliance/Tri-State Settlement Class Members.  These lawyers are called Class Counsel.  If you want to be represented by your own lawyer, you may hire one at your own expense.  However, any lawyer intending to appear at the Fairness Hearing must be duly admitted to practice law before the United States District Court for the Northern District of Iowa and must file a written appearance no later than October 3, 2011.  Copies of the appearance must be served on Class Counsel and counsel for the Alliance/Tri-State Class Settling Defendants at the addresses included in this Notice in accordance with the Federal Rules of Civil Procedure.

## 16. What happens if I do nothing at all?

If you do nothing, you will remain an Alliance/Tri-State Settlement Class Member and will remain eligible for any benefits available under the Settlement.  If the Court approves the Settlement, you will be bound by its terms as well as any Court orders related to the Settlement and a release will be granted to the Alliance/Tri-State Class Settling Defendants of any rights you may have to pursue the same legal claims in this case against them.  To receive payments from the Settlement, you will be required to submit a completed Claim Form.  Once the Court approves a method of distributing the Settlement Fund, information about the proposed distribution of settlement funds will be provided to Class Members, along with Claim Forms and instructions for completing a claim.  These materials will also be made available on the settlement website.

## 17. How will the lawyers and costs be paid?

Class Counsel will file a petition with the Court no later than September 2, 2011, asking for payment of attorneys' fees in the amount of 33-1/3% of the Settlement Amount, and the reimbursement of reasonable expenses, to be paid from the Settlement Fund.  The petition will be available on the settlement website.  The Court may consider whether to approve the payment of attorneys' fees and expenses in this amount during the Fairness Hearing, or at a later time determined by the Court.

If the Court approves these fees and expenses, they will be paid from the Settlement Fund. These fees and expenses, however, will not be paid until time for appeal and/or any appeal of this Settlement has been exhausted.  The costs of providing this Notice and published notice of the Settlement, and the costs of settlement administration, will be paid from the Settlement Fund.

## THE COURT'S FAIRNESS HEARING

**18. When and where will the Court decide whether to approve the Settlement?**

The Court will hold a hearing—which is called the Fairness Hearing—at the United States District Courthouse, 320 Sixth Street, Sioux City, Iowa, at 9:00 a.m. on November 1, 2011.  At the Fairness Hearing, the Court will consider whether the Settlement is fair, reasonable, and adequate.  The Court will consider any objections and listen to people who have made written objections and timely asked to speak at the hearing.  After the Fairness Hearing, the Court will decide whether to approve the Settlement.

**19. Do I have to come to the hearing?**

You do not need to attend the Fairness Hearing, but you are welcome to come at your own expense.  If you have sent a written objection, you do not need to be present for the Court to consider it.

**20. May I show up and speak at the hearing?**

If you have submitted a timely written objection to the Settlement and requested to be heard, the Court may allow you to speak at the Fairness Hearing.  If you wish for your lawyer to speak for you, he or she must have submitted a timely appearance as provided above.

**Reminder:**  If you have excluded yourself from the Alliance/Tri-State Settlement Class, you may not object to the Settlement and you may not speak at the Fairness Hearing.

**21. How can I get more information?**

The description in this Notice is general and does not cover all of the issues and the proceedings thus far.  More details about the Lawsuit and the Settlement, including a detailed definition of terms, are in the Settlement Agreement With Tri-State Ready Mix, Inc., Chad Van Zee, GCC Alliance Concrete, Inc., Steven Keith VandeBrake, and VS Holding Company, F/K/A Alliance Concrete, Inc. ("Settlement Agreement").  You may review the Settlement Agreement and the Court file during business hours at the Office of the Clerk of the United States District Court, United States District Courthouse, 320 Sixth Street, Sioux City, Iowa.  You may also direct questions concerning the Settlement to Class Counsel at the address above.  **Please do not contact the Court directly with any questions.**

Additional information about the Lawsuit and the Settlement may be obtained from the following Internet website:  www.IowaConcreteAntitrustSettlement.com.

/s/ Mark W. Bennett, Judge
United States District Court
Northern District of Iowa

IRM/TS_ML_48505N8

Exhibit A-2

**THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA**

**<u>NOTICE OF CLASS ACTION SETTLEMENT AND HEARING</u>**

ALL INDIVIDUALS OR ENTITIES WHO PURCHASED READY-MIX CONCRETE FROM JANUARY 1, 2006 THROUGH DECEMBER 31, 2009 DIRECTLY FROM THE HARTLEY, LAKE PARK, SANBORN, SIBLEY, OR SPENCER READY-MIX CONCRETE PLANTS THAT ALLIANCE CONCRETE, INC. OWNED BEFORE JANUARY 14, 2008 AND THAT GCC ALLIANCE CONCRETE HAS OWNED SINCE THAT DATE, OR DIRECTLY FROM GREAT LAKES CONCRETE INC.'S OCHEYDEN, MILFORD, SPENCER, OR SPIRIT LAKE PLANTS.

PLEASE READ THIS ENTIRE NOTICE CAREFULLY.  YOUR LEGAL RIGHTS MAY BE AFFECTED BY A LAWSUIT NOW PENDING IN THIS COURT.

**The United States District Court for the Northern District of Iowa has authorized this Notice. This is not a solicitation.  This is not a lawsuit against you, and you are not being sued.**

- Settlements have been reached on behalf of three separate classes of direct purchasers of Ready-Mix Concrete in the lawsuit entitled *In re:  Iowa Ready-Mix Concrete Antitrust Litigation*, Case No. 5:10-cv-04038-MWB (the "Lawsuit"), which is pending in the United States District Court for the Northern District of Iowa (the "Court").  You may be a member of one, two, or all three proposed "Settlement Classes" for which settlements have been reached.  Please read this **and any other notices from the Lawsuit** carefully to determine if and how your rights may be affected.

- This Notice concerns a Settlement between the Plaintiff in the Lawsuit and Defendants Great Lakes Concrete, Inc. ("Great Lakes"), Kent Robert Stewart ("Stewart"), GCC Alliance Concrete, Inc. ("GCC Alliance"), Steven Keith VandeBrake ("VandeBrake"), and VS Holding Company, f/k/a Alliance Concrete, Inc. ("VS Holding") (collectively and for convenience, referred to as "Alliance/Great Lakes Class Settling Defendants").

- The Court has preliminarily approved the Settlement and has certified the following "Alliance/Great Lakes Settlement Class":    All persons or entities who purchased Ready-Mix Concrete from January 1, 2006 through December 31, 2009 directly from the Hartley, Lake Park, Sanborn, Sibley, or Spencer plants that Alliance Concrete, Inc. owned before January 14, 2008 and that GCC Alliance has owned since that date (for convenience, referred to as the "Alliance Plants"), or directly from Great Lakes' Ocheyden, Milford, Spencer, or Spirit Lake plants (the "Great Lakes Plants").

- The Court has appointed the Plaintiff to represent the Alliance/Great Lakes Settlement Class and its attorneys as Class Counsel.  This is a partial settlement and does not include any claims against any Defendants in the Lawsuit other than the Alliance/Great Lakes Class Settling Defendants with respect to the Alliance Plants and the Great Lakes Plants.

- You received this Notice because records produced in the Lawsuit indicate you may be a member of the Alliance/Great Lakes Settlement Class.

- The purpose of this Notice is to advise members of the Alliance/Great Lakes Settlement Class of the proposed Settlement of claims being asserted against the Alliance/Great Lakes Class Settling Defendants and how to assert any rights you may have under the Settlement.  It is also intended to advise you of a hearing to consider the proposed settlement on November 1, 2011.  The Court must decide whether to approve the Settlement as fair, reasonable, and adequate.

- If you are a member of the Alliance/Great Lakes Settlement Class, your legal rights are affected whether you act or choose not to act.  Please read this Notice carefully.

| YOUR LEGAL RIGHTS AND OPTIONS (YOU MUST CHOOSE AMONG ONE OF THESE OPTIONS) | | DEADLINE |
|---|---|---|
| **EXCLUDE YOURSELF** | You may exclude yourself from the Settlement, in which case you will not be eligible to receive any payments from the Settlement that are approved by the Court or to comment on the Settlement.  This is the only option that allows you to be part of any other lawsuit against the Alliance/Great Lakes Class Settling Defendants about the legal claims brought or which could be brought in this case. | October 3, 2011 |
| **DO NOTHING** | If you choose to do nothing, you will remain eligible to receive any payments from the Settlement that are approved by the Court.  This will result in a release of any right you may have to pursue the legal claims brought, or which could have been brought, in this case against the Alliance/Great Lakes Class Settling Defendants based on direct purchases from the Alliance Plants and the Great Lakes Plants during the Class Period.  If you choose to do nothing, and the settlement is approved by the Court, you will be required to submit a Claim Form to receive money from the settlement. | N/A |
| **OBJECT** | Write to the Court if you do not think the Settlement is fair.  If you exclude yourself from the Settlement, you may not object. | October 3, 2011 |
| **GO TO A HEARING** | If you object, you may also ask to speak in Court about the fairness of the Settlement. | November 1, 2011 |

**These rights and options—and the deadlines to exercise them—are explained in this Notice.**

# BASIC INFORMATION

## 1.   Why did I get this Notice?

This Notice has been sent to you because the Alliance/Great Lakes Class Settling Defendants' records show that you purchased Ready-Mix Concrete directly from the Great Lakes Plants or the Alliance Plants at any time from and including January 1, 2006 through and including December 31, 2009.  You have the right to know about a proposed settlement of a class action lawsuit that may affect your rights.

This Notice explains the Lawsuit, the terms of the Settlement, your legal rights, what benefits may be available, who may be eligible for them, and what you will be giving the Alliance/Great Lakes Class Settling Defendants in this Settlement.

The Court in charge of the case is the United States District Court for the Northern District of Iowa.  The case is known as *In re:   Iowa Ready-Mix Concrete Antitrust Litigation*, Case No. 5:10-CV-04038-MWB.  The companies who sued are called the Plaintiffs.  The companies and individuals the Plaintiffs sued are called the Defendants.  The Defendants in this Lawsuit are GCC Alliance Concrete, Inc.; Siouxland Concrete Company; VS Holding Company, f/k/a Alliance Concrete, Inc.; Great Lakes Concrete, Inc.; Steven Keith VandeBrake; Kent Robert Stewart; Chad Van Zee; and Tri-State Ready-Mix, Inc.  The Defendant companies sold Ready-Mix Concrete in the Northwest Iowa area during some or all of the period from January 1, 2006 through December 31, 2009; that is the focus of the lawsuit.

## 2.   What is the Lawsuit about?

The Lawsuit asserts that, from January 1, 2006 through December 31, 2009, the Alliance/Great Lakes Class Settling Defendants participated in an unlawful conspiracy to raise, fix, maintain, or stabilize the price of Ready-Mix Concrete sold from the Great Lakes Plants and Alliance Plants in violation of the Sherman Act, Title 15, United States Code, Section 1.  The Plaintiffs claim that this conspiracy among the Alliance/Great Lakes Class Settling Defendants resulted in artificially high prices for Ready-Mix Concrete sold by Defendants from the Great Lakes Plants and the Alliance Plants.  The Plaintiffs are seeking money damages on behalf of themselves and other persons and entities who purchased Ready-Mix Concrete directly from the Great Lakes Plants and the Alliance Plants during this time period.  The Court has not made any determination of any liability as to the Alliance/Great Lakes Class Settling Defendants for these claims.

## 3.   What is a class action?

A class action is a lawsuit in which one or more persons called class representatives sue on behalf of other persons who have similar claims.  Together, all these persons are a class or, individually, class members.   One court resolves the issues for all class members, except for those who exclude themselves from the Class.  For this reason, the judge must find that the Settlement of this class action is fair, reasonable, and adequate before the Settlement can receive final Court approval.

## 4.   Why is there a settlement?

The Lawsuit has not gone to a trial.  Instead, the Plaintiff and the Alliance/Great Lakes Class Settling Defendants agreed to settle to avoid the costs and risks of trial.  The Settlement provides the opportunity for payments or other benefits to be made available to Class Members.  Under this Settlement, Class Members give the Alliance/Great Lakes Class Settling Defendants a

release of any right they may have to pursue the same legal claims brought, or which could have been brought, in this case against the Alliance/Great Lakes Class Settling Defendants based on direct purchase of Ready-Mix Concrete from the Alliance Plants or the Great Lakes Plants.

## WHO IS IN THE SETTLEMENT?

### 5.   How do I know if I am part of the settlement?

You are a member of the Alliance/Great Lakes Settlement Class if you purchased Ready-Mix Concrete directly from the Alliance Plants or Great Lakes Plants at any time from and including January 1, 2006 through and including December 31, 2009.

### 6.   Are there exceptions to being included?

You are not an Alliance/Great Lakes Settlement Class Member if you are one of the Defendants; their co-conspirators; or their respective parents, subsidiaries, or affiliates.  You are also not an Alliance/Great Lakes Settlement Class Member if you are a federal government entity.

## THE SETTLEMENT TERMS

### 7.   What does the settlement provide?

The Alliance/Great Lakes Class Settling Defendants have agreed to pay the amount of $5,121,412 pursuant to the terms of the Settlement.  GCC Alliance, VandeBrake, Great Lakes, Stewart, and VS Holding have also agreed to provide cooperation to Plaintiff until the termination of the Action.

This Settlement was achieved after a year of litigation and numerous negotiating sessions between Class Counsel and the lawyers for the Alliance/Great Lakes Class Settling Defendants. It was also based on an economic analysis of the potential damages of the Alliance/Great Lakes Settlement Class.  Because of the inherent risks of litigation, Plaintiff believes that the Settlement provides a fair and efficient resolution of the Plaintiff's and Class Members' claims against the Alliance/Great Lakes Class Settling Defendants for these claims.

Under the terms of the Settlement, the Alliance/Great Lakes Class Settling Defendants have deposited or will deposit their respective Settlement Amounts into a Settlement Fund.  Class Counsel will seek Court permission to distribute the Settlement Fund to Class Members and to pay amounts approved by the Court for the costs of administering the Settlement (such as the cost of giving this Notice, Class Counsel's attorneys' fees and reasonable expenses, and an incentive payment to the class representative).

It is anticipated that the proposed distribution of amounts from the remaining balance of the Settlement Fund to participating Class Members will be in direct proportion to the amount of each participating Class Member's purchases of Ready-Mix Concrete from the Alliance/Great Lakes Class Settling Defendants from the Alliance Plants and from the Great Lakes Plants at any time from January 1, 2006 through December 31, 2009, when compared to all such purchases by participating Class Members.

### 8.   When will the Settlement be final?

The Court will hold a hearing on November 1, 2011, to decide whether to give final approval to the Settlement.  If the Court approves the Settlement and there are no appeals, the Settlement will become final thirty (30) days after the Court's approval.

## PARTICIPATING IN THE SETTLEMENT

**9.   How do I participate in the Settlement?**

If you received this Notice and believe you are a member of the Alliance/Great Lakes Settlement Class, you do not need to take any action at this time to participate in the Settlement.  Once the Court approves a method of distributing the Settlement Fund, information about the proposed distribution of settlement funds will be provided to Class Members, along with Claim Forms and instructions for completing a claim.  These materials will also be made available on the settlement website.

**10. Do I have to give anything up to participate?**

If you are a member of the Alliance/Great Lakes Settlement Class and do not exclude yourself, you will be bound by the terms of the Settlement and any orders of the Court related to the Settlement and you agree to and will release any right you may have to pursue the same legal claims brought, or which could have been brought, in this case against the Alliance/Great Lakes Class Settling Defendants based on direct purchases from the Alliance and Great Lakes Plants.

## EXCLUDING YOURSELF FROM THE SETTLEMENT

**11. How do I get out of the Alliance/Great Lakes Settlement Class?**

You may request to be excluded from, or to "opt out" of, the Alliance/Great Lakes Settlement Class.  If you elect to be excluded from the Class, you will not be bound by any of the terms of the Settlement or any judgment entered pursuant to the Settlement nor will you be eligible to receive any benefits of the Settlement.   You will retain and be free to pursue any claims that you may have against the Alliance/Great Lakes Class Settling Defendants on your own behalf and at your own cost.

If you wish to exclude yourself from the Alliance/Great Lakes Settlement Class, you must mail a written request for exclusion, no later than October 3, 2011, to the following:

| Class Counsel |
| --- |
| Gregory P. Hansel |
| PRETI FLAHERTY |
| One City Center |
| PO Box 9546 |
| Portland, ME  04112-9546 |

Requests for exclusion do not need to be in any particular format, except that the request must:

- State that you intend to "opt out" or request "exclusion" from the Alliance/Great Lakes Settlement Class for claims against the Alliance/Great Lakes Class Settling Defendants;
- Contain the full name and current address of the person or entity requesting exclusion;
- Contain the title and a statement of authority of any person requesting exclusion from the Alliance/Great Lakes Settlement Class on behalf of an entity other than an individual;
- Contain the title of the Lawsuit:  "*In re:  Iowa Ready-Mix Concrete Antitrust Litigation*;"
- Be signed by you; and
- Be sent by U.S. Mail, First-Class and postage prepaid, with a postmark on or before October 3, 2011.

You cannot exclude yourself by phone or email.

**12. If I do not exclude myself, can I sue the Alliance/Great Lakes Class Settling Defendants later?**

Unless you exclude yourself, you cannot sue the Alliance/Great Lakes Class Settling Defendants for the claims resolved by this Settlement.  If you exclude yourself from the Settlement, you cannot participate in or object to the Settlement, you will not receive any money from the settlement, and any claims you may have against the Alliance/Great Lakes Class Settling Defendants will be subject to applicable statutes of limitation.

## COMMENTING ON THE SETTLEMENT

**13. How do I tell the Court if I do not think the Settlement is fair?**

If you are an Alliance/Great Lakes Settlement Class Member and have not excluded yourself, you can object to the Settlement or any part of the Settlement.  The Court will consider your views.  Your objection must be in writing and must be mailed no later than October 3, 2011, to the following:

| Class Counsel | Counsel for Great Lakes and Stewart |
|---|---|
| Irwin B. Levin<br>COHEN & MALAD, LLP<br>One Indiana Square, Suite 1400<br>Indianapolis, IN  46204 | Mark C. Laughlin<br>FRASER STRYKER PC LLO<br>500 Energy Plaza<br>409 South 17th Street<br>Omaha, NE  68102 |
| **Counsel for GCC Alliance** | **Counsel for VS Holding** |
| William R. Pakalka<br>FULBRIGHT & JAWORSKI L.L.P.<br>Fulbright Tower<br>1301 McKinney Street, Suite 5100<br>Houston, TX  77010 | Hayward L. Draper<br>NYEMASTER, GOODE, P.C.<br>700 Walnut Street, Suite 1600<br>Des Moines, IA  50309-3899 |
| **Counsel for VandeBrake** | **The Court** |
| Thomas J. Costakis<br>KRIEG DeVAULT LLP<br>One Indiana Square, Suite 2800<br>Indianapolis, IN  46204-2079 | The Honorable Mark W. Bennett, Judge<br>United States District Court<br>Northern District of Iowa<br>PO Box 838<br>Sioux City, IA  51102-0838 |

An objection does not need to be in any particular format, except that the objection must:

- State that you intend to object to the Settlement with the Alliance/Great Lakes Class Settling Defendants;
- Contain the full name and current address of the person objecting;
- Contain the title and a statement of authority of any person objecting on behalf of an entity other than an individual;
- Contain the title of the Lawsuit:  "*In re:  Iowa Ready-Mix Concrete Antitrust Litigation*;"
- State the reasons for your objection;

- Be accompanied by any evidence, briefs, motions, or other materials you intend to offer in support of your objection;
- Be signed by you; and
- Be sent by U.S. Mail, First-Class and postage prepaid, with a postmark on or before October 3, 2011.

You cannot object to the Settlement by phone or email.

**Intervention:**   Any request for intervention must meet the requirements set forth above, including the deadline, for filing objections; must be accompanied by any evidence, briefs, motions, or other materials you intend to offer in support of your request for intervention; and must meet the requirements of the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Northern District of Iowa.

### 14. What's the difference between excluding myself and objecting?

If you exclude yourself, you are no longer a member of the Alliance/Great Lakes Settlement Class and you keep your right to file your own lawsuit against the Alliance/Great Lakes Class Settling Defendants at your own expense.  If you exclude yourself, you may not object to the Settlement and you cannot receive any payments or credits from the Settlement.  If you remain an Alliance/Great Lakes Settlement Class Member, you may object.

### 15. Can I have a lawyer represent me?

The law firms of Cohen & Malad, LLP, and Preti Flaherty Beliveau & Pachios LLP have been appointed by the Court and represent you and other Alliance/Great Lakes Settlement Class Members. These lawyers are called Class Counsel.  If you want to be represented by your own lawyer, you may hire one at your own expense.  However, any lawyer intending to appear at the Fairness Hearing must be duly admitted to practice law before the United States District Court for the Northern District of Iowa and must file a written appearance no later than October 3, 2011.  Copies of the appearance must be served on Class Counsel and counsel for the Alliance/Great Lakes Class Settling Defendants at the addresses included in this Notice in accordance with the Federal Rules of Civil Procedure.

### 16. What happens if I do nothing at all?

If you do nothing, you will remain an Alliance/Great Lakes Settlement Class Member and will remain eligible for any benefits available under the Settlement.  If the Court approves the Settlement, you will be bound by its terms as well as any Court orders related to the Settlement and a release will be granted to the Alliance/Great Lakes Class Settling Defendants of any rights you may have to pursue the same legal claims in this case against them.  To receive payments from the Settlement, you will be required to submit a completed Claim Form.  Once the Court approves a method of distributing the Settlement Fund, information about the proposed distribution of settlement funds will be provided to Class Members, along with Claim Forms and instructions for completing a claim.  These materials will also be made available on the settlement website.

### 17. How will the lawyers and costs be paid?

Class Counsel will file a petition with the Court no later than September 2, 2011, asking for payment of attorneys' fees in the amount of 33-1/3% of the Settlement Amount, and the reimbursement of reasonable expenses, to be paid from the Settlement Fund.  The petition will be available on the settlement website.  The Court may consider whether to approve the payment of

attorneys' fees and expenses in this amount during the Fairness Hearing, or at a later time determined by the Court.

If the Court approves these fees and expenses, they will be paid from the Settlement Fund. These fees and expenses, however, will not be paid until time for appeal and/or any appeal of this Settlement has been exhausted.  The costs of providing this Notice and published notice of the Settlement, and the costs of settlement administration, will be paid from the Settlement Fund.

## THE COURT'S FAIRNESS HEARING

### 18. When and where will the Court decide whether to approve the Settlement?

The Court will hold a hearing—which is called the Fairness Hearing—at the United States District Courthouse, 320 Sixth Street, Sioux City, Iowa, at 9:00 a.m. on November 1, 2011.  At the Fairness Hearing, the Court will consider whether the Settlement is fair, reasonable, and adequate.  The Court will consider any objections and listen to people who have made written objections and timely asked to speak at the hearing.  After the Fairness Hearing, the Court will decide whether to approve the Settlement.

### 19. Do I have to come to the hearing?

You do not need to attend the Fairness Hearing, but you are welcome to come at your own expense. If you have sent a written objection, you do not need to be present for the Court to consider it.

### 20. May I show up and speak at the hearing?

If you have submitted a timely written objection to the Settlement and requested to be heard, the Court may allow you to speak at the Fairness Hearing.  If you wish for your lawyer to speak for you, he or she must have submitted a timely appearance as provided above.

**Reminder:**  If you have excluded yourself from the Alliance/Great Lakes Settlement Class, you may not object to the Settlement and you may not speak at the Fairness Hearing.

### 21. How can I get more information?

The description in this Notice is general and does not cover all of the issues and the proceedings thus far.  More details about the Lawsuit and the Settlement, including a detailed definition of terms, are in the Settlement Agreement With Great Lakes Concrete, Inc., Kent Robert Stewart, GCC Alliance Concrete, Inc., Steven Keith VandeBrake, and VS Holding Company, F/K/A Alliance Concrete, Inc. ("Settlement Agreement").  You may review the Settlement Agreement and the Court file during business hours at the Office of the Clerk of the United States District Court, United States District Courthouse, 320 Sixth Street, Sioux City, Iowa.  You may also direct questions concerning the Settlement to Class Counsel at the address above.  **Please do not contact the Court directly with any questions.**

Additional information about the Lawsuit and the Settlement may be obtained from the following Internet website:  www.IowaConcreteAntitrustSettlement.com.

/s/ Mark W. Bennett, Judge
United States District Court
Northern District of Iowa

IRM/GL_ML_48525N8

# Exhibit A-3

## THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA

## <u>NOTICE OF CLASS ACTION SETTLEMENT AND HEARING</u>

ALL INDIVIDUALS OR ENTITIES WHO PURCHASED READY-MIX CONCRETE FROM JULY 1, 2008 THROUGH DECEMBER 31, 2009 DIRECTLY FROM GCC ALLIANCE CONCRETE, INC.'S LE MARS NORTH, LE MARS SOUTH, REMSEN, AKRON, MOVILLE OR SERGEANT BLUFF PLANTS, OR SIOUXLAND CONCRETE COMPANY'S 11TH STREET AND STEUBEN STREET PLANTS LOCATED IN SIOUX CITY, IOWA AND THE SOUTH SIOUX CITY, NEBRASKA PLANT.

PLEASE READ THIS ENTIRE NOTICE CAREFULLY.  YOUR LEGAL RIGHTS MAY BE AFFECTED BY A LAWSUIT NOW PENDING IN THIS COURT.

**The United States District Court for the Northern District of Iowa has authorized this Notice. This is not a solicitation.  This is not a lawsuit against you, and you are not being sued.**

- Settlements have been reached on behalf of three separate classes of direct purchasers of Ready-Mix Concrete in the lawsuit entitled *In re:  Iowa Ready-Mix Concrete Antitrust Litigation,* Case No. 5:10-cv-04038-MWB (the "Lawsuit"), which is pending in the United States District Court for the Northern District of Iowa (the "Court").  You may be a member of one, two, or all three proposed "Settlement Classes" for which settlements have been reached.  Please read this **and any other notices from the Lawsuit** carefully to determine if and how your rights may be affected.

- This Notice concerns a Settlement between the Plaintiffs in the Lawsuit and Defendants Siouxland Concrete Company ("Siouxland"), GCC Alliance Concrete, Inc. ("GCC Alliance"), Steven Keith VandeBrake ("VandeBrake"), and VS Holding Company, f/k/a Alliance Concrete, Inc. ("VS Holding") (collectively and for convenience, referred to as "GCC Alliance/Siouxland Class Settling Defendants").

- The Court has preliminarily approved the Settlement and has certified the following "GCC Alliance/Siouxland Settlement Class":   All persons or entities who purchased Ready-Mix Concrete from July 1, 2008 through December 31, 2009 directly from the GCC Alliance Le Mars North, Le Mars South, Remsen, Akron, Moville or Sergeant Bluff plants (for convenience, the "GCC Alliance Plants"), or Siouxland's 11th Street and Steuben Street plants located in Sioux City, Iowa and the South Sioux City, Nebraska plant (the "Siouxland Plants").

- The Court has appointed the Plaintiffs to represent the GCC Alliance/Siouxland Settlement Class and their attorneys as Class Counsel.  This is a partial settlement and does not include any claims against Defendants other than the GCC Alliance/Siouxland Class Settling Defendants with respect to the GCC Alliance Plants and the Siouxland Plants.

- You received this Notice because records produced in the Lawsuit indicate you may be a member of the GCC Alliance/Siouxland Settlement Class.

- The purpose of this Notice is to advise members of the GCC Alliance/Siouxland Settlement Class of the proposed Settlement of claims being asserted against the GCC Alliance/Siouxland Class Settling Defendants and how to assert any rights you may have under the Settlement. It is also intended to advise you of a hearing to consider the proposed settlement on November 1, 2011. The Court must decide whether to approve the Settlement as fair, reasonable, and adequate.

- If you are a member of the GCC Alliance/Siouxland Settlement Class, your legal rights are affected whether you act or choose not to act. Please read this Notice carefully.

| YOUR LEGAL RIGHTS AND OPTIONS (YOU MUST CHOOSE AMONG ONE OF THESE OPTIONS) | | DEADLINE |
|---|---|---|
| **EXCLUDE YOURSELF** | You may exclude yourself from the Settlement, in which case you will not be eligible to receive any payments from the Settlement that are approved by the Court or to comment on the Settlement. This is the only option that allows you to be part of any other lawsuit against the GCC Alliance/Siouxland Class Settling Defendants about the legal claims brought or which could be brought in this case. | October 3, 2011 |
| **DO NOTHING** | If you choose to do nothing, you will remain eligible to receive any payments from the Settlement that are approved by the Court. This will result in a release of any right you may have to pursue the legal claims brought, or which could have been brought, in this case against the GCC Alliance/Siouxland Class Settling Defendants based on direct purchases from the GCC Alliance Plants and the Siouxland Plants during the Class Period. If you choose to do nothing, and the settlement is approved by the Court, you will be required to submit a Claim Form to receive money from the settlement. | N/A |
| **OBJECT** | Write to the Court if you do not think the Settlement is fair. If you exclude yourself from the Settlement, you may not object. | October 3, 2011 |
| **GO TO A HEARING** | If you object, you may also ask to speak in Court about the fairness of the Settlement. | November 1, 2011 |

**These rights and options—and the deadlines to exercise them—are explained in this Notice.**

# BASIC INFORMATION

| 1. Why did I get this Notice? |
| --- |

This Notice has been sent to you because the GCC Alliance/Siouxland Class Settling Defendants' records show that you purchased Ready-Mix Concrete directly from the Siouxland Plants or GCC Alliance Plants at any time from and including July 1, 2008 through and including December 31, 2009. You have the right to know about a proposed settlement of a class action lawsuit that may affect your rights.

This Notice explains the Lawsuit, the terms of the Settlement, your legal rights, what benefits may be available, who may be eligible for them, and what you will be giving the GCC Alliance/Siouxland Class Settling Defendants in this Settlement.

The Court in charge of the case is the United States District Court for the Northern District of Iowa. The case is known as *In re: Iowa Ready-Mix Concrete Antitrust Litigation,* Case No. 5:10-CV-04038-MWB. The companies who sued are called the Plaintiffs. The companies and individuals the Plaintiffs sued are called the Defendants. The Defendants in this Lawsuit are GCC Alliance Concrete, Inc.; Siouxland Concrete Company; VS Holding Company, f/k/a Alliance Concrete, Inc.; Great Lakes Concrete, Inc.; Steven Keith VandeBrake; Kent Robert Stewart; Chad Van Zee; and Tri-State Ready-Mix, Inc. The Defendant companies sold Ready-Mix Concrete in the Northwest Iowa area during some or all of the period from January 1, 2006 through December 31, 2009; that is the focus of the lawsuit.

| 2. What is the Lawsuit about? |
| --- |

The Lawsuit asserts that, from July 1, 2008 through December 31, 2009, the GCC Alliance/Siouxland Class Settling Defendants participated in an unlawful conspiracy to raise, fix, maintain, or stabilize the price of Ready-Mix Concrete sold from the Siouxland Plants and GCC Alliance Plants, in violation of the Sherman Act, Title 15, United States Code, Section 1. The Plaintiffs claim that this conspiracy among the GCC Alliance/Siouxland Class Settling Defendants resulted in artificially high prices for Ready-Mix Concrete sold by Defendants from the Siouxland Plants and the GCC Alliance Plants. The Plaintiffs are seeking money damages and other relief on behalf of themselves and other persons and entities who purchased Ready-Mix Concrete directly from the Siouxland Plants and GCC Alliance Plants during this time period. The Court has not made any determination of the GCC Alliance/Siouxland Class Settling Defendants' liability for these claims.

Siouxland is an applicant for leniency under the Department of Justice Antitrust Division's Leniency Program authorized by Pub. L. 108-237, Title II, Subtitle A, §§ 211 to 215 (Note to 15 U.S.C. § 1 *et seq.*) ("Leniency Program") with regard to the matters alleged by Plaintiffs in the Action, has provided Plaintiffs with significant cooperation to date pursuant to the Leniency Program, and will continue to provide Plaintiffs with significant cooperation by agreement and pursuant to the Leniency Program until the termination of the Action. GCC Alliance and VandeBrake have also agreed to provide cooperation to Plaintiffs until the termination of the Action.

| 3. What is a class action? |
| --- |

A class action is a lawsuit in which one or more persons called class representatives sue on behalf of other persons who have similar claims. Together, all these persons are a class or, individually, class members. One court resolves the issues for all class members, except for those who exclude themselves from the class. For this reason, the judge must find that the Settlement of this class action is fair, reasonable, and adequate before the Settlement can receive final Court approval.

**4.   Why is there a settlement?**

The Lawsuit has not gone to a trial.  Instead, the Plaintiffs and the GCC Alliance/Siouxland Class Settling Defendants agreed to settle to avoid the costs and risks of trial.  The Settlement provides the opportunity for payments or other benefits to be made available to Class Members.  Under this Settlement, Class Members give the GCC Alliance/Siouxland Class Settling Defendants a release of any right they may have to pursue the same legal claims brought, or which could have been brought, in this case against the GCC Alliance/Siouxland Class Settling Defendants based on direct purchases from the GCC Alliance Plants or the Siouxland Plants.

### WHO IS IN THE SETTLEMENT?

**5.   How do I know if I am part of the settlement?**

You are a member of the GCC Alliance/Siouxland Settlement Class if you purchased Ready-Mix Concrete directly from the GCC Alliance Plants or the Siouxland Plants at any time from and including July 1, 2008 through and including December 31, 2009.

**6.   Are there exceptions to being included?**

You are not a GCC Alliance/Siouxland Settlement Class Member if you are one of the Defendants; their co-conspirators; or their respective parents, subsidiaries, or affiliates.  You are also not a GCC Alliance/Siouxland Settlement Class Member if you are a federal government entity.

### THE SETTLEMENT TERMS

**7.   What does the settlement provide?**

The GCC Alliance/Siouxland Class Settling Defendants have agreed to pay the amount of $2,648,253 pursuant to the terms of the Settlement.  This Settlement was achieved after a year of litigation and numerous negotiating sessions between Class Counsel and the lawyers for the GCC Alliance/Siouxland Class Settling Defendants.  It was also based on an economic analysis of the potential damages of the GCC Alliance/Siouxland Settlement Class.  Because of the inherent risks of litigation, Plaintiffs believe that the Settlement provides a fair and efficient resolution of the Plaintiffs' and Class Members' claims against the GCC Alliance/Siouxland Class Settling Defendants for these claims.

Under the terms of the Settlement, the GCC Alliance/Siouxland Class Settling Defendants have deposited or will deposit their respective Settlement Amounts into a Settlement Fund.  Class Counsel will seek Court permission to distribute the Settlement Fund to Class Members and to pay amounts approved by the Court for the costs of administering the Settlement (such as the cost of giving this Notice, Class Counsel's attorneys' fees and reasonable expenses, and incentive payments to the class representatives).

It is anticipated that the proposed distribution of amounts from the remaining balance of the Settlement Fund to participating Class Members will be in direct proportion to the amount of each participating Class Member's purchases of Ready-Mix Concrete from the GCC Alliance/Siouxland Class Settling Defendants from the GCC Alliance Plants and from the Siouxland Plants at any time from July 1, 2008 through December 31, 2009, when compared to all such purchases by participating Class Members.

### 8.   When will the Settlement be final?

The Court will hold a hearing on November 1, 2011, to decide whether to give final approval to the Settlement.  If the Court approves the Settlement and there are no appeals, the Settlement will become final thirty (30) days after the Court's approval.

## PARTICIPATING IN THE SETTLEMENT

### 9.   How do I participate in the Settlement?

If you believe you are a member of the GCC Alliance/Siouxland Settlement Class, you do not need to take any action at this time to participate in the Settlement.  Once the Court approves a method of distributing the Settlement Fund, information about the proposed distribution of settlement funds will be provided to Class Members, along with Claim Forms and instructions for completing a claim. These materials will also be made available on the settlement website.

### 10. Do I have to give anything up to participate?

If you are a member of the GCC Alliance/Siouxland Settlement Class and do not exclude yourself, you will be bound by the terms of the Settlement and any orders of the Court related to the Settlement and you agree to and will release any right you may have to pursue the same legal claims brought, or which could have been brought, in this case against the GCC Alliance/Siouxland Class Settling Defendants based on direct purchases from the GCC Alliance Plants or the Siouxland Plants.

## EXCLUDING YOURSELF FROM THE SETTLEMENT

### 11. How do I get out of the GCC Alliance/Siouxland Settlement Class?

You may request to be excluded from, or to "opt out" of, the GCC Alliance/Siouxland Settlement Class.  If you elect to be excluded from the Class, you will not be bound by any of the terms of the Settlement or any judgment entered pursuant to the Settlement nor will you be eligible to receive any benefits of the Settlement.  You will retain and be free to pursue any claims that you may have against GCC Alliance/Siouxland Settling Defendants on your own behalf and at your own cost.

If you wish to exclude yourself from the GCC Alliance/Siouxland Settlement Class, you must mail a written request for exclusion, no later than October 3, 2011, to the following:

| Class Counsel |
| --- |
| Gregory P. Hansel |
| PRETI FLAHERTY |
| One City Center |
| PO Box 9546 |
| Portland, ME  04112-9546 |

Requests for exclusion do not need to be in any particular format, except that the request must:

- State that you intend to "opt out" or request "exclusion" from the GCC Alliance/Siouxland Settlement Class for claims against the GCC Alliance/Siouxland Class Settling Defendants;
- Contain the full name and current address of the person or entity requesting exclusion;
- Contain the title and a statement of authority of any person requesting exclusion from the GCC Alliance/Siouxland Settlement Class on behalf of an entity other than an individual;
- Contain the title of the Lawsuit:  "*In re:  Iowa Ready-Mix Concrete Antitrust Litigation*;"
- Be signed by you; and

- Be sent by U.S. Mail, First-Class and postage prepaid, with a postmark on or before October 3, 2011.

You cannot exclude yourself by phone or email.

**12. If I do not exclude myself, can I sue the GCC Alliance/Siouxland Class Settling Defendants later?**

Unless you exclude yourself, you cannot sue the GCC Alliance/Siouxland Class Settling Defendants for the claims resolved by this Settlement.  If you exclude yourself from the Settlement, you cannot participate in or object to the Settlement,  you will not receive any money from the settlement,  and any claims you may have against the GCC Alliance/Siouxland Class Settling Defendants will be subject to applicable statutes of limitation.

## COMMENTING ON THE SETTLEMENT

**13. How do I tell the Court if I do not think the Settlement is fair?**

If you are a GCC Alliance/Siouxland Settlement Class Member and have not excluded yourself, you can object to the Settlement or any part of the Settlement.  The Court will consider your views.  Your objection must be in writing and must be mailed no later than October 3, 2011, to the following:

| Class Counsel | Counsel for Siouxland |
|---|---|
| Irwin B. Levin<br>COHEN & MALAD, LLP<br>One Indiana Square, Suite 1400<br>Indianapolis, IN  46204 | David E. Everson<br>STINSON MORRISON HECKER LLP<br>1201 Walnut Street, Suite 2900<br>Kansas City, MO  64106 |
| **Counsel for GCC Alliance** | **The Court** |
| William R. Pakalka<br>FULBRIGHT & JAWORSKI L.L.P.<br>Fulbright Tower<br>1301 McKinney Street, Suite 5100<br>Houston, TX  77010 | The Honorable Mark W. Bennett, Judge<br>United States District Court<br>Northern District of Iowa<br>PO Box 838<br>Sioux City, IA  51102-0838 |
| **Counsel for VandeBrake** | **Counsel for VS Holding** |
| Thomas J. Costakis<br>KRIEG DeVAULT LLP<br>One Indiana Square, Suite 2800<br>Indianapolis, IN  46204-2079 | Hayward L. Draper<br>NYEMASTER, GOODE, P.C.<br>700 Walnut Street, Suite 1600<br>Des Moines, IA  50309-3899 |

An objection does not need to be in any particular format, except that the objection must:

- State that you intend to object to the Settlement with the GCC Alliance/Siouxland Class Settling Defendants;
- Contain the full name and current address of the person objecting;
- Contain the title and a statement of authority of any person objecting on behalf of an entity other than an individual;
- Contain the title of the Lawsuit:  "*In re:  Iowa Ready-Mix Concrete Antitrust Litigation*;"
- State the reasons for your objection;
- Be accompanied by any evidence, briefs, motions, or other materials you intend to offer in support of your objection;

- Be signed by you; and
- Be sent by U.S. Mail, First-Class and postage prepaid, with a postmark on or before October 3, 2011.

You cannot object to the Settlement by phone or email.

**Intervention:**   Any request for intervention must meet the requirements set forth above, including the deadline, for filing objections; must be accompanied by any evidence, briefs, motions, or other materials you intend to offer in support of your request for intervention; and must meet the requirements of the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Northern District of Iowa.

## 14. What's the difference between excluding myself and objecting?

If you exclude yourself, you are no longer a member of the GCC Alliance/Siouxland Settlement Class and you keep your right to file your own lawsuit against the GCC Alliance/Siouxland Class Settling Defendants at your own expense.  If you exclude yourself, you may not object to the Settlement and you cannot receive any payments or credits from the Settlement.  If you remain a GCC Alliance/Siouxland Settlement Class Member, you may object.

## 15. Can I have a lawyer represent me?

The law firms of Cohen & Malad, LLP, and Preti Flaherty Beliveau & Pachios LLP have been appointed by the Court and represent you and other GCC Alliance/Siouxland Settlement Class Members.  These lawyers are called Class Counsel.  If you want to be represented by your own lawyer, you may hire one at your own expense.  However, any lawyer intending to appear at the Fairness Hearing must be duly admitted to practice law before the United States District Court for the Northern District of Iowa and must file a written appearance no later than October 3, 2011.  Copies of the appearance must be served on Class Counsel and counsel for the GCC Alliance/Siouxland Class Settling Defendants at the addresses included in this Notice in accordance with the Federal Rules of Civil Procedure.

## 16. What happens if I do nothing at all?

If you do nothing, you will remain a GCC Alliance/Siouxland Settlement Class Member and will remain eligible for any benefits available under the Settlement.  If the Court approves the Settlement, you will be bound by its terms as well as any Court orders related to the Settlement and a release will be granted to the GCC Alliance/Siouxland Class Settling Defendants of any rights you may have to pursue the same legal claims in this case against them.  To receive payments from the Settlement, you will be required to submit a completed Claim Form.  Once the Court approves a method of distributing the Settlement Fund, information about the proposed distribution of settlement funds will be provided to Class Members, along with Claim Forms and instructions for completing a claim.  These materials will also be made available on the settlement website.

## 17. How will the lawyers and costs be paid?

Class Counsel will file a petition with the Court no later than September 2, 2011, asking for payment of attorneys' fees in the amount of 33-1/3% of the Settlement Amount, and the reimbursement of reasonable expenses, to be paid from the Settlement Fund.  The petition will be available on the settlement website.  The Court may consider whether to approve the payment of attorneys' fees and expenses in this amount during the Fairness Hearing, or at a later time determined by the Court.

If the Court approves these fees and expenses, they will be paid from the Settlement Fund. These fees and expenses, however, will not be paid until time for appeal and/or any appeal of this Settlement has been exhausted.  The costs of providing this Notice and published notice of the Settlement, and the costs of settlement administration, will be paid from the Settlement Fund.

## THE COURT'S FAIRNESS HEARING

### 18. When and where will the Court decide whether to approve the Settlement?

The Court will hold a hearing—which is called the Fairness Hearing—at the United States District Courthouse, 320 Sixth Street, Sioux City, Iowa, at 9:00 a.m. on November 1, 2011.  At the Fairness Hearing, the Court will consider whether the Settlement is fair, reasonable, and adequate.  The Court will consider any objections and listen to people who have made written objections and timely asked to speak at the hearing.  After the Fairness Hearing, the Court will decide whether to approve the Settlement.

### 19. Do I have to come to the hearing?

You do not need to attend the Fairness Hearing, but you are welcome to come at your own expense. If you have sent a written objection, you do not need to be present for the Court to consider it.

### 20. May I show up and speak at the hearing?

If you have submitted a timely written objection to the Settlement and requested to be heard, the Court may allow you to speak at the Fairness Hearing.  If you wish for your lawyer to speak for you, he or she must have submitted a timely appearance as provided above.

**Reminder:**  If you have excluded yourself from the GCC Alliance/Siouxland Settlement Class, you may not object to the Settlement and you may not speak at the Fairness Hearing.

### 21. How can I get more information?

The description in this Notice is general and does not cover all of the issues and the proceedings thus far.  More details about the Lawsuit and the Settlement, including a detailed definition of terms, are in the Settlement Agreement With Siouxland Concrete Company, VS Holding Company F/K/A Alliance Concrete, Inc., GCC Alliance Concrete, Inc., and Steven Keith VandeBrake ("Settlement Agreement").  You may review the Settlement Agreement and the Court file during business hours at the Office of the Clerk of the United States District Court, United States District Courthouse, 320 Sixth Street, Sioux City, Iowa.  You may also direct questions concerning the Settlement to Class Counsel at the address above.  **Please do not contact the Court directly with any questions.**

Additional information about the Lawsuit and the Settlement may be obtained from the following Internet website:  www.IowaConcreteAntitrustSettlement.com.

/s/ Mark W. Bennett, Judge
United States District Court
Northern District of Iowa

# Exhibit B

# Exhibit B-1

# ***ATTENTION DIRECT PURCHASERS OF READY-MIX CONCRETE FROM TRI-STATE READY MIX, INC. OR ALLIANCE CONCRETE, INC. OR GCC ALLIANCE CONCRETE, INC.***

### NOTICE OF CLASS ACTION SETTLEMENT

**IF YOU ARE OR WERE A PERSON OR ENTITY WHO PURCHASED READY-MIX CONCRETE FROM JANUARY 1, 2006 THROUGH DECEMBER 31, 2009 DIRECTLY FROM THE HAWARDEN, ORANGE CITY, SIOUX CENTER, OR SHELDON PLANTS THAT ALLIANCE CONCRETE, INC. OWNED BEFORE JANUARY 14, 2008 AND THAT GCC ALLIANCE HAS OWNED SINCE THAT DATE, OR TRI-STATE READY-MIX, INC.'S ROCK VALLEY PLANT, YOU MAY BE ENTITLED TO COMMENT ON, EXCLUDE YOURSELF, OR RECEIVE PAYMENTS FROM THE SETTLEMENT.**

#### PLEASE READ THIS NOTICE CAREFULLY.

Settlements have been reached on behalf of three separate classes of direct purchasers of Ready-Mix Concrete in the lawsuit entitled *In re: Iowa Ready-Mix Concrete Antitrust Litigation,* Case No. 5:10-cv-04038-MWB (the "Lawsuit"), which is pending in the United States District Court for the Northern District of Iowa (the "Court"). You may be a member of one, two, or all three proposed "Settlement Classes" for which settlements have been reached. Please read this **and any other notices from the Lawsuit** carefully to determine if and how your rights may be affected.

This notice concerns a Settlement between the Plaintiffs in the Lawsuit and Defendants Tri-State Ready Mix, Inc. ("Tri-State"), Chad Van Zee ("Van Zee"), GCC Alliance Concrete, Inc. ("GCC Alliance"), Steven Keith VandeBrake ("VandeBrake"), and VS Holding Company, f/k/a Alliance Concrete, Inc. ("VS Holding") (collectively, "Alliance/Tri-State Class Settling Defendants").

**WHAT THIS LAWSUIT IS ABOUT:** The Lawsuit asserts that Tri-State, Van Zee, GCC Alliance, VandeBrake, and VS Holding conspired in an unlawful conspiracy to raise, fix, maintain, or stabilize the price of Ready-Mix Concrete sold from the Alliance Plants and Tri-State Plant at artificially high levels, in violation of Section 1 of the Sherman Act, Title 15, United States Code, Section 1.

**WHO IS IN THE CLASS:** The Court has preliminarily certified the following "Alliance/Tri-State Settlement Class": All persons or entities who purchased Ready-Mix Concrete from January 1, 2006 through December 31, 2009 directly from GCC's Hawarden, Orange City, Sioux Center or Sheldon plants (the "Alliance Plants"), or Tri-State's Rock Valley plant (the "Tri-State Plant") (the "Alliance/Tri-State Settlement Class"). You are not an Alliance/Tri-State Settlement Class Member if you are one of the Defendants; their co-conspirators; or their respective parents, subsidiaries, or affiliates. You are also not an Alliance/Tri-State Settlement Class Member if you are a federal government entity.

**THE PROPOSED SETTLEMENT:** The Alliance/Tri-State Class Settling Defendants have agreed to pay the amount of $10,730,335 pursuant to the terms of the Settlement. This Settlement was achieved after a year of litigation and numerous negotiating sessions between Class Counsel and the lawyers for the Alliance/Tri-State Class Settling Defendants. Because of the inherent risks of litigation, Plaintiffs believe that the Settlement provides a fair and efficient resolution of the Plaintiffs' and Class Members' claims against the Alliance/Tri-State Class Settling Defendants. The Court has not made any determination of any liability of the Alliance/Tri-State Class Settling Defendants for these claims.

Under the terms of the Settlement, the Alliance/Tri-State Class Settling Defendants have deposited or will deposit their respective Settlement Amounts into a Settlement Fund. Class Counsel will seek Court permission to distribute the Settlement Fund to Class Members and to pay amounts approved by the Court for Class Counsel's attorneys' fees and reasonable expenses, notices to Class Members, and incentive payments to the class representatives.

It is anticipated that the proposed distribution of amounts from the remaining balance of the Settlement Fund to participating Class Members will be in direct proportion to the amount of each participating Class Member's purchases of Ready-Mix Concrete from the Alliance/Tri-State Class Settling Defendants from the Alliance Plants and from the Tri-State Plant at any time from January 1, 2006 through December 31, 2009, when compared to all such purchases by participating Class Members.

Once the Court approves a method of distributing the Settlement Fund, information about the proposed distribution of settlement funds will be provided to known Class Members, along with Claim Forms and instructions for completing a claim. These materials will also be made available on the settlement website.

**PAYMENT OF ATTORNEYS' FEES AND COSTS:** Class Counsel will file a petition with the Court no later than September 2, 2011, asking for payment of attorneys' fees in the amount of 33-1/3% of the Settlement Amount, and the reimbursement of reasonable expenses, to be paid from the Settlement Fund. The petition will be available on the settlement website. The Court may consider whether to approve the payment of attorneys' fees and expenses in this amount during the Fairness Hearing, or at a later time determined by the Court. These fees and expenses, however, will not be paid until time for appeal and/or any actual appeal of this Settlement has been exhausted.

| YOUR LEGAL RIGHTS AND OPTIONS (YOU MUST CHOOSE AMONG ONE OF THESE OPTIONS) | DEADLINE |
|---|---|

| **EXCLUDE YOURSELF** | You may exclude yourself from the Settlement, in which case you will not be eligible to receive any payments from the Settlement that are approved by the Court or to comment on the Settlement.  This is the only option that allows you to be part of any other lawsuit against the Alliance/Tri-State Class Settling Defendants about the legal claims brought or which could be brought in this case.  A request for exclusion must include (i) a statement that you intend to "opt out" or request "exclusion" from the Alliance/Tri-State Settlement Class; (ii) the full name and current address of the person or entity requesting exclusion; (iii) the title and a statement of authority of any person requesting exclusion on behalf of an entity other than an individual; (iv) the title of the Lawsuit:  "*In re: Iowa Ready-Mix Concrete Antitrust Litigation*;" and (v) your signature.  The request for exclusion must be sent to Class Counsel at the addresses below, by U.S. Mail, First-Class and postage prepaid, with a postmark on or before October 3, 2011. | October 3, 2011 |
| --- | --- | --- |
| **DO NOTHING** | If you choose to do nothing, you will remain eligible to receive any payments from the Settlement that are approved by the Court.  This will result in a release of any right you may have to pursue the legal claims brought, or which could have been brought, in this case against the Alliance/Tri-State Class Settling Defendants based on direct purchases from the Hawarden, Orange City, Sioux Center or Sheldon plants that Alliance Concrete owned before January 14, 2008 and which GCC Alliance has owned since that date, or Tri-State's Rock Valley plant.  If you choose to do nothing and the settlement is approved by the Court, you will be required to submit a Claim Form to receive money from the settlement. | N/A |
| **OBJECT** | Write to the Court if you do not think the Settlement is fair.  If you exclude yourself from the Settlement, you may not object.  An objection must include (i) a statement that you object to the settlement with the Alliance/Tri-State Class Settling Defendants; (ii) the full name and current address of the person or entity objecting; (iii) the title and a statement of authority of any person objecting on behalf of an entity other than an individual; (iv) the title of the Lawsuit:  "*In re: Iowa Ready-Mix Concrete Antitrust Litigation*;" (v) reason for your objection and any evidence, briefs, motions, or other materials you intend to offer in support of your objection; and (vi) your signature.  The objection must be sent to all the parties and the Court at the addresses below by U.S. Mail, First-Class and postage prepaid, with a postmark on or before October 3, 2011. | October 3, 2011 |
| **GO TO A HEARING** | If you object, you may also ask to speak in Court about the fairness of the Settlement. | November 1, 2011 |

**FAIRNESS HEARING:**  The Court will hold a hearing—which is called the Fairness Hearing—at the United States District Courthouse, 320 Sixth Street, Sioux City, Iowa, at 9:00 a.m. on October 3, 2011.  At the Fairness Hearing, the Court will consider whether the Settlement is fair, reasonable, and adequate.  The Court will consider any objections and listen to people who have made written objections and timely asked to speak at the hearing.  After the Fairness Hearing, the Court will decide whether to approve the Settlement.

**APPEAR BY COUNSEL:**  The law firms of Cohen & Malad, LLP, and Preti Flaherty Beliveau & Pachios LLP have been appointed by the Court and represent you and other Alliance/Tri-State Settlement Class Members.  These lawyers are called Class Counsel.  If you want to be represented by your own lawyer, you may hire one at your own expense.  However, any lawyer intending to appear at the Fairness Hearing must be duly admitted to practice law before the United States District Court for the Northern District of Iowa and must file a written appearance no later than October 3, 2011.  Copies of the appearance must be served on Class Counsel and counsel for the Alliance/Tri-State Class Settling Defendants at the addresses included in this Notice in accordance with the Federal Rules of Civil Procedure.

**CONTACT INFORMATION:**

| **Class Counsel** | **GCC Alliance's Counsel** | **VS Holding's Counsel** |
| --- | --- | --- |
| Irwin B. Levin<br>COHEN & MALAD, LLP<br>One Indiana Square, Suite 1400<br>Indianapolis, IN  46204<br><br>Gregory P.  Hansel<br>PRETI FLAHERTY<br>One City Center<br>PO Box 9546<br>Portland, ME  04112-9546 | William R. Pakalka<br>FULBRIGHT & JAWORSKI L.L.P.<br>Fulbright Tower<br>1301 McKinney Street, Suite 5100<br>Houston, TX  77010 | Hayward L. Draper<br>NYEMASTER, GOODE, P.C.<br>700 Walnut Street, Suite 1600<br>Des Moines, IA  50309 |
| **VandeBrake's Counsel** | **Tri-State and Van Zee's Counsel** | **The Court** |
| Thomas J. Costakis<br>KRIEG DeVAULT LLP<br>One Indiana Square, Suite 2800<br>Indianapolis, IN  46204 | Mark A. Thornhill<br>SPENCER FANE BRITT &<br>  BROWNE, LLP<br>1000 Walnut Street, Suite 1400<br>Kansas City, MO  64106 | The Honorable Mark W. Bennett, Judge<br>United States District Court<br>Northern District of Iowa<br>PO Box 838<br>Sioux City, IA 51102 |

**If you think you are a Class Member and you or your business have not received a Notice in the mail, you must write Class Counsel at the addresses shown above to be added to the list of persons and companies to receive notices and related materials by U.S. Mail.**

**ADDITIONAL INFORMATION:**   The description in this Notice is general and does not cover all of the issues and the proceedings thus far. More details about the Lawsuit and the Settlement, including a detailed definition of terms, are in the Settlement Agreement with Tri-State Ready Mix, Inc., Chad Van Zee, GCC Alliance Concrete, Inc., Steven Keith VandeBrake, and VS Holding Company, F/K/A Alliance Concrete, Inc. ("Settlement Agreement").   You may review the Settlement Agreement and the Court file during business hours at the Office of the Clerk of the United States District Court, United States Courthouse, 320 Sixth Street, Sioux City, Iowa.   You may also direct questions concerning the Settlement to Class Counsel at the address above.   **Please do not contact the Court directly with any questions.**

Additional information about the Lawsuit and the Settlement may be obtained from the following Internet website: www.IowaConcreteAntitrustSettlement.com.

/s/ Mark W. Bennett, Judge
United States District Court
Northern District of Iowa

Exhibit B-2

# ***ATTENTION DIRECT PURCHASERS OF READY-MIX CONCRETE FROM GREAT LAKES CONCRETE, INC. OR ALLIANCE CONCRETE, INC. OR GCC ALLIANCE CONCRETE, INC. OR ***

### NOTICE OF CLASS ACTION SETTLEMENT

**IF YOU ARE OR WERE A PERSON OR ENTITY WHO PURCHASED READY-MIX CONCRETE FROM JANUARY 1, 2006 THROUGH DECEMBER 31, 2009 DIRECTLY FROM THE HARTLEY, LAKE PARK, SANBORN, SIBLEY, OR SPENCER READY-MIX CONCRETE PLANTS THAT ALLIANCE CONCRETE, INC. OWNED BEFORE JANUARY 14, 2008 AND THAT GCC ALLIANCE HAS OWNED SINCE THAT DATE, OR GREAT LAKES CONCRETE INC.'S OCHEYDEN, MILFORD, SPENCER, OR SPIRIT LAKE PLANTS, YOU MAY BE ENTITLED TO COMMENT ON, EXCLUDE YOURSELF, OR RECEIVE PAYMENTS FROM THE SETTLEMENT.**

### PLEASE READ THIS NOTICE CAREFULLY.

Settlements have been reached on behalf of three separate classes of direct purchasers of Ready-Mix Concrete in the lawsuit entitled *In re: Iowa Ready-Mix Concrete Antitrust Litigation,* Case No. 5:10-CV-04038-MWB (the "Lawsuit"), which is pending in the United States District Court for the Northern District of Iowa (the "Court"). You may be a member of one, two, or all three proposed "Settlement Classes" for which settlements have been reached. Please read this **and any other notices from the Lawsuit** carefully to determine if and how your rights may be affected.

This Notice concerns a Settlement between the Plaintiff in the Lawsuit and Defendants Great Lakes Concrete Inc. ("Great Lakes"), Kent Robert Stewart ("Stewart"), GCC Alliance Concrete, Inc. ("GCC Alliance"), Steven Keith VandeBrake ("VandeBrake"), and VS Holding Company, f/k/a Alliance Concrete, Inc. ("VS Holding") (collectively, "Alliance/Great Lakes Class Settling Defendants").

**WHAT THIS LAWSUIT IS ABOUT:** The Lawsuit asserts that Great Lakes, Stewart, GCC Alliance, VandeBrake, and VS Holding conspired in an unlawful conspiracy to raise, fix, maintain, or stabilize the price of Ready-Mix Concrete sold from the Alliance Plants and the Great Lakes Plants at artificially high levels, in violation of the Sherman Act, Title 15, United States Code, Section 1.

**WHO IS IN THE CLASS:** The Court has preliminarily certified the following "Alliance/Great Lakes Settlement Class": All persons or entities who purchased Ready-Mix Concrete from January 1, 2006 through December 31, 2009 directly from the Hartley, Lake Park, Sanborn, Sibley, or Spencer Plants that Alliance Concrete, Inc. owned before January 14, 2008 and that GCC Alliance has owned since that date, or Great Lakes' Ocheyden, Milford, Spencer, or Spirit Lake plants (the "Alliance/Great Lakes Settlement Class"). You are not an Alliance/Great Lakes Settlement Class Member if you are one of the Defendants; their co-conspirators; or their respective parents, subsidiaries, or affiliates. You are also not an Alliance/Great Lakes Settlement Class Member if you are a federal government entity.

**THE PROPOSED SETTLEMENT:** The Alliance/Great Lakes Class Settling Defendants have agreed to pay the amount of $5,121,412 pursuant to the terms of the Settlement. This Settlement was achieved after a year of litigation and numerous negotiating sessions between Class Counsel and the lawyers for the Alliance/Great Lakes Class Settling Defendants. Because of the inherent risks of litigation, Plaintiff believes that the Settlement provides a fair and efficient resolution of the Plaintiff's and Class Members' claims against the Alliance/Great Lakes Class Settling Defendants. The Court has not made any determination of any liability of the Alliance/Great Lakes Class Settling Defendants for these claims.

Under the terms of the Settlement, the Alliance/Great Lakes Class Settling Defendants have deposited or will deposit their respective Settlement Amounts into a Settlement Fund. Class Counsel will seek Court permission to distribute the Settlement Fund to Class Members and to pay amounts approved by the Court for Class Counsel's attorneys' fees and reasonable expenses, notices to Class Members, and incentive payments to the class representative.

It is anticipated that the proposed distribution of amounts from the remaining balance of the Settlement Fund to participating Class Members will be in direct proportion to the amount of each participating Class Member's purchases of Ready-Mix Concrete from the Alliance/Great Lakes Class Settling Defendants from the Alliance Plants and from the Great Lakes Plants at any time from January 1, 2006 through December 31, 2009, when compared to all such purchases by participating Class Members.

Once the Court approves a method of distributing the Settlement Fund, information about the proposed distribution of settlement funds will be provided to known Class Members, along with Claim Forms and instructions for completing a claim. These materials will also be made available on the settlement website.

**PAYMENT OF ATTORNEYS' FEES AND COSTS:** Class Counsel will file a petition with the Court no later than September 2, 2011, asking for payment of attorneys' fees in the amount of 33-1/3% of the Settlement Amount, and the reimbursement of reasonable expenses, to be paid from the Settlement Fund. The petition will be available on the settlement website. The Court may consider whether to approve the payment of attorneys' fees and expenses in this amount during the Fairness Hearing, or at a later time determined by the Court. These fees and expenses, however, will not be paid until time for appeal and/or any actual appeal of this Settlement has been exhausted.

| YOUR LEGAL RIGHTS AND OPTIONS (YOU MUST CHOOSE AMONG ONE OF THESE OPTIONS) | DEADLINE |
|---|---|

| **EXCLUDE YOURSELF** | You may exclude yourself from the Settlement, in which case you will not be eligible to receive any payments from the Settlement that are approved by the Court or to comment on the Settlement.  This is the only option that allows you to be part of any other lawsuit against the Alliance/Great Lakes Class Settling Defendants about the legal claims brought or which could be brought in this case. A request for exclusion must include (i) a statement that you intend to "opt out" or request "exclusion" from the Alliance/Great Lakes Settlement Class; (ii) the full name and current address of the person or entity requesting exclusion; (iii) the title and a statement of authority of any person requesting exclusion on behalf of an entity other than an individual; (iv) the title of the Lawsuit:  "*In re:  Iowa Ready-Mix Concrete Antitrust Litigation*"; and (v) your signature.  The request for exclusion must be sent to Class Counsel at the addresses below, by U.S. Mail, First-Class and postage prepaid, with a postmark on or before October 3, 2011. | October 3, 2011 |
| --- | --- | --- |
| **DO NOTHING** | If you choose to do nothing, you will remain eligible to receive any payments from the Settlement that are approved by the Court.  This will result in a release of any right you may have to pursue the legal claims brought, or which could have been brought, in this case against the Alliance/Great Lakes Class Settling Defendants based on direct purchases from the Hartley, Lake Park, Sanborn, Sibley, or Spencer plants that Alliance Concrete owned since January 14, 2008, and which GCC Alliance has owned since that date or Great Lakes' Ocheyden, Milford, Spencer, or Spirit Lake plants. If you choose to do nothing, and the settlement is approved by the Court, you will be required to submit a Claim Form to receive money from the settlement. | N/A |
| **OBJECT** | Write to the Court if you do not think the Settlement is fair.  If you exclude yourself from the Settlement, you may not object.  An objection must include (i) a statement that you object to the settlement with the Alliance/Great Lakes Class Settling Defendants; (ii) the full name and current address of the person or entity objecting; (iii) the title and a statement of authority of any person objecting on behalf of an entity other than an individual; (iv) the title of the Lawsuit:  "*In re:  Iowa Ready-Mix Concrete Antitrust Litigation*"; (v) reason for your objection and any evidence, briefs, motions, or other materials you intend to offer in support of your objection; and (vi) your signature.  The objection must be sent to all the parties and the Court at the addresses below by U.S. Mail, First-Class and postage prepaid, with a postmark on or before October 3, 2011. | October 3, 2011 |
| **GO TO A HEARING** | If you object, you may also ask to speak in Court about the fairness of the Settlement. | November 1, 2011 |

**FAIRNESS HEARING:**  The Court will hold a hearing—which is called the Fairness Hearing—at the United States District Courthouse, 320 Sixth Street, Sioux City, Iowa, at 9:00 a.m. on Novermber 1, 2011.  At the Fairness Hearing, the Court will consider whether the Settlement is fair, reasonable, and adequate.  The Court will consider any objections and listen to people who have made written objections and timely asked to speak at the hearing.  After the Fairness Hearing, the Court will decide whether to approve the Settlement.

**APPEAR BY COUNSEL:**  The law firms of Cohen & Malad, LLP, and Preti Flaherty Beliveau & Pachios LLPhave been appointed by the Court and represent you and other Alliance/Great Lakes Settlement Class Members.  These lawyers are called Class Counsel.  If you want to be represented by your own lawyer, you may hire one at your own expense.  However, any lawyer intending to appear at the Fairness Hearing must be duly admitted to practice law before the United States District Court for the Northern District of Iowa and must file a written appearance no later than October 3, 2011.  Copies of the appearance must be served on Class Counsel and counsel for the Alliance/Great Lakes Class Settling Defendants at the addresses included in this Notice in accordance with the Federal Rules of Civil Procedure.

**CONTACT INFORMATION:**

| Class Counsel | Great Lakes' and Stewart's Counsel | GCC Alliance's Counsel |
| --- | --- | --- |
| Irwin B. Levin<br>COHEN & MALAD, LLP<br>One Indiana Square, Suite 1400<br>Indianapolis, IN  46204<br><br>Gregory P.  Hansel<br>PRETI FLAHERTY<br>One City Center<br>PO Box 9546<br>Portland, ME  04112-9546 | Mark C. Laughlin<br>FRASER STRYKER PC LLO<br>500 Energy Plaza<br>409 South 17th Street<br>Omaha, NE  68102 | William R. Pakalka<br>FULBRIGHT & JAWORSKI L.L.P.<br>Fulbright Tower<br>1301 McKinney Street, Suite 5100<br>Houston, TX  77010 |
| **VandeBrake's Counsel** | **VS Holding's Counsel** | **The Court** |
| Thomas J. Costakis<br>KRIEG DeVAULT LLP<br>One Indiana Square, Suite 2800<br>Indianapolis, IN  46204-2079 | Hayward L. Draper<br>NYEMASTER, GOODE, P.C.<br>700 Walnut Street, Suite 1600<br>Des Moines, IA  50309-3899 | The Honorable Mark W. Bennett, Judge<br>United States District Court<br>Northern District of Iowa<br>PO Box 838<br>Sioux City, IA  51102-0838 |

**If you think you are a Class Member and you or your business have not received a Notice in the mail, you must write Class Counsel at the addresses shown above to be added to the list of persons and companies to receive notices and related materials by U.S. Mail.**

**ADDITIONAL INFORMATION:**   The description in this Notice is general and does not cover all of the issues and the proceedings thus far. More details about the Lawsuit and the Settlement, including a detailed definition of terms, are in the Settlement Agreement With Great Lakes Concrete, Inc., Kent Robert Stewart, GCC Alliance Concrete, Inc., Steven Keith VandeBrake, and VS Holding Company, F/K/A Alliance Concrete, Inc. ("Settlement Agreement").   You may review the Settlement Agreement and the Court file during business hours at the Office of the Clerk of the United States District Court, United States District Courthouse, 320 Sixth Street, Sioux City, Iowa.   You may also direct questions concerning the Settlement to Class Counsel at the addresses above.   **Please do not contact the Court directly with any questions.**

Additional information about the Lawsuit and the Settlement may be obtained from the following Internet website: www.IowaConcreteAntitrustSettlement.com.

/s/ Mark W. Bennett, Judge
United States District Court
Northern District of Iowa

# Exhibit B-3

# ***ATTENTION DIRECT PURCHASERS OF READY-MIX CONCRETE FROM SIOUXLAND CONCRETE COMPANY OR GCC ALLIANCE CONCRETE, INC.***

## NOTICE OF CLASS ACTION SETTLEMENT

**IF YOU ARE OR WERE A PERSON OR ENTITY WHO PURCHASED READY-MIX CONCRETE FROM JULY 1, 2008 THROUGH DECEMBER 31, 2009 DIRECTLY FROM GCC ALLIANCE CONCRETE, INC.'S LE MARS NORTH, LE MARS SOUTH, REMSEN, AKRON, MOVILLE OR SERGEANT BLUFF PLANTS, OR SIOUXLAND CONCRETE COMPANY'S 11TH STREET AND STEUBEN STREET PLANTS LOCATED IN SIOUX CITY, IOWA AND THE SOUTH SIOUX CITY, NEBRASKA PLANT, YOU MAY BE ENTITLED TO COMMENT ON, EXCLUDE YOURSELF, OR RECEIVE PAYMENTS FROM THE SETTLEMENT.**

## PLEASE READ THIS NOTICE CAREFULLY.

Settlements have been reached on behalf of three separate classes of direct purchasers of Ready-Mix Concrete in the lawsuit entitled *In re: Iowa Ready-Mix Concrete Antitrust Litigation,* Case No. 5:10-cv-04038-MWB (the "Lawsuit"), which is pending in the United States District Court for the Northern District of Iowa (the "Court"). You may be a member of one, two, or all three proposed "Settlement Classes" for which settlements have been reached. Please read this **and any other notices from the Lawsuit** carefully to determine if and how your rights may be affected.

This notice concerns a Settlement between the Plaintiffs in the Lawsuit and Defendants Siouxland Concrete Company ("Siouxland"), GCC Alliance Concrete, Inc. ("GCC Alliance"), Steven Keith VandeBrake ("VandeBrake"), and VS Holding Company, f/k/a Alliance Concrete, Inc. ("VS Holding") (collectively, "GCC Alliance/Siouxland Class Settling Defendants").

**WHAT THIS LAWSUIT IS ABOUT:** The Lawsuit asserts that Siouxland, GCC Alliance, VandeBrake, and VS Holding conspired in an unlawful conspiracy to raise, fix, maintain, or stabilize the price of Ready-Mix Concrete sold from the Siouxland Plants and GCC Alliance Plants at artificially high levels, in violation of the Sherman Act, Title 15, United States Code, Section 1. Siouxland is an applicant for leniency under the Department of Justice Antitrust Division's Leniency Program authorized by Pub. L. 108-237, Title II, Subtitle A, §§ 211 to 215 (Note to 15 U.S.C. § 1 *et seq.*), with regard to the matters alleged by Plaintiffs in the Action.

**WHO IS IN THE CLASS:** The Court has preliminarily certified the following "GCC Alliance/Siouxland Settlement Class": All persons or entities who purchased Ready-Mix Concrete from July 1, 2008 through December 31, 2009 directly from GCC Alliance's Le Mars North, Le Mars South, Remsen, Akron, Moville or Sergeant Bluff plants, or Siouxland's 11th Street and Steuben Street plants located in Sioux City, Iowa and the South Sioux City, Nebraska plant (the "GCC Alliance/Siouxland Settlement Class"). You are not a GCC Alliance/Siouxland Settlement Class Member if you are one of the Defendants; their co-conspirators; or their respective parents, subsidiaries, or affiliates. You are also not a GCC Alliance/Siouxland Settlement Class Member if you are a federal government entity.

**THE PROPOSED SETTLEMENT:** The GCC Alliance/Siouxland Class Settling Defendants have agreed to pay the amount of $2,648,253 pursuant to the terms of the Settlement. This Settlement was achieved after a year of litigation and numerous negotiating sessions between Class Counsel and the lawyers for the GCC Alliance/Siouxland Class Settling Defendants. Because of the inherent risks of litigation, Plaintiffs believe that the Settlement provides a fair and efficient resolution of the Plaintiffs' and Class Members' claims against the GCC Alliance/Siouxland Class Settling Defendants. The Court has not made any determination of any liability of the GCC Alliance/Siouxland Class Settling Defendants for these claims.

Under the terms of the Settlement, the GCC Alliance/Siouxland Class Settling Defendants have deposited or will deposit their respective Settlement Amounts into a Settlement Fund. Class Counsel will seek Court permission to distribute the Settlement Fund to Class Members and to pay amounts approved by the Court for Class Counsel's attorneys' fees and reasonable expenses, notices to Class Members, and incentive payments to the class representatives.

It is anticipated that the proposed distribution of amounts from the remaining balance of the Settlement Fund to participating Class Members will be in direct proportion to the amount of each participating Class Member's purchases of Ready-Mix Concrete from the GCC Alliance/Siouxland Class Settling Defendants from the GCC Alliance Plants and from the Siouxland Plants at any time from July 1, 2008 through December 31, 2009, when compared to all such purchases by participating Class Members.

Once the Court approves a method of distributing the Settlement Fund, information about the proposed distribution of settlement funds will be provided to known Class Members, along with Claim Forms and instructions for completing a claim. These materials will also be made available on the settlement website.

**PAYMENT OF ATTORNEYS' FEES AND COSTS:** Class Counsel will file a petition with the Court no later than September 2, 2011, asking for payment of attorneys' fees in the amount of 33-1/3% of the Settlement Amount, and the reimbursement of reasonable expenses, to be paid from the Settlement Fund. The petition will be available on the settlement website. The Court may consider whether to approve the payment of attorneys' fees and expenses in this amount during the Fairness Hearing, or at a later time determined by the Court. These fees and expenses, however, will not be paid until time for appeal and/or appeal of this Settlement has been exhausted.

| YOUR LEGAL RIGHTS AND OPTIONS (YOU MUST CHOOSE AMONG ONE OF THESE OPTIONS) | DEADLINE |
|---|---|

| | | |
|---|---|---|
| **EXCLUDE YOURSELF** | You may exclude yourself from the Settlement, in which case you will not be eligible to receive any payments from the Settlement that are approved by the Court or to comment on the Settlement.  This is the only option that allows you to be part of any other lawsuit against the GCC Alliance/Siouxland Class Settling Defendants about the legal claims brought or which could be brought in this case.  A request for exclusion must include (i) a statement that you intend to "opt out" or request "exclusion" from the GCC Alliance/Siouxland Settlement Class; (ii) the full name and current address of the person or entity requesting exclusion; (iii) the title and a statement of authority of any person requesting exclusion on behalf of an entity other than an individual; (iv)  the title of the Lawsuit:  "*In re: Iowa Ready-Mix Concrete Antitrust Litigation*"; and (v) your signature.  The request for exclusion must be sent to Class Counsel at one of the addresses below, by U.S. Mail, First-Class and postage prepaid, with a postmark on or before October 3, 2011. | October 3, 2011 |
| **DO NOTHING** | If you choose to do nothing, you will remain eligible to receive any payments from the Settlement that are approved by the Court.  This will result in a release of any right you may have to pursue the legal claims brought, or which could have been brought, in this case against the GCC Alliance/Siouxland Class Settling Defendants based on direct purchases from GCC Alliance's Le Mars North, Le Mars South, Remsen, Akron, Moville or Sergeant Bluff plants or Siouxland's 11th Street and Steuben Street plants located in Sioux City, Iowa and the South Sioux City, Nebraska plant.  If you choose to do nothing, and the settlement is approved by the Court, you will be required to submit a Claim Form to receive money from the settlement. | N/A |
| **OBJECT** | Write to the Court if you do not think the Settlement is fair.  If you exclude yourself from the Settlement, you may not object.  An objection must include (i) a statement that you object to the settlement with the GCC Alliance/Siouxland Class Settling Defendants; (ii) the full name and current address of the person or entity objecting; (iii) the title and a statement of authority of any person objecting on behalf of an entity other than an individual; (iv) the title of the Lawsuit:  "*In re: Iowa Ready-Mix Concrete Antitrust Litigation*"; (v) reason for your objection and any evidence, briefs, motions, or other materials you intend to offer in support of your objection; and (vi) your signature.  The objection must be sent to all the parties and the Court at the addresses below by U.S. Mail, First-Class and postage prepaid, with a postmark on or before October 3, 2011. | October 3, 2011 |
| **GO TO A HEARING** | If you object, you may also ask to speak in Court about the fairness of the Settlement. | November 1, 2011 |

**FAIRNESS HEARING:**  The Court will hold a hearing—which is called the Fairness Hearing—at the United States District Courthouse, 320 Sixth Street, Sioux City, Iowa, at 9:00 a.m. on November 1, 2011.  At the Fairness Hearing, the Court will consider whether the Settlement is fair, reasonable, and adequate.  The Court will consider any objections and listen to people who have made written objections and timely asked to speak at the hearing.  After the Fairness Hearing, the Court will decide whether to approve the Settlement.

**APPEAR BY COUNSEL:**  The law firms of Cohen & Malad, LLP, and Preti Flaherty Beliveau & Pachios LLP have been appointed by the Court and represent you and other GCC Alliance/Siouxland Settlement Class Members.  These lawyers are called Class Counsel.  If you want to be represented by your own lawyer, you may hire one at your own expense.  However, any lawyer intending to appear at the Fairness Hearing must be duly admitted to practice law before the United States District Court for the Northern District of Iowa and must file a written appearance no later than October 3, 2011.  Copies of the appearance must be served on Class Counsel and counsel for the GCC Alliance/Siouxland Class Settling Defendants at the addresses included in this Notice in accordance with the Federal Rules of Civil Procedure.

**CONTACT INFORMATION:**

| Class Counsel | Siouxland's Counsel | GCC Alliance's Counsel |
|---|---|---|
| Irwin B. Levin<br>COHEN & MALAD, LLP<br>One Indiana Square, Suite 1400<br>Indianapolis, IN  46204<br><br>Gregory P.  Hansel<br>PRETI FLAHERTY<br>One City Center<br>PO Box 9546<br>Portland, ME  04112-9546 | David E. Everson<br>Stinson Morrison Hecker LLP<br>1201 Walnut Street, Suite 2900<br>Kansas City, MO  64106 | William R. Pakalka<br>FULBRIGHT & JAWORSKI L.L.P.<br>Fulbright Tower<br>1301 McKinney Street, Suite 5100<br>Houston, TX  77010 |
| **VandeBrake's Counsel** | **VS Holding's Counsel** | **The Court** |
| Thomas J. Costakis<br>KRIEG DeVAULT LLP<br>One Indiana Square, Suite 2800<br>Indianapolis, IN  46204-2079 | Hayward L. Draper<br>NYEMASTER, GOODE, P.C.<br>700 Walnut Street, Suite 1600<br>Des Moines, IA  50309-3899 | The Honorable Mark W. Bennett, Judge<br>United States District Court<br>Northern District of Iowa<br>PO Box 838<br>Sioux City, IA  51102-0838 |

**If you think you are a Class Member and you or your business have not received a Notice in the mail, you must write Class Counsel at the addresses shown above to be added to the list of persons and companies to receive notices and related materials by U.S. Mail.**

**ADDITIONAL INFORMATION:**  The description in this Notice is general and does not cover all of the issues and the proceedings thus far. More details about the Lawsuit and the Settlement, including a detailed definition of terms, are in the Settlement Agreement With Siouxland Concrete Company, VS Holding Company F/K/A Alliance Concrete, Inc., GCC Alliance Concrete, Inc., and Steven Keith VandeBrake ("Settlement Agreement").  You may review the Settlement Agreement and the Court file during business hours at the Office of the Clerk of the United States District Court, United States District Courthouse, 320 Sixth Street, Sioux City, Iowa.  You may also direct questions concerning the Settlement to Class Counsel at the address above.  **Please do not contact the Court directly with any questions.**

Additional information about the Lawsuit and the Settlement may be obtained from the following Internet website: www.IowaConcreteAntitrustSettlement.com.

/s/ Mark W. Bennett, Judge
United States District Court
Northern District of Iowa

# Exhibit C

# Exhibit C-1

*Sioux City Journal*                                Aug 25 2011 12:21    P002/003



# Affidavit of Insertion

This is to certify that the 3 x 14 Tri State   Class display ad for **A.B. Data LTD**
(11084MA0)
appeared in the

Newspaper: _____Sioux City Journal_____

Run Date(s): _____8/19/11_____

Signed by _____ (Advertising Manager)

Sworn to and subscribed before me this 25 day of Aug , 2011.

_____
Notary Public

DENISE BRYCE
Commission Number 191358
My Commission Expires
July 28, 2014

**D2   FRIDAY, AUGUST 19, 2011**

**BUSINESS**

---

### ***ATTENTION DIRECT PURCHASERS OF***

### READY-MIX CONCRETE FROM TRI-STATE READY MIX, INC., ALLIANCE CONCRETE, INC., OR GCC ALLIANCE CONCRETE, INC.***

#### NOTICE OF CLASS ACTION SETTLEMENT

**IF YOU ARE OR WERE A PERSON OR ENTITY WHO PURCHASED READY-MIX CONCRETE FROM JANUARY 1, 2006 THROUGH DECEMBER 31, 2009 DIRECTLY FROM THE HAWARDEN, ORANGE CITY, SIOUX CENTER, OR SHELDON PLANTS THAT ALLIANCE CONCRETE, INC. OWNED BEFORE JANUARY 14, 2008 AND THAT GCC ALLIANCE HAS OWNED SINCE THAT DATE, OR TRI-STATE READY-MIX, INC.'S ROCK VALLEY PLANT, YOU MAY BE ENTITLED TO COMMENT ON, EXCLUDE YOURSELF, OR RECEIVE PAYMENTS FROM THE SETTLEMENT.**

**PLEASE READ THIS NOTICE CAREFULLY.**

Settlements have been reached on behalf of three separate classes of direct purchasers of Ready-Mix Concrete in the lawsuit entitled *In re: Iowa Ready-Mix Concrete Antitrust Litigation*, Case No. 5:10-cv-04038-MWB (the "Lawsuit"), which is pending in the United States District Court for the Northern District of Iowa (the "Court"). You may be a member of one, two, or all three proposed "Settlement Classes" for which settlements have been reached. Please read this **and any other notices** from the Lawsuit carefully to determine if and how your rights may be affected.

This notice concerns a Settlement between the Plaintiffs in the Lawsuit and Defendants Tri-State Ready Mix, Inc. ("Tri-State"), Chad Van Zee ("Van Zee"), GCC Alliance Concrete, Inc. ("GCC Alliance"), Steven Keith VandeBrake ("VandeBrake"), and VS Holding Company, f/k/a Alliance Concrete, Inc. ("VS Holding") (collectively, "Alliance/Tri-State Class Settling Defendants").

**WHAT THIS LAWSUIT IS ABOUT:** The Lawsuit asserts that Tri-State, Van Zee, GCC Alliance, VandeBrake, and VS Holding conspired in an unlawful conspiracy to raise, fix, maintain, or stabilize the price of Ready-Mix Concrete sold from the Alliance Plants and Tri-State Plant at artificially high levels, in violation of Section 1 of the Sherman Act, Title 15, United States Code, Section 1.

**WHO IS IN THE CLASS:** The Court has preliminarily certified the following "Alliance/Tri-State Settlement Class": All persons or entities who purchased Ready-Mix Concrete from January 1, 2006 through December 31, 2009 directly from GCC's Hawarden, Orange City, Sioux Center or Sheldon plants (the "Alliance Plants"), or Tri-State's Rock Valley plant (the "Tri-State Plant") (the "Alliance/Tri-State Settlement Class"). You are not an Alliance/Tri-State Settlement Class Member if you are one of the Defendants; their co-conspirators; or their respective parents, subsidiaries, or affiliates. You are also not an Alliance/Tri-State Settlement Class Member if you are a federal government entity.

**THE PROPOSED SETTLEMENT:** The Alliance/Tri-State Class Settling Defendants have agreed to pay the amount of $10,350,335 pursuant to the terms of the Settlement. This Settlement was achieved after a year of litigation and numerous negotiating sessions between Class Counsel and the lawyers for the Alliance/Tri-State Class Settling Defendants. Because of the inherent risks of litigation, Plaintiffs believe that the Settlement provides a fair and efficient resolution of the Plaintiffs' and Class Members' claims against the Alliance/Tri-State Class Settling Defendants. The Court has not made any determination of any liability of the Alliance/Tri-State Class Settling Defendants for these claims.

Under the terms of the Settlement, the Alliance/Tri-State Class Settling Defendants have deposited or will deposit their respective Settlement Amounts into a Settlement Fund. Class Counsel will seek Court permission to distribute the Settlement Fund to Class Members and to pay amounts approved by the Court for Class Counsel's attorneys' fees and reasonable expenses, notices to Class Members, and incentive payments to the class representatives.

It is anticipated that the proposed distribution of amounts from the remaining balance of the Settlement Fund to participating Class Members will be in direct proportion to the amount of each participating Class Member's purchases of Ready-Mix Concrete from the Alliance/Tri-State Class Settling Defendants from the Alliance Plants and from the Tri-State Plant at any time from January 1, 2006 through December 31, 2009, when compared to all such purchases by participating Class Members.

Once the Court approves a method of distributing the Settlement Fund, information about the proposed distribution of settlement funds will be provided to known Class Members, along with Claim Forms and instructions for completing a claim. These materials will also be made available on the settlement website.

**PAYMENT OF ATTORNEYS' FEES AND COSTS:** Class Counsel will file a petition with the Court no later than September 2, 2011, asking for payment of attorneys' fees in the amount of 33-1/3% of the Settlement Amount, and the reimbursement of reasonable expenses from the Settlement Fund. The petition will be available on the settlement website. The Court may consider whether to approve the payment of attorneys' fees and expenses at this amount during the Fairness Hearing, or at a later time determined by the Court. These fees and expenses, however, will not be paid until time for appeal and/or any actual appeal of this Settlement has been exhausted.

| YOUR LEGAL RIGHTS AND OPTIONS (YOU MUST CHOOSE AMONG ONE OF THESE OPTIONS) | | DEADLINE |
|---|---|---|
| **EXCLUDE YOURSELF** | You may exclude yourself from the Settlement, in which case you will not be eligible to receive any payments from the Settlement that are approved by the Court or to comment on the Settlement. This is the only option that allows you to be part of any other lawsuit against the Alliance/Tri-State Class Settling Defendants about the legal claims brought or which could be brought in this case. A request for exclusion must include (i) a statement that you intend to "opt out" or request "exclusion" from the Alliance/Tri-State Settlement Class; (ii) the full name and current address of the person or entity requesting exclusion; (iii) the title and a statement of authority of any person requesting exclusion on behalf of an entity other than an individual; (iv) the title of the Lawsuit: "*In re: Iowa Ready-Mix Concrete Antitrust Litigation*;" and (v) your signature. The request for exclusion must be sent to Class Counsel at the addresses below, by U.S. Mail, First-Class and postage prepaid, with a postmark on or before October 3, 2011. | October 3, 2011 |
| **DO NOTHING** | If you choose to do nothing, you will remain eligible to receive any payments from the Settlement that are approved by the Court. This will result in a release of any right you may have to pursue the legal claims brought, or which could have been brought, in this case against the Alliance/Tri-State Class Settling Defendants based on direct purchases from the Hawarden, Orange City, Sioux Center or Sheldon plants that Alliance Concrete owned before January 14, 2008 and which GCC Alliance has owned since that date, or Tri-State's Rock Valley plant. If you choose to do nothing and the settlement is approved by the Court, you will be required to submit a Claim Form to receive money from the settlement. | N/A |
| **OBJECT** | Write to the Court if you do not think the Settlement is fair. If you exclude yourself from the Settlement, you may not object. An objection must include (i) a statement that you object to the settlement with the Alliance/Tri-State Class Settling Defendants; (ii) the full name and current address of the person or entity objecting; (iii) the title and a statement of authority of any person objecting on behalf of an entity other than an individual; (iv) the title of the Lawsuit: "*In re: Iowa Ready-Mix Concrete Antitrust Litigation*;" (v) reason for your objection and any evidence, briefs, motions, or other materials you intend to offer in support of your objection; and (vi) your signature. The objection must be sent to all the parties and the Court at the addresses below by U.S. Mail, First-Class and postage prepaid, with a postmark on or before October 3, 2011. | October 3, 2011 |
| **GO TO A HEARING** | If you object, you may also ask to speak in Court about the fairness of the Settlement. | November 1, 2011 |

**FAIRNESS HEARING:** The Court will hold a hearing—which is called the Fairness Hearing—at the United States District Courthouse, 320 Sixth Street, Sioux City, Iowa, at 9:00 a.m. on October 3, 2011. At the Fairness Hearing, the Court will consider whether the Settlement is fair, reasonable, and adequate. The Court will consider any objections and listen to people who have made written objections and timely asked to speak at the hearing. After the Fairness Hearing, the Court will decide whether to approve the Settlement.

**APPEAR BY COUNSEL:** The law firms of Cohen & Malad, LLP, and Preti Flaherty Beliveau & Pachios LLP have

---

least another year. Gyrations in stocks and talk of a weakening economy rattled Swanson's confidence about taking on another payment, even though his new job running a home for mentally disabled people seems to be secure.

"Everywhere you turn, other people are saying 'Oh, I lost my job this week. I lost my job last week,'" says Swanson, who works for a non-profit that gets money from the state. "I want to be a little bit financially set in case something like that happens."

It's an increasingly common reaction among would-be car buyers that has dealers and automakers worried. In May, many believed sales would reach a healthy 13.5 million this year — halfway between their peak in 2005 and their 30-year low in 2009. Now, such forecasts seem overly optimistic. Analysts say the

who runs a group of dealerships in the Salt Lake City area that includes General Motors, Nissan and Kia.

Any reduction in sales would be especially painful for Toyota and Honda dealers, who are just starting to restock their showrooms after months of shortages brought on by Japan's earthquake.

In a sign of how sensitive buyers have become to stock swings, showrooms are active on days the market is up, but empty when it's down, Seiner says. The Dow Jones industrial average has fallen 10 percent since July 22, with wild swings up and down along the way.

Gilbert Baldwin, 66, a retired auto worker from Ypsilanti, Mich., decided to wait for the market to stabilize before replacing his 2002 Ford Explorer. He was shopping for a new car last month, but now he's

---

# TOP JOBS

SIOUXCITYJOURNAL.COM

**24/7 ACCESS**  Look for Top Jobs every day online.

**Magistrate Judge**
United States District Court
**Concrete Laborer**
Omega Industries
**Truck Drivers**
Standard Ready Mix
**Truck Drivers**
Siouxland Concrete Company
**Nurse Aide Instructor**
Northeast Community College
**Escape the Ordinary**
Alorica, Inc.
**Breast Health Navigator**
Avera McKennan Hospital & University
**Lab Tech**
Plainview Area Health System
**Collections Associate Needed**
Noll Collections
**Pesticide Circuit Rider**
Winnebago Tribe of Nebraska
**PT Cashiers, Cart Associates & Gas Station Attendants**
Sam's Club
**Rural Case Manager**
Community Action Agency
**Tow Truck Driver**
Meier Towing
**Patient Services Technician**
Apria Healthcare
**Heavy Equipment Operators**
712-490-9976
**Shipping & Receiving**
Matheson Linweld, Inc.
**S.36 Mile**
Britton Transportation
**Bellman, Attendants & Housemen**
Marina Inn
**Construction Equipment Field**

**Get A "Serious" Career**
Stream
**Mechanic**
FHI - Sioux City Inc.
**Steady Year Round Employment**
Novak Sanitary Service
**Drivers**
U.S. XPRESS
**Midwest Sales Representative**
Blum, Inc.
**Shift Supervisor**
Valero Renewables
**Radiological Technologist**
St. Mary's Healthcare Center
**HR Manager**
Palmer Candy Company
**MT / MLT**
Cherokee Regional Medical Center
**Receptionist**
M-2010
**Route Sales Representative**
Palermo's Pizza
**Welders, Supervisors & Much More**
Advance Services, Inc.
**Elementary Teacher**
Winnebago Public Schools
**Night Shift Supervisor & Material Handler**
Fimco Industries
**Production Workers**
Sioux City Foundry Co.
**Development Director**
Siouxland Habitat for Humanity
**Quality Manager**
Poet Biorefining - Hudson
**Secondary Roads Equipment Operator**
Woodbury County Courthouse
**Occupational Therapist &**



# Affidavit of Insertion

This is to certify that the 3 x 14 Tri State   Class display ad for A.B. Data LTD
(11084MA0)
appeared in the

Newspaper: _____Sioux City Journal_____
Run Date(s): _____8/26/11_____

Signed by _____(Advertising Manager)

Sworn to and subscribed before me this ⎸ day of ⎯Sept⎯, 2011.

_____
Notary Public

DENISE BRYCE
Commission Number 191358
My Commission Expires
July 28, 2014

# NATION

nightmares was having a major hurricane go up the whole Northeast Coast," Max Mayfield, the center's retired director, told The Associated Press.

He said the damage will probably climb into billions of dollars: "This is going to have an impact on the United States economy."

The head of the Federal Emergency Management Agency said damages could exceed most previous storms because so many people live along the East Coast and property values are high.

"We've got a lot more people that are potentially in the path of this storm," FEMA Director Craig Fugate said in an interview with The Associated Press. "This is one of the largest populations that will be impacted by one storm at one time."

The storm would "have a lot of impact well away from the coastline," he added. "A little bit of damage over big areas with large populations can add up fast."

Irene was massive, with tropical-force winds extending almost twice as far as, normal, about the same size as Katrina, which devastated New Orleans in 2005.

"It's not going to be a Katrina, but it's serious," said MIT meteorology professor Kerry Emanuel. "People have to take it seriously."

The governors of North Carolina, Virginia, Maryland, New York and New Jersey declared emergencies to free up resources, and authorities all the way to New England urged residents in low-lying areas to gather supplies and learn the way to a safe location.

Irene was expected to come ashore Saturday in North Carolina with 115 mph winds and a storm surge of 5 to 10 feet. It could dump a foot of rain, with as much as 15 inches falling in some places along the coast and around Chesapeake Bay.

Scientists predict Irene



hurricane raised tides by 13 feet in an hour and flooded all of Manhattan south of Canal Street - an area that now includes the nation's financial capital. An infamous 1938 storm dubbed the Long Island Express came ashore about 75 miles east of the city and then hit New England, killing 700 people and leaving 63,000 homeless.

On Thursday in North Carolina, three coastal

counties issued evacuation orders covering more than 200,000 people, including tourists and full-time residents.

Dania Armstrong of New York sat outside a motel smoking a cigarette while she waited for her family to get ready. Armstrong, her daughter and grandchildren had already been ordered off the island of Ocracoke and planned to leave the town of Buxton soon.

# TOP JOBS

SIOUXCITYJOURNAL.COM

24/7 ACCESS  Look for Top Jobs every day online.

**Manager Trainee**
Menards

**M-F 11:30-5:30**
Childcare Center

**In-Store Demonstrators**
Sioux City

**Team Member & Leadership**
Chick-fil-A of Southern Hills Mall

**Conference Center Supervisor**
Stoney Creek Inn

**Livestock Hauling Positions**
Dirksen Ag Enterprises Inc.

**CDL Class A Driver**
Guardian Building Products

**Construction Laborer**
Nelson Construction, LLC

**Combination Laborer & Side Dump Truck Driver**
Nelson Construction LLC

**Sales**
Rudolph's Shoe Mart

**Service Technician**
Braunger Foods

**Massage Therapist**
Kruse-Manley Clinic of Chiropractic

**Heavy Equipment Operator/ Driver**
712-898-7759

**Clinician**
Family Solutions Services, Inc.

**Mission Director Assistant**
St. Augustine Indian Mission

**Drivers**
Transwood Logistics

**Territory Representative**
LifeServe Blood Center

**Nurse Practitioner, Cath Lab Tech and More**
St. Luke's Iowa Health System

**Job Specialist, Video Game Design Instr., Heating A/C Refrig Instr.**
Western Iowa Tech Comm College

**Certified Coder, Security Officer and More**
Mercy Medical Center

**Candy Production, Maintenance Mechanic and More**
Advance Services

**Certified Medication Aide**
Whispering Creek Active Retirement

**Internet Relationship Professionals**
Computer Service Innovations

**RN, LPN, CNA, Dietary Aides, Cooks**
Touchstone Living Center

**Personal Banker, Tellers**
Security National Bank

**Food & Beverage Manager**
Argosy Casino

**Dietary & Resident Aide**
Regency Square Assisted Living

**e-Store Team Lead Worker, Retail**
Goodwill

**Therapist I, II, III, IV**
Jackson Recovery Centers

# ***ATTENTION DIRECT PURCHAS

## READY-MIX CONCRETE FROM TRI-STATE
## ALLIANCE CONCRETE, INC., OR GCC ALLIANC

### NOTICE OF CLASS ACTION SETTLEM

IF YOU ARE OR WERE A PERSON OR ENTITY WHO PURCHASED
JANUARY 1, 2006 THROUGH DECEMBER 31, 2009 DIRECTLY FROM
SIOUX CENTER, OR SHELDON PLANTS THAT ALLIANCE CONCRETE
14, 2008 AND THAT GCC ALLIANCE HAS OWNED SINCE THAT DATE, O
ROCK VALLEY PLANT, YOU MAY BE ENTITLED TO COMMENT ON, E
PAYMENTS FROM THE SETTLEMENT.

### PLEASE READ THIS NOTICE CAREFUL

Settlements have been reached on behalf of three separate classes of direct pu
lawsuit entitled In re: Iowa Ready-Mix Concrete Antitrust Litigation, Case No. 5:10-
is pending in the United States District Court for the Northern District of Iowa (the
two, or all three proposed "Settlement Classes" for which settlements have been r
notices to the Lawsuit carefully to determine if and how your rights may be affe

This notice concerns a Settlement between the Plaintiffs in the Lawsuit and
("Tri-State"), Chad Van Zee ("Van Zee"), GCC Alliance Concrete, Inc. ("GCC
("VandeBrake"), and VS Holding Company, f/k/a Alliance Concrete, Inc. ("VS Ho
Class Settling Defendants").

WHAT THIS LAWSUIT IS ABOUT: The Lawsuit asserts that Tri-State, Van Z
Holding conspired in an unlawful conspiracy to raise, fix, maintain, or stabilize the
the Alliance Plants and Tri-State Plant at artificially high levels, in violation of Secti
States Code, Section 1.

WHO IS IN THE CLASS: The Court has preliminarily certified the following
All persons or entities who purchased Ready-Mix Concrete from January 1, 2006 th
GCC's Hawarden, Orange City, Sioux Center or Sheldon plants (the "Alliance Plant
"Tri-State Plant") (the "Alliance/Tri-State Settlement Class"). You are not an Allianc
you are one of the Defendants; their co-conspirators; or their respective parents, subs
Alliance/Tri-State Settlement Class Member if you are a federal government entity.

THE PROPOSED SETTLEMENT: The Alliance/Tri-State Class Settling Defe
$10,730,335 pursuant to the terms of the Settlement. This Settlement was achieved
negotiating sessions between Class Counsel and the lawyers for the Alliance/Tri-S
of the inherent risks of litigation, Plaintiffs believe that the Settlement provide
Plaintiffs' and Class Members' claims against the Alliance/Tri-State Class Settling
determination of any liability of the Alliance/Tri-State Class Settling Defendants for

Under the terms of the Settlement, the Alliance/Tri-State Class Settling Defend
respective Settlement Amounts into a Settlement Fund. Class Counsel will seek Cou
Fund to Class Members and to pay amounts approved by the Court for Class C
expenses, notices to Class Members, and incentive payments to the class representat

It is anticipated that the proposed distribution of amounts from the remaini
participating Class Members will be in direct proportion to the amount of each par
Ready-Mix Concrete from the Alliance/Tri-State Class Settling Defendants from th
Plant at any time from January 1, 2006 through December 31, 2009, when compared
Class Members.

Once the Court approves a method of distributing the Settlement Fund, inform
settlement funds will be provided to known Class Members, along with Claim F
claim. These materials will also be made available on the settlement website.

PAYMENT OF ATTORNEYS' FEES AND COSTS: Class Counsel will file
September 2, 2011, asking for payment of attorneys' fees in the amount of 33-1/
reimbursement of reasonable expenses, to be paid from the Settlement Fund. The pe
website. The Court may consider whether to approve the payment of attorneys' fee
Fairness Hearing, or at a later time determined by the Court. These fees and expenses
appeal and/or any actual appeal of this Settlement has been exhausted.

### YOUR LEGAL RIGHTS AND OPTIONS
### (YOU MUST CHOOSE AMONG ONE OF THESE OPTION

| | |
|---|---|
| **EXCLUDE YOURSELF** | You may exclude yourself from the Settlement, in which case you w receive any payments from the Settlement that are approved by the C on the Settlement. This is the only option that allows you to be part against the Alliance/Tri-State Class Settling Defendants about the leg which could be brought in this case. A request for exclusion must in that you intend to "opt out" or request "exclusion" from the Alliance/ Class; (ii) the full name and current address of the person or entity r (iii) the title and a statement of authority of any person requesting ex an entity other than an individual; (iv) the title of the Lawsuit: "In Concrete Antitrust Litigation;" and (v) your signature. The request be sent to Class Counsel at the addresses below, by U.S. Mail, Firs prepaid, with a postmark on or before October 3, 2011. |
| **DO NOTHING** | If you choose to do nothing, you will remain eligible to receive any Settlement that are approved by the Court. This will result in a relea may have to pursue the legal claims brought, or which could have b case against the Alliance/Tri-State Class Settling Defendants based from the Hawarden, Orange City, Sioux Center or Sheldon plants th owned before January 14, 2008 and which GCC Alliance has owne Tri-State's Rock Valley plant. If you choose to do nothing and the sett by the Court, you will be required to submit a Claim Form to rece settlement. |
| **OBJECT** | Write to the Court if you do not think the Settlement is fair. If you ex the Settlement, you may not object. An objection must include (i) a object to the settlement with the Alliance/Tri-State Class Settling Def name and current address of the person or entity objecting; (iii) the of authority of any person objecting on behalf of an entity other tha the title of the Lawsuit: "In re: Iowa Ready-Mix Concrete Antitrust Li for your objection and any evidence, briefs, motions, or other mat offer in support of your objection; and (vi) your signature. Please all the parties and the Court at the addresses below by U.S. Mail, Firs prepaid, with a postmark on or before October 3, 2011. |
| **GO TO A HEARING** | If you object, you may also ask to speak in Court about the fairness of |

FAIRNESS HEARING: The Court will hold a hearing—which is called the Fa
District Courthouse, 320 Sixth Street, Sioux City, Iowa, at 9:00 a.m. on October 3,
will consider whether the Settlement is fair, reasonable, and adequate. The Court w
people who have made written objections and timely asked to speak at the hearing. Y
decide whether to approve the Settlement.



# Affidavit of Insertion

This is to certify that the 3 x 14 Tri State Class display ad for A.B. Data LTD
(11084MA0)
appeared in the

Newspaper: _____ Sheldon NW Iowa Review _____
Run Date(s): _____ 8/20/11 _____

Signed by _____ (Advertising Manager)

Sworn to and subscribed before me this 29 day of August , 2011.

_____
Notary Public

Dawn Cermak
Commission Number 753064
My Commission Expires:
10/3/14

SATURDAY, AUGUST 20 , 2011     ◧ **THE N'WEST IOWA REVIEW**/SHELDON, IA

# BUSINESS



**Postma Water Conditioning**
**712.324.2245**

**FREE** Water Consultations, including water hardness testing.

**FREE** Installation on all rental softeners and drinking filtration systems!

**SALT DELIVERY**
call today for more information

**SALES • SERVICE • RENTALS**

---

Serving Northwest Iowa for 48 Years!

**SIDING•WINDOWS AWNINGS**

"Let Us Beautify Your Castle"

**DAVE DE KOK, INC.**

**FREE ESTIMATES**
Phone 723-5376 or 1-800-728-0110

---

Did you know The N'West Iowa REVIEW has

## BACK ISSUES AVAILABLE

and they're only $2.00. Stop in today to see if we have the issue you're looking for.
227 Ninth St., Sheldon, IA • 712.324.5347 or 1.800.247.0186



**CIVIC MUSIC ASSOCIATION**
2011-2012
**Concert Series**
SHELDON, IA
Worthington Concert Association: Richie Lee,
Doug Mattocks, Fry Street Quartet, Redhead Express



**BECOME A MEMBER!**

**MEMBER CATEGORIES**
•$35 Adult •$12 Student •$70 Family

**PATRON CATEGORIES**
•Diamond ($500)
  six season tickets included
•Gold ($250)
  four season passes included
•Silver ($125)
  two season passes included
•Bronze ($50)
•Friends of the Concert Series ($25)
•Anonymous (Any Amount)

SUNDAY, SEPTEMBER 18, 2011
**Mac Frampton Triumvirate**
Co-Sponsor KIWA Radio

MAILING ADDRESS:
1129 11th Street, Sheldon, IA 51201



---

***ATTENTION DIRECT P

### READY-MIX CONCRETE FROM TR
### ALLIANCE CONCRETE, INC., OR GCC A

NOTICE OF CLASS ACTIO

**IF YOU ARE OR WERE A PERSON OR ENTITY WHO P
JANUARY 1, 2006 THROUGH DECEMBER 31, 2009 DIRECT
SIOUX CENTER, OR SHELDON PLANTS THAT ALLIANCE (
14, 2008 AND THAT GCC ALLIANCE HAS OWNED SINCE TH
ROCK VALLEY PLANT, YOU MAY BE ENTITLED TO COMM
PAYMENTS FROM THE SETTLEMENT.**

PLEASE READ THIS NOTIC

Settlements have been reached on behalf of three separate class
lawsuit entitled *In re. Iowa Ready-Mix Concrete Antitrust Litigation, (*
is pending in the United States District Court for the Northern Distric
two, or all three proposed "Settlement Classes" for which settlemen
**notices from the Lawsuit** carefully to determine if and how your righ

This notice concerns a Settlement between the Plaintiffs in the
("Tri-State"), Chad Van Zee ("Van Zee"), GCC Alliance Concrete
("VandeBrake"), and VS Holding Company, f/k/a Alliance Concrete,
Class Settling Defendants")

**WHAT THIS LAWSUIT IS ABOUT:** The Lawsuit assert that T
Holding conspired in an unlawful conspiracy to raise, fix, maintain, o
the Alliance Plants and Tri-State Plant at artificially high levels, in viol
States Code, Section 1.

**WHO IS IN THE CLASS:** The Court has preliminarily certified
All persons or entities who purchased Ready-Mix Concrete from Janu
GCC's Hawarden, Orange City, Sioux Center or Sheldon plants (the "
"Tri-State Plant") (the "Alliance/Tri-State Settlement Class"). You are
you are one of the Defendants; their co-conspirators; or their respectiv
Alliance/Tri-State Settlement Class Member if you are a federal gove

**THE PROPOSED SETTLEMENT:** The Alliance/Tri-State Class
$10,730,335 pursuant to the terms of the Settlement. This Settlemen
negotiating sessions between Class Counsel and the lawyers for the A
of the inherent risks of litigation, Plaintiffs believe that the Settle
Plaintiffs' and Class Members' claims against the Alliance/Tri-State C
determination of any liability of the Alliance/Tri-State Class Settling D

Under the terms of the Settlement, the Alliance/Tri-State Class Se
respective Settlement Amounts into a Settlement Fund. Class Counsel
Fund to Class Members and to pay amounts approved by the Cour
expenses, notices to Class Members, and incentive payments to the cla

It is anticipated that the proposed distribution of amounts from
participating Class Members will be in direct proportion to the amou
Ready-Mix Concrete from the Alliance/Tri-State Class Settling Defer
Plant at any time from January 1, 2006 through December 31, 2009,
Class Members.

Once the Court approves a method of distributing the Settlement
settlement funds will be provided to known Class Members, along
claim. These materials will also be made available on the settlement w

**PAYMENT OF ATTORNEYS' FEES AND COSTS:** Class Cou
September 2, 2011, asking for payment of attorneys' fees in the am
reimbursement of reasonable expenses, to be paid from the Settlement
website. The Court may consider whether to approve the payment of a
Fairness Hearing, or at a later time determined by the Court. These fee
appeal and/or any actual appeal of this Settlement has been exhausted.

**YOUR LEGAL RIGHTS AND OPTI**
**YOU MUST CHOOSE AMONG ONE OF THE**

| | |
|---|---|
| **EXCLUDE YOURSELF** | You may exclude yourself from the Settlement, in whi receive any payments from the Settlement that are app on the Settlement. This is the only option that allows y against the Alliance/Tri-State Class Settling Defendant which could be brought in this case. A request for excl that you intend to "opt out" or request "exclusion" from Class; (ii) the full name and current address of the pers (iii) the title and a statement of authority of any person an entity other than an individual; (iv) the title of the *Concrete Antitrust Litigation*;" and (v) your signature be sent to Class Counsel at the addresses below, U prepaid, with a postmark on or before October 3, 2011. |
| **DO NOTHING** | If you choose to do nothing, you will remain eligible Settlement that are approved by the Court. This will r may have to pursue the legal claims brought, or which case against the Alliance/Tri-State Class Settling Defe from the Hawarden, Orange City, Sioux Center or Shel owned before January 14, 2008 and which GCC Allia Tri-State's Rock Valley plant. If you choose to do not by the Court, you will be required to submit a Claim settlement. |
| **OBJECT** | Write to the Court if you do not think the Settlement is the Settlement, you may not object. An objection mus name and current address of the person or entity objec of authority of any person objecting on behalf of an e the title of the Lawsuit: "*In re: Iowa Ready-Mix Concre for your objection and any evidence, briefs, motions, offer in support of your objection; and (vi) your signat all the parties and the Court at the addresses below by U prepaid, with a postmark on or before October 3, 2011. |
| **GO TO A HEARING** | If you object, you may also ask to speak in Court about |

**FAIRNESS HEARING:** The Court will hold a hearing—at the
District Courthouse, 320 Sixth Street, Sioux City, Iowa, at 9:00 a.m. o
will consider whether the Settlement is fair, reasonable, and adequate



# Affidavit of Insertion

This is to certify that the 3 x 14 Tri State Class display ad for A.B. Data LTD
(11084MA0)
appeared in the

Newspaper: _____ Sheldon NW Iowa Review _____
Run Date(s): _____ 8/27/11 _____

Signed by _____ (Advertising Manager)

Sworn to and subscribed before me this 29 day of August , 2011.

_____
Notary Public

Dawn Cemak
Commission Number 753064
My Commission Expires:

SATURDAY, AUGUST 27, 2011                                                           ■ THE N'WEST IOWA REVIEW/SHELDON, IA

# NEWS

## \*\*\*ATTENTION DIRECT PURCHASERS OF

## READY-MIX CONCRETE FROM TRI-STATE READY MIX, INC., ALLIANCE CONCRETE, INC., OR GCC ALLIANCE CONCRETE, INC.\*\*\*

### NOTICE OF CLASS ACTION SETTLEMENT

**IF YOU ARE OR WERE A PERSON OR ENTITY WHO PURCHASED READY-MIX CONCRETE FROM JANUARY 1, 2006 THROUGH DECEMBER 31, 2009 DIRECTLY FROM THE HAWARDEN, ORANGE CITY, SIOUX CENTER, OR SHELDON PLANTS THAT ALLIANCE CONCRETE, INC. OWNED BEFORE JANUARY 14, 2008 AND THAT GCC ALLIANCE HAS OWNED SINCE THAT DATE, OR TRI-STATE READY-MIX, INC.'S ROCK VALLEY PLANT, YOU MAY BE ENTITLED TO COMMENT ON, EXCLUDE YOURSELF, OR RECEIVE PAYMENTS FROM THE SETTLEMENT.**

### PLEASE READ THIS NOTICE CAREFULLY.

Settlements have been reached on behalf of three separate classes of direct purchasers of Ready-Mix Concrete in the lawsuit entitled *In re: Iowa Ready-Mix Concrete Antitrust Litigation*, Case No. 5:10-cv-04038-MWB (the "Lawsuit"), which is pending in the United States District Court for the Northern District of Iowa (the "Court"). You may be a member of one, two, or all three proposed "Settlement Classes" for which settlements have been reached. Please read this **and any other notices from the Lawsuit** carefully to determine if and how your rights may be affected.

This notice concerns a Settlement between the Plaintiffs in the Lawsuit and Defendants Tri-State Ready Mix, Inc. ("Tri-State"), Chad Van Zee ("Van Zee"), GCC Alliance Concrete, Inc. ("GCC Alliance"), Steven Keith VandeBrake ("VandeBrake"), and VS Holding Company, f/k/a Alliance Concrete, Inc. ("VS Holding") (collectively, "Alliance/Tri-State Class Settling Defendants").

**WHAT THIS LAWSUIT IS ABOUT:** The Lawsuit asserts that Tri-State, Van Zee, GCC Alliance, VandeBrake, and VS Holding conspired in an unlawful conspiracy to raise, fix, maintain, or stabilize the price of Ready-Mix Concrete sold from the Alliance Plants and Tri-State Plant at artificially high levels, in violation of Section 1 of the Sherman Act, Title 15, United States Code, Section 1.

**WHO IS IN THE CLASS:** The Court has preliminarily certified the following "Alliance/Tri-State Settlement Class": All persons or entities who purchased Ready-Mix Concrete from January 1, 2006 through December 31, 2009 directly from GCC's Hawarden, Orange City, Sioux Center or Sheldon plants (the "Alliance Plants"), or Tri-State's Rock Valley plant (the "Tri-State Plant") (the "Alliance/Tri-State Settlement Class"). You are not an Alliance/Tri-State Settlement Class Member if you are one of the Defendants, their co-conspirators, or their respective parents, subsidiaries, or affiliates. You are also not an Alliance/Tri-State Settlement Class Member if you are a federal government entity.

**THE PROPOSED SETTLEMENT:** The Alliance/Tri-State Class Settling Defendants have agreed to pay the amount of $10,730,335 pursuant to the terms of the Settlement. This Settlement was achieved after a year of litigation and numerous negotiating sessions between Class Counsel and the lawyers for the Alliance/Tri-State Class Settling Defendants. Because of the inherent risks of litigation, Plaintiffs believe that the Settlement provides a fair and efficient resolution of the Plaintiffs' and Class Members' claims against the Alliance/Tri-State Class Settling Defendants. The Court has not made any determination of any liability of the Alliance/Tri-State Class Settling Defendants for these claims.

Under the terms of the Settlement, the Alliance/Tri-State Class Settling Defendants have deposited or will deposit their respective Settlement Amounts into a Settlement Fund. Class Counsel will seek Court permission to distribute the Settlement Fund to Class Members and to pay amounts approved by the Court for Class Counsel's attorneys' fees and reasonable expenses, notices to Class Members, and incentive payments to the class representatives. ·

It is anticipated that the proposed distribution of amounts from the remaining balance of the Settlement Fund to participating Class Members will be in direct proportion to the amount of each participating Class Member's purchases of Ready-Mix Concrete from the Alliance/Tri-State Class Settling Defendants from the Alliance Plants and from the Tri-State Plant at any time from January 1, 2006 through December 31, 2009, when compared to all such purchases by participating Class Members.

Once the Court approves a method of distributing the Settlement Fund, information about the proposed distribution of settlement funds will be provided to known Class Members, along with Claim Forms and instructions for completing a claim. These materials will also be made available on the settlement website.

**PAYMENT OF ATTORNEYS' FEES AND COSTS:** Class Counsel will file a petition with the Court no later than September 2, 2011, asking for payment of attorneys' fees in the amount of 33-1/3% of the Settlement Amount, and the reimbursement of reasonable expenses, to be paid from the Settlement Fund. The petition will be available on the settlement website. The Court may consider whether to approve the payment of attorneys' fees and expenses in this amount during the Fairness Hearing, or at a later time determined by the Court. These fees and expenses, however, will not be paid until time for appeal and/or any actual appeal of this Settlement has been exhausted.

| YOUR LEGAL RIGHTS AND OPTIONS (YOU MUST CHOOSE AMONG ONE OF THESE OPTIONS) | | DEADLINE |
|---|---|---|
| **EXCLUDE YOURSELF** | You may exclude yourself from the Settlement, in which case you will not be eligible to receive any payments from the Settlement that are approved by the Court or to comment on the Settlement. This is the only option that allows you to be part of any other lawsuit against the Alliance/Tri-State Class Settling Defendants about the legal claims brought or which could be brought in this case. A request for exclusion must include (i) a statement that you intend to "opt out" or request "exclusion" from the Alliance/Tri-State Settlement Class; (ii) the full name and current address of the person or entity requesting exclusion; (iii) the title and a statement of authority of any person requesting exclusion on behalf of an entity other than an individual; (iv) the title of the Lawsuit: "*In re: Iowa Ready-Mix Concrete Antitrust Litigation*;" and (v) your signature. The request for exclusion must be sent to Class Counsel at the addresses below, by U.S. Mail, First-Class and postage prepaid, with a postmark on or before October 3, 2011. | October 3, 2011 |
| **DO NOTHING** | If you choose to do nothing, you will remain eligible to receive any payments from the Settlement that are approved by the Court. This will result in a release of any right you may have to pursue the legal claims brought, or which could have been brought, in this case against the Alliance/Tri-State Class Settling Defendants based on direct purchases from the Hawarden, Orange City, Sioux Center or Sheldon plants that Alliance Concrete owned before January 14, 2008 and which GCC Alliance has owned since that date, or Tri-State's Rock Valley plant. If you choose to do nothing and the settlement is approved by the Court, you will be required to submit a Claim Form to receive money from the settlement. | N/A |
| **OBJECT** | Write to the Court if you do not think the Settlement is fair. If you exclude yourself from the Settlement, you may not object. An objection must include (i) a statement that you object to the settlement with the Alliance/Tri-State Class Settling Defendants; (ii) the full name and current address of the person or entity objecting; (iii) the title and a statement of authority of any person objecting on behalf of an entity other than an individual; (iv) the title of the Lawsuit: "*In re: Iowa Ready-Mix Concrete Antitrust Litigation*;" (v) reason for your objection and any evidence, briefs, motions, or other materials you intend to offer in support of your objection; and (vi) your signature. The objection must be sent to all the parties and the Court at the addresses below by U.S. Mail, First-Class and postage prepaid, with a postmark on or before October 3, 2011. | October 3, 2011 |
| **GO TO A HEARING** | If you object, you may also ask to speak in Court about the fairness of the Settlement. | November 1, 2011 |

**FAIRNESS HEARING:** The Court will hold a hearing—which is called the Fairness Hearing—at the United States District Courthouse, 320 Sixth Street, Sioux City, Iowa, at 9:00 a.m. on October 3, 2011. At the Fairness Hearing, the Court

## Commission on Collegiate Nursing Education Invites Third Party Comment

Dordt College Nursing Department will voluntarily under[go] accreditation review of its Bachelor of Science in Nursing [program] October 10-12, 2011, by a team representing the Commiss[ion] on Collegiate Nursing Education (CCNE). The Commission [is] recognized by the U.S. Department of Education. Dordt Co[llege] Nursing Department has been engaged in a process of self [...] addressing the Commission's requirements and guidelines [for] accreditation. The team, representing the CCNE, will visit [the] institution to review the nursing program's ongoing ability [to meet] the standards and guidelines of the CCNE.

The public is invited to submit comments regarding the D[ordt] College Bachelor of Science in Nursing program to:

Christina Walcott
Administrative Assistant
Commission on Collegiate Nursing Education
One Dupont Circle NW, Suite 530
Washington, D.C. 20036-1120

Comments must address substantive matters related to the [quality] of the Dordt College nursing program. Written, signed com[ments] must be received by September 10, 2011. The Commission [cannot] guarantee comments received after the due date will be co[nsidered]. Signed comments should include name, address, and teleph[one] number of person providing the comments. At no time dur[ing the] review process are these comments shared with the progra[m].



If you or someone you kn[ow]
**violent relatio[nship]**
or might have bee[n]
**sexually abu[sed]**
and needs help, call

## FAMILY CR[ISIS] CENTER[S]
OF NORTHWEST IO[WA]
**1-800-382-560[0]**

This is a public service [...]
Iowa Information Publicat[ion]



**STAY ONE NIGHT.**
ENJOY THE SECOND AT 50%
ON THE BLOOMINGTON STRIP!

08/26/2011  07:30    7127373896    PLUIM PUBLISHING INC    PAGE  01/02

# Affidavit of Insertion

This is to certify that the 3 x 14 display ad for **A.B. Data LTD (11084MA0)**
appeared in the

Newspaper: _____Orange City Sioux Co Capital
Democrat

Run Date(s): _____8/25/11_____

Signed by _____(Advertising Manager)

Sworn to and subscribed before me this 26 day of _August_ 2011.



_____
Notary Public

AMY HASSEL
Commission Number 732382
MY COMM. EXP. 1/3/14

# Lifestyles

decorator box and that every kid could get into
just about every locker any
ols — a gallon of time they wanted, hence the
, one box each of ease by which I obtained the
eeve of Calloway aforementioned ruler. Funny
oard, Rogaine for thing is — that girl is now
ch Number Eight my wife. I guess she figured
t paper, toothpaste it was the only way to make
dded snow tires if sure she'd be able to keep an
eye on her stuff.

a little vague, but The interesting thing was
hat all supplies are that all the students knew
ng your kids name this — yet every new school
year the administrators went
ty-and-supply fee to great lengths to pass out
did not note that this locker assignments, complete
-related activities with carefully written out
e announced and instructions on how to get into
their assigned locker. None of
the students cared and often
become standard traded lockers so they could
their children take share with a friend instead of
the randomly assigned locker
rds, spurring that mate they'd been given.
match by school I'm certain if they exhibited
placement" fee as that level of rule-flaunting



### Whisper to a roar

**Megan Slankard, acoustic
pop artist based in San
Francisco, paid a visit to
Orange City to perform
on Thursday, Aug. 18.
The event was scheduled
for Windmill Park that
evening, but threatening
weather brought the
performance inside. There
was no charge for the
concert, sponsored by the
Orange City Arts Council,
D and L Plumbing and
Heating and Community
Bank of Alton and Orange
City. After the concert, the
Orange City Recreation
Department showed the
film Yogi Bear as a last-of-
the-summer treat.** *(Photos
by Doug Calsbeek)*



## \*\*\*ATTENTION DIRECT PURCHASERS OF

## READY-MIX CONCRETE FROM TRI-STATE READY MIX, INC., ALLIANCE CONCRETE, INC., OR GCC ALLIANCE CONCRETE, INC.\*\*\*

### NOTICE OF CLASS ACTION SETTLEMENT

**IF YOU ARE OR WERE A PERSON OR ENTITY WHO PURCHASED READY-MIX CONCRETE FROM JANUARY 1, 2006 THROUGH DECEMBER 31, 2009 DIRECTLY FROM THE HAWARDEN, ORANGE CITY, SIOUX CENTER, OR SHELDON PLANTS THAT ALLIANCE CONCRETE, INC. OWNED BEFORE JANUARY 14, 2008 AND THAT GCC ALLIANCE HAS OWNED SINCE THAT DATE, OR TRI-STATE READY MIX, INC.'S ROCK VALLEY PLANT, YOU MAY BE ENTITLED TO COMMENT ON, EXCLUDE YOURSELF, OR RECEIVE PAYMENTS FROM THE SETTLEMENT.**

**PLEASE READ THIS NOTICE CAREFULLY.**

Settlements have been reached on behalf of three separate classes of direct purchasers of Ready-Mix Concrete in the lawsuit entitled *In re: Iowa Ready-Mix Concrete Antitrust Litigation*, Case No. 5:10-cv-04038-MWB (the "Lawsuit"), which is pending in the United States District Court for the Northern District of Iowa (the "Court"). You may be a member of one, two, or all three proposed "Settlement Classes" for which settlements have been reached. Please read this notice and **any other notices from the Lawsuit** carefully to determine if and how your rights may be affected.

This notice concerns a Settlement between the Plaintiffs in the Lawsuit and Defendants Tri-State Ready Mix, Inc. ("Tri-State"), Chad Van Zee ("Van Zee"), GCC Alliance Concrete, Inc. ("GCC Alliance"), Steven Keith VandeBrake ("VandeBrake"), and VS Holding Company, f/k/a Alliance Concrete, Inc. ("VS Holding") (collectively, "Alliance/Tri-State Class Settling Defendants").

**WHAT THIS LAWSUIT IS ABOUT:** The Lawsuit asserts that Tri-State, Van Zee, GCC Alliance, VandeBrake, and VS Holding conspired in an unlawful conspiracy to raise, fix, maintain, or stabilize the price of Ready-Mix Concrete sold from the Alliance Plants and Tri-State Plant at artificially high levels, in violation of Section 1 of the Sherman Act, Title 15, United States Code, Section 1.

**WHO IS IN THE CLASS:** The Court has preliminarily certified the following "Alliance/Tri-State Settlement Class": All persons or entities who purchased Ready-Mix Concrete from January 1, 2006 through December 31, 2009 from GCC's Hawarden, Orange City, Sioux Center or Sheldon plants (the "Alliance Plants"), or Tri-State's Rock Valley plant (the "Tri-State Plant") (the "Alliance/Tri-State Settlement Class"). You are not an Alliance/Tri-State Settlement Class Member if you are one of the Defendants; their co-conspirators; or their respective parents, subsidiaries, or affiliates. You are also not an Alliance/Tri-State Settlement Class Member if you are a federal government entity.

**THE PROPOSED SETTLEMENT:** The Alliance/Tri-State Class Settling Defendants have agreed to pay the amount of $10,730,335 pursuant to the terms of the Settlement. This Settlement was achieved after a year of litigation and numerous negotiating sessions between Class Counsel and the lawyers for the Alliance/Tri-State Class Settling Defendants. Because of the inherent risks of litigation, Plaintiffs believe that the Settlement provides a fair and efficient resolution of the Plaintiffs' and Class Members' claims against the Alliance/Tri-State Class Settling Defendants. The Court has not made any determination of any liability of the Alliance/Tri-State Class Settling Defendants for these claims.

Under the terms of the Settlement, the Alliance/Tri-State Class Settling Defendants have deposited or will deposit their respective Settlement Amounts into a Settlement Fund. Class Counsel will seek Court permission to distribute the Settlement Fund to Class Members and to pay amounts approved by the Court for Class Counsel's attorneys' fees and reasonable expenses, notices to Class Members, and incentive payments to the class representatives.

It is anticipated that the proposed distribution of amounts from the remaining balance of the Settlement Fund to participating Class Members will be in direct proportion to the amount of each participating Class Member's purchases of Ready-Mix Concrete from the Alliance/Tri-State Class Settling Defendants from the Alliance Plants and from the Tri-State Plant at any time from January 1, 2006 through December 31, 2009, when compared to all such purchases by participating Class Members.

Once the Court approves a method of distributing the Settlement Fund, information about the proposed distribution of settlement funds will be provided to known Class Members, along with Claim Forms and instructions for completing a claim. These materials will also be made available on the settlement website.

**PAYMENT OF ATTORNEYS' FEES AND COSTS:** Class Counsel will file a petition with the Court no later than September 2, 2011, asking for payment of attorneys' fees in the amount of 33-1/3% of the Settlement Amount, and the reimbursement of reasonable expenses, to be paid from the Settlement Fund. The petition will be available on the settlement website. The Court may consider whether to approve the payment of attorneys' fees and expenses in this amount during the Fairness Hearing, or at a later time determined by the Court. The fees and expenses, however, will not be paid until time for appeal and/or any actual appeal of this Settlement has been exhausted.

| YOUR LEGAL RIGHTS AND OPTIONS (YOU MUST CHOOSE AMONG ONE OF THESE OPTIONS) | | DEADLINE |
|---|---|---|
| **EXCLUDE YOURSELF** | You may exclude yourself from the Settlement, in which case you will not be eligible to receive any payments from the Settlement that are approved by the Court or to comment on the Settlement. This is the only option that allows you to be part of any other lawsuit against the Alliance/Tri-State Class Settling Defendants about the legal claims brought or which could be brought in this case. A request for exclusion must include (i) a statement that you intend to "opt out" or request "exclusion" from the Alliance/Tri-State Settlement Class; (ii) the full name and current address of the person or entity requesting exclusion; (iii) the title and a statement of authority of any person requesting exclusion on behalf of an entity other than an individual; (iv) the title of the Lawsuit: *"In re: Iowa Ready-Mix Concrete Antitrust Litigation;"* and (v) your signature. The request for exclusion must be sent to Class Counsel at the addresses below, by U.S. Mail, First-Class and postage prepaid, with a postmark on or before October 3, 2011. | October 3, 2011 |
| **DO NOTHING** | If you choose to do nothing, you will remain eligible to receive any payments from the Settlement that are approved by the Court. This will result in a release of any right you may have to pursue the legal claims brought, or which could have been brought, in this case against the Alliance/Tri-State Class Settling Defendants who purchased direct purchases from the Hawarden, Orange City, Sioux Center or Sheldon plants that Alliance Concrete owned before January 14, 2008 and which GCC Alliance has owned since that date, or Tri-State's Rock Valley plant. If you choose to do nothing and the settlement is approved by the Court, you will be required to submit a Claim Form to receive money from the settlement. | N/A |
| **OBJECT** | Write to the Court if you do not think the Settlement is fair. If you exclude yourself from the Settlement, you may not object. An objection must include (i) a statement that you object to the settlement with the Alliance/Tri-State Class Settling Defendants; (ii) the full name and current address of the person or entity objecting; (iii) the title and a statement of authority of any person objecting on behalf of an entity other than an individual; (iv) the title of the Lawsuit: *"In re: Iowa Ready-Mix Concrete Antitrust Litigation;"* (v) reasons for your objection and any evidence, briefs, motions, or other materials you intend to offer in support of your objection; and (vi) your signature. The objection must be sent to all the parties and the Court at the addresses below by U.S. Mail, First-Class and postage | October 3, 2011 |

# Affidavit of Insertion

This is to certify that the 3 x 14 display ad for **A.B. Data LTD (11084MA0)**
appeared in the

Newspaper: _____Orange City Sioux Co Capital
Democrat _____
Run Date(s): _____9/1/11_____

Signed by _____ (Advertising Manager)

Sworn to and subscribed before me this 13 day of Sept , 2011.

_____
Notary Public



AMY RASSEL
Commission Number 732362
MY COMM. EXP. 1 13 14

*Orange G-1*

# Lifestyles

those kinds of

with a chuckle.
the department

Foss said. Over
said that was the

husband Mark
eir shared dorm
he beginning of

r married. When
l her bachelor's
nor at Fort Hays

. Foss said her
n they first met
at which time he

rlington, Colo.,
and later taught
y, Kan. Though

highlights was being an
academic coach for many
different teams. Foss was
excited that one of her
Odyssey of the Mind teams
at MOC-Floyd Valley
qualified for the world
competition, and out of 50
US states and 23 countries,
they placed 15th in the
world, she said.

At one of her other
teaching jobs, she was
the Young Astronaut
sponsor. She said it was fun
working with students on
investigating and exploring
the space program,
including building a model
space shuttle and a hot air
balloon.

*Continued on page 15*



'oss (right) have lived in different states and
king (pictured here). After her retirement,
e time on those interests and visiting her son
sband Matt. *(Photo submitted)*



## ***ATTENTION DIRECT PURCHASERS OF***

## READY-MIX CONCRETE FROM TRI-STATE READY MIX, INC., ALLIANCE CONCRETE, INC., OR GCC ALLIANCE CONCRETE, INC.***

### NOTICE OF CLASS ACTION SETTLEMENT

**IF YOU ARE OR WERE A PERSON OR ENTITY WHO PURCHASED READY-MIX CONCRETE FROM JANUARY 1, 2006 THROUGH DECEMBER 31, 2009 DIRECTLY FROM THE HAWARDEN, ORANGE CITY, SIOUX CENTER, OR SHELDON PLANTS THAT ALLIANCE CONCRETE, INC. OWNED BEFORE JANUARY 14, 2008 AND THAT GCC ALLIANCE HAS OWNED SINCE THAT DATE, OR TRI-STATE READY-MIX, INC.'S ROCK VALLEY PLANT, YOU MAY BE ENTITLED TO COMMENT ON, EXCLUDE YOURSELF, OR RECEIVE PAYMENTS FROM THE SETTLEMENT.**

### PLEASE READ THIS NOTICE CAREFULLY.

Settlements have been reached on behalf of three separate classes of direct purchasers of Ready-Mix Concrete in the lawsuit entitled *In re: Iowa Ready-Mix Concrete Antitrust Litigation*, Case No. 5:10-cv-04038-MWB (the "Lawsuit"), which is pending in the United States District Court for the Northern District of Iowa (the "Court"). You may be a member of one, two, or all three proposed "Settlement Classes" for which settlements have been reached. Please read this **and any other notices from the Lawsuit** carefully to determine if and how your rights may be affected.

This notice concerns a Settlement between the Plaintiffs in the Lawsuit and Defendants Tri-State Ready Mix, Inc. ("Tri-State"), Chad Van Zee ("Van Zee"), GCC Alliance Concrete, Inc. ("GCC Alliance"), Steven Keith VandeBrake ("VandeBrake"), and VS Holding Company, f/k/a Alliance Concrete, Inc. ("VS Holding") (collectively, "Alliance/Tri-State Class Settling Defendants").

**WHAT THIS LAWSUIT IS ABOUT:** The Lawsuit asserts that Tri-State, Van Zee, GCC Alliance, VandeBrake, and VS Holding conspired in an unlawful conspiracy to raise, fix, maintain, or stabilize the price of Ready-Mix Concrete sold from the Alliance Plants and Tri-State Plant at artificially high levels, in violation of Section 1 of the Sherman Act, Title 15, United States Code, Section 1.

**WHO IS IN THE CLASS:** The Court has preliminarily certified the following "Alliance/Tri-State Settlement Class": All persons or entities who purchased Ready-Mix Concrete from January 1, 2006 through December 31, 2009 directly from GCC's Hawarden, Orange City, Sioux Center or Sheldon plants (the "Alliance Plants"), or Tri-State's Rock Valley plant (the "Tri-State Plant") (the "Alliance/Tri-State Settlement Class"). You are not an Alliance/Tri-State Settlement Class Member if you are one of the Defendants; their co-conspirators; or their respective parents, subsidiaries, or affiliates. You are also not an Alliance/Tri-State Settlement Class Member if you are a federal government entity.

**THE PROPOSED SETTLEMENT:** The Alliance/Tri-State Class Settling Defendants have agreed to pay the amount of $10,730,335 pursuant to the terms of the Settlement. This Settlement was achieved after a year of litigation and numerous negotiating sessions between Class Counsel and the lawyers for the Alliance/Tri-State Class Settling Defendants. Because of the inherent risks of litigation, Plaintiffs believe that the Settlement provides a fair and efficient resolution of the Plaintiffs' and Class Members' claims against the Alliance/Tri-State Class Settling Defendants. The Court has not made any determination of any liability of the Alliance/Tri-State Class Settling Defendants for these claims.

Under the terms of the Settlement, the Alliance/Tri-State Class Settling Defendants have deposited or will deposit their respective Settlement Amounts into a Settlement Fund. Class Counsel will seek Court permission to distribute the Settlement Fund to Class Members and to pay any amounts approved by the Court for Class Counsel's attorneys' fees and reasonable expenses, notices to Class Members, and incentive payments to the class representatives.

It is anticipated that the proposed distribution of amounts from the remaining balance of the Settlement Fund to participating Class Members will be in direct proportion to the amount of each participating Class Member's purchases of Ready-Mix Concrete from the Alliance Plants and from the Tri-State Plant during the Settlement Class period from the Alliance/Tri-State Class Settling Defendants from January 1, 2006 through December 31, 2009, when compared to all such purchases by participating Class Members.

Once the Court approves a method of distributing the Settlement Fund, information about the proposed distribution of settlement funds will be provided to known Class Members, along with Claim Forms and instructions for completing a claim. These materials will also be made available on the settlement website.

**PAYMENT OF ATTORNEYS' FEES AND COSTS:** Class Counsel will file a petition with the Court no later than September 2, 2011, asking for payment of attorneys' fees in the amount of 33-1/3% of the Settlement Amount, and the reimbursement of reasonable expenses, to be paid from the Settlement Fund. The petition will be available on the settlement website. The Court may consider whether to approve the payment of attorneys' fees and expenses in this amount during the Fairness Hearing, or at a later time determined by the Court. These fees and expenses, however, will not be paid until time for appeal and/or any actual appeal of this Settlement has been exhausted.

| YOUR LEGAL RIGHTS AND OPTIONS: YOU MUST CHOOSE AMONG ONE OF THESE OPTIONS | | DEADLINE |
|---|---|---|
| **EXCLUDE YOURSELF** | You may exclude yourself from the Settlement, in which case you will not be eligible to receive any payments from the Settlement that are approved by the Court or to comment on the Settlement. This is the only option that allows you to be part of any other lawsuit against the Alliance/Tri-State Class Settling Defendants about the legal claims brought or that could be brought in this case. A request for exclusion must include (i) a statement that you intend to "opt out" or request "exclusion" from the Alliance/Tri-State Settlement Class; (ii) the full name and current address of the person or entity requesting exclusion; (iii) the title and a statement of authority of any person requesting exclusion on behalf of an entity other than an individual; (iv) the title of the Lawsuit: "*In re: Iowa Ready-Mix Concrete Antitrust Litigation*;" and (v) your signature. The request for exclusion must be sent to Class Counsel at the addresses below, by U.S. Mail, First-Class and postage prepaid, with a postmark on or before October 3, 2011. | October 3, 2011 |
| **DO NOTHING** | If you choose to do nothing, you will remain eligible to receive any payments from the Settlement that are approved by the Court. This will result in a release of any right you may have to pursue the legal claims brought, or which could have been brought, in this case against the Alliance/Tri-State Class Settling Defendants based on direct purchases from the Hawarden, Orange City, Sioux Center or Sheldon plants that Alliance Concrete owned before January 14, 2008 and which GCC Alliance has owned since that date, or Tri-State's Rock Valley plant. If you choose to do nothing and the settlement is approved by the Court, you will be required to submit a Claim Form to receive money from the settlement. | N/A |
| **OBJECT** | Write to the Court if you do not think the Settlement is fair. If you exclude yourself from the Settlement, you may not object. An objection must include (i) a statement that you object to the settlement with the Alliance/Tri-State Class Settling Defendants; (ii) the full name and current address of the person or entity objecting; (iii) the title and a statement of authority of any person objecting on behalf of an entity other than an individual; (iv) the title of the Lawsuit: "*In re: Iowa Ready-Mix Concrete Antitrust Litigation*;" (v) reason for your objection and any evidence, briefs, motions, or other materials you intend to offer in support of your objection; and (vi) your signature. The objection must be sent to all the parties and the Court at the addresses below by U.S. Mail, First-Class and postage prepaid, with a postmark on or before October 3, 2011. | October 3, 2011 |

# Exhibit C-2



# Affidavit of Insertion

This is to certify that the 3 x 14 Great Lakes  Class display ad for **A.B. Data LTD**
(11084MA0)
appeared in the

Newspaper: _____Sioux City Journal_____

Run Date(s): _____8/19/11_____

Signed by _____ (Advertising Manager)

Sworn to and subscribed before me this 25 day of _____Aug____, 2011.

_____
Notary Public

DENISE BRYCE
Commission Number 191358
My Commission Expires
July 26, 2014

***ATTENTION DIRECT PURCHASERS OF
READY-MIX CONCRETE FROM GREAT LAKES CONCRETE, INC.,
ALLIANCE CONCRETE, INC., OR GCC ALLIANCE CONCRETE, INC.***

NOTICE OF CLASS ACTION SETTLEMENT
IF YOU ARE OR WERE A PERSON OR ENTITY WHO PURCHASED READY-MIX CONCRETE FROM
JANUARY 1, 2006 THROUGH DECEMBER 31, 2009 DIRECTLY FROM THE HARTLEY, LAKE PARK,
SANBORN, SIBLEY, OR SPENCER READY-MIX CONCRETE PLANTS THAT ALLIANCE CONCRETE, INC.
OWNED BEFORE JANUARY 14, 2008 AND THAT GCC ALLIANCE HAS OWNED SINCE THAT DATE, OR
GREAT LAKES CONCRETE INC.'S OCHEYDEN, MILFORD, SPENCER, OR SPIRIT LAKE PLANTS, YOU
MAY BE ENTITLED TO COMMENT ON, EXCLUDE YOURSELF, OR RECEIVE PAYMENTS FROM THE
SETTLEMENT.

PLEASE READ THIS NOTICE CAREFULLY.

Settlements have been reached on behalf of three separate classes of purchasers of Ready-Mix Concrete in the lawsuit
entitled In re: Iowa Ready-Mix Concrete Antitrust Litigation, Case No. 5:10-CV-04038-MWB (the "Lawsuit"), which is
pending in the United States District Court for the Northern District of Iowa (the "Court"). You may be a member of one, two, or
all three proposed "Settlement Classes" for which settlements have been reached. Please read this and any other notice from
the Lawsuit carefully to determine if and how your rights may be affected.

This Notice concerns a Settlement between the Plaintiff in the Lawsuit and Defendants Great Lakes Concrete Inc. ("Great
Lakes"), Kent Robert Stewart ("Stewart"), GCC Alliance Concrete, Inc. ("GCC Alliance"), Steven Keith VandeBrake
("VandeBrake"), and VS Holding Company, f/k/a Alliance Concrete, Inc. ("VS Holding") (collectively, "Alliance/Great
Lakes Class Settling Defendants").

WHAT THIS LAWSUIT IS ABOUT: The Lawsuit asserts that Great Lakes, Stewart, GCC Alliance, VandeBrake, and
VS Holding conspired in an unlawful conspiracy to raise, fix, maintain, or stabilize the price of Ready-Mix Concrete sold
from the Alliance Plants and the Great Lakes Plants at artificially high levels, in violation of the Sherman Act, Title 15,
United States Code, Section 1.

WHO IS IN THIS CLASS: The Court has preliminarily certified the following "Alliance/Great Lakes Settlement Class":
All persons or entities who purchased Ready-Mix Concrete from January 1, 2006 through December 31, 2009 directly from
the Hartley, Lake Park, Sanborn, Sibley, or Spencer Plants that Alliance Concrete, Inc. owned before January 14, 2008
and that GCC Alliance has owned since that date, or Great Lakes' Ocheyden, Milford, Spencer, or Spirit Lake plants (the
"Alliance/Great Lakes Settlement Class"). You are not an Alliance/Great Lakes Settlement Class Member if you are one of
the Defendants; their co-conspirators; or their respective parents, subsidiaries, or affiliates. You are also not an Alliance/
Great Lakes Settlement Class Member if you are a federal government entity.

THE PROPOSED SETTLEMENT: The Alliance/Great Lakes Class Settling Defendants have agreed to pay the amount
of $5,121,411 pursuant to the terms of the Settlement. This Settlement was achieved after a year of litigation and numerous
negotiating sessions between Class Counsel and the lawyers for the Alliance/Great Lakes Class Settling Defendants. Because of
the inherent risks of litigation, Plaintiff believes that the Settlement provides a fair and efficient resolution of the Plaintiff's and
Class Members' claims against the Alliance/Great Lakes Class Settling Defendants. The Court has not made any determination
of any liability of the Alliance/Great Lakes Class Settling Defendants for these claims.

Under the terms of the Settlement, the Alliance/Great Lakes Class Settling Defendants have deposited or will deposit their
respective Settlement Amounts into a Settlement Fund. Class Counsel will seek Court permission to distribute the Settlement
Fund to Class Members and to pay amounts approved by the Court for Class Counsel's attorneys' fees and reasonable
expenses, notices to Class Members, and incentive payments to the class representative.

It is anticipated that the proposed distribution of amounts from the remaining balance of the Settlement Fund to
participating Class Members will be in direct proportion to the amount of each participating Class Member's purchases
of Ready-Mix Concrete from the Alliance/Great Lakes Class Settling Defendants from the Alliance Plants and from the
Great Lakes Plants at any time from January 1, 2006 through December 31, 2009, when compared to all such purchases by
participating Class Members.

Once the Court approves a method of distributing the Settlement Fund, information about the proposed distribution of
settlement funds will be provided to known Class Members, along with Claim Forms and instructions for completing a
claim. These materials will also be made available on the settlement website.

PAYMENT OF ATTORNEYS' FEES AND COSTS: Class Counsel will file a petition with the Court no later than
September 2, 2011, asking for payment of attorneys' fees in the amount of 33-1/3% of the Settlement Amount, and the
reimbursement of reasonable expenses, to be paid from the Settlement Fund. The petition will be available on the settlement
website. The Court may consider whether to approve the payment of attorneys' fees and expenses in this amount during the
Fairness Hearing, or at a later time determined by the Court. These fees and expenses, however, will not be paid until time for
appeal and/or any actual appeal of this Settlement has been exhausted.

| YOUR LEGAL RIGHTS AND OPTIONS<br>(YOU MUST CHOOSE ANY/ONE OF THESE OPTIONS) | DEADLINE |
|---|---|
| **EXCLUDE YOURSELF**<br>You may exclude yourself from the Settlement, in which case you will not be eligible to receive any payments from the Settlement that are approved by the Court or to comment on the Settlement. This is the only option that allows you to be part of any other lawsuit against the Alliance/Great Lakes Class Settling Defendants about the legal claims brought or which could be brought in this case. A request for exclusion must include (i) a statement that you intend to "opt out" or request "exclusion" from the Alliance/Great Lakes Settlement Class; (ii) the full name and current address of the person or entity requesting exclusion; (iii) the title and a statement of authority of any person requesting exclusion on behalf of an entity other than an individual; (iv) the title of the Lawsuit, "In re: Iowa Ready-Mix Concrete Antitrust Litigation"; and (v) your signature. The request for exclusion must be sent to Class Counsel at the addresses below, by U.S. Mail, First-Class and postage prepaid, with a postmark on or before October 3, 2011. | October 3, 2011 |
| **DO NOTHING**<br>If you choose to do nothing, you will remain eligible to receive any payments from the Settlement that are approved by the Court. This will result in a release of any right you may have to pursue the legal claims brought, or which could have been brought, in this case against the Alliance/Great Lakes Class Settling Defendants based on direct purchases from the Hartley, Lake Park, Sanborn, Sibley, or Spencer plants that Alliance Concrete owned until January 14, 2008, and which GCC Alliance has owned since that date or Great Lakes' Ocheyden, Milford, Spencer, or Spirit Lake plants. If you choose to do nothing, and the settlement is approved by the Court, you will be required to submit a Claim Form to receive money from the settlement. | N/A |
| **OBJECT**<br>Write to the Court if you do not think the Settlement is fair. If you exclude yourself from the Settlement, you may not object. An objection must include (i) a statement that you object to the settlement with the Alliance/Great Lakes Class Settling Defendants; (ii) the full name and current address of the person or entity objecting; (iii) the title and a statement of authority of any person objecting on behalf of an entity other than an individual; (iv) the title of the Lawsuit "In re: Iowa Ready-Mix Concrete Antitrust Litigation"; (v) reasons for your objection and any evidence, briefs, motions, or other materials you intend to offer in support of your objection; and (vi) your signature. The objection must be sent to all the parties and the Court at the addresses below by U.S. Mail, First-Class and postage prepaid, with a postmark on or before October 3, 2011. | October 3, 2011 |
| **GO TO A HEARING**<br>If you object, you may also ask to speak in Court about the fairness of the Settlement. | November 1, 2011 |

FAIRNESS HEARING: The Court will hold a hearing—which is called the Fairness Hearing—at the United States
District Courthouse, 320 Sixth Street, Sioux City, Iowa, at 9:00 a.m. on November 1, 2011. At the Fairness Hearing, the
Court will consider whether the Settlement is fair, reasonable, and adequate. The Court will consider any objections and
listen to people who have made written objections and timely asked to speak at the hearing. After the Fairness Hearing, the
Court will decide whether to approve the Settlement.

APPEAR BY COUNSEL: The law firms of Cohen & Malad, LLP, and Preti Flaherty Beliveau & Pachios LLP have been
appointed by the Court and represent you and other Alliance/Great Lakes Settlement Class Members. These lawyers are
called Class Counsel. If you want to be represented by your own lawyer, you may hire one at your own expense. However,
any lawyer intending to appear at the Fairness Hearing must be duly admitted to practice law before the United States
District Court for the Northern District of Iowa and must file a written appearance no later than October 3, 2011. Copies of
the appearance must be served on Class Counsel and counsel for the Alliance/Great Lakes Class Settling Defendants at the
addresses included in this Notice in accordance with the Federal Rules of Civil Procedure.

CONTACT INFORMATION:

| Class Counsel | Great Lakes' and Stewart's Counsel | GCC Alliance's Counsel |
|---|---|---|
| Irwin B. Levin<br>COHEN & MALAD, LLP<br>One Indiana Square, Suite 1400<br>Indianapolis, IN 46204 | Mark C. Laughlin<br>FRASER STRYKER PC LLO<br>500 Energy Plaza<br>409 South 17th Street<br>Omaha, NE 68102 | William R. Paluska<br>FULBRIGHT & JAWORSKI L.L.P.<br>Fulbright Tower<br>1301 McKinney Street, Suite 5100<br>Houston, TX 77010 |
| Gregory P. Hansel<br>PRETI FLAHERTY<br>One City Center<br>PO Box 9546<br>Portland, ME 04112-9546 | | |

| VandeBrake's Counsel | VS Holding's Counsel | The Court |
|---|---|---|
| Thomas J. Costakis<br>KRIEG DeVAULT LLP<br>One Indiana Square, Suite 2800<br>Indianapolis, IN 46204-2079 | William L. Draper<br>NYEMASTER, GOODE, P.C.<br>700 Walnut Street, Suite 1600<br>Des Moines, IA 50309-3899 | The Honorable Mark W. Bennett, Judge<br>United States District Court<br>Northern District of Iowa<br>PO Box 838<br>Sioux City, IA 51102-0838 |

If you think you are a Class Member and you or your business have not received a Notice in the mail, you must write
Class Counsel at the addresses shown above to be added to the list of persons and companies to receive notices and related
materials by U.S. Mail.

ADDITIONAL INFORMATION: The description in this Notice is general and does not cover all of the issues and
the proceedings thus far. More details about the Lawsuit and the Settlement, including a detailed definition of terms, are
included in the Settlement Agreement With Great Lakes Concrete, Inc., Kent Robert Stewart, GCC Alliance Concrete, Inc., Steven
Keith VandeBrake, and VS Holding Company, F/K/A Alliance Concrete, Inc. ("Settlement Agreement"). You may review
the Settlement Agreement and the Court file during business hours at the Office of the Clerk of the United States District
Court, United States District Courthouse, 320 Sixth Street, Sioux City, Iowa. You may also direct questions concerning the
Settlement to Class Counsel at the addresses above. Please do not contact the Court directly with any questions.

Additional information about the Lawsuit and the Settlement may be obtained from the following Internet website:
www.IowaConcreteAntitrustSettlement.com.

/s/ Mark W. Bennett, Judge
United States District Court
Northern District of Iowa

Just 6 miles from Chicago, which could indicate that some slipped through the barriers. One live carp was found past the barrier last summer, but officials weren't sure how it got there.

The fish are rapacious eaters that can grow to 4 feet or more — devastation (to the Great Lakes), but what if things go the other way?"

The idea of separating the two watersheds, which have no natural links, has gained support from powerful lawmakers, surrounding states and scientists who believe it's the only says the proposal to undo a century of civil engineering is essential for the next century and beyond.

"We believe now is the time to fundamentally redefine the relationship between the city, the Chicago River and the full waterway system," he said.

# Some groups may actually benefit from debt gridlock

BY ALAN FRAM
The Associated Press

WASHINGTON – Gridlock, as much as it's derided, may be the best outcome for the elderly, health care providers' and poor people in this fall's fight over further deficit cuts.

A new congressional supercommittee, split evenly between Democrats and Republicans, is due at Thanksgiving to propose a gargantuan $1.5 trillion in budget savings over 10 years. Every federal program and bar is a potential bull's-eye for the panel.

If it doesn't produce such a package, or Congress doesn't pass its plan by Christmas, up to $1.2 trillion in spending cuts would be automatically unleashed on hundreds of programs. It's meant to be a scary prospect, but it doesn't threaten everyone.

Some programs have been exempted from the automatic cuts: Social Security, the Medicaid health program for the poor, Medicare health benefits for the elderly, veterans' pensions and many programs for people with low incomes.

Now lobbyists are calculating whether programs they fight for would fare better under an unpredictable package from the supercommittee or in the round of automatic cuts that would be triggered if its mission fails.

"That's a question a lot of people are asking," said David Certner, legislative policy director for AARP, the country's largest senior citizens' organization.

The uncertainty is one of the new wrinkles for lobbyists and their clients in the deal that resolved this summer's debt ceiling battle between President Barack Obama and Congress. The two sides ended up agreeing to extend the government's borrowing authority and start trimming its ever-growing $14 trillion pile of I.O.U.'s.

Lobbyists also must gauge how to get their voices heard above the din as virtually every interest group in Washington tries influencing the supercommittee's dozen members. They have only a brief time to make their case. Buffeting the effort is a wide variety of forces: a limp

**"It's sort of like that old show, 'Let's Make a Deal. Door No. 2 we know is really bad. Door No. 1, when I open it, am I going to get shot?"**

JOEL PACKER
executive director of the
Committee for Education
Funding

economy, ping-ponging financial markets and budding pressure to ease unemployment. In addition, the start of 2012 presidential and congressional election campaigns will encourage the two parties to highlight their differences.

"It's daunting to think about how you make a difference in this new environment in this very compressed amount of time," said Bob Bendick, chief lobbyist for The Nature Conservancy, a conservation group.

Military and civil servants' pay, child nutrition, public housing rental assistance and some transportation aid are among the other programs protected from the automatic cuts. But many interest groups have some programs exempted from the automatic cuts and others that are not, leaving them uncertain whether they might fare better from a bill the supercommittee could produce.

"It's sort of like that old show, 'Let's Make a Deal,'" said Joel Packer, executive director of the Committee for Education Funding, which represents over 80 education groups. "Door No. 2 we know is really bad. Door No. 1, when I open it, am I going to get shot?"

Nursing homes and assisted living facilities illustrate the unpredictable budget-cutting terrain ahead.

Their trade group, the American Health Care Association, says over 60 percent of its members' revenues — $45 billion last year — came from Medicaid, which would be fully exempted from automatic cuts if the supercommittee fails to agree on a savings plan. But the trade group says its members would be hurt by another aspect of the automatic slashes — a 2 percent cut in Medicare payments to nursing homes and other health care providers.

For an industry that claims harm from other recent reductions in Medicare and state Medicaid spending, that Medicare cut would cost each nursing home an average $50,000 a year, the equivalent of two direct-care workers, the association says. It wants the supercommittee to ease that burden, and it already has nursing home officials contacting local members of Congress.

"It is possible that whatever comes out of the 12-person committee would be worse than in the sequester," said Mark Parkinson, president and CEO of the nursing home group, using the technical term for the automatic cuts. "But we're certainly going to work hard to make sure that isn't the case."

The American Hospital Association has similar concerns. Rick Pollack, the group's executive vice president, says hospitals on average get nearly half their income from Medicare and Medicaid combined.

The hospital association wants the supercommittee to look at cutting Medicare benefits, such as by gradually raising the program's eligibility age, rather than focus strictly on cutting reimbursements to providers. It has already scheduled dozens of meetings between local hospital officials and lawmakers.

"You have to take this committee seriously because presumably there's a potential product out there," Pollack said.

The automatic cuts were purposely designed to be so distasteful that they would spur supercommittee members to reach a compromise. Chief among the programs being held hostage that way is defense, which would bear half the $109 billion in annual automatically triggered cuts under the law's complex formula. The centrist Bipartisan Policy Center has estimated that defense programs would be trimmed by about 10 percent annually from projected levels, domestic programs about 7.5 percent.

Sioux City 8/19 #11084 MA0



# Affidavit of Insertion

This is to certify that the 3 x 14 Great Lakes  Class display ad for A.B. Data LTD
(11084MA0)
appeared in the

Newspaper: _____Sioux City Journal_____

Run Date(s): _____8/26/11_____

Signed by _____ (Advertising Manager)

Sworn to and subscribed before me this |  day of __S e p t__, 2011.

_____ Notary Public

DENISE BRYCE
Commission Number 191355
My Commission Expires
July 28, 2014

while her top 6,000-meter place votes. Second-place    Buena Vista, which went    and three second-teamers.

## HAWKEYES FOOTBALL

# Alvis puts his game in Iowa's fast lane

**BY STEVE BATTERSON**
Waterloo Courier

IOWA CITY — Dominic Alvis knows only one speed on the football field – full speed.

The Iowa sophomore brings a high-octane approach to a defensive tackle position, one reason he played his way to the top of the Hawkeye depth chart at the onset of fall camp.

"I play the game the only way I know how and that is to play hard and play fast," Alvis said.

Mostly, he thrives because of an appreciation he has for the chance to play in the Big Ten.

Iowa was the only Division I Football Bowl Subdivision program to offer the 6-foot-4, 255-pound Alvis a scholarship after he suffered a season-ending injury three games into his senior year at Logan-Magnolia High School in west-central Iowa.

A dominant player at the Class 1A level and a two-time state discus champion, Alvis chose between scholarship offers from UNI and USD and the chance to attend Iowa as a grayshirt recruit.

He opted for the Hawkeyes and when a scholarship opened up, Alvis was offered the chance to begin his career at Iowa in the fall of 2009 on scholarship and he hasn't looked back since.

"I was willing to pay my way that first fall and join the team the following spring, but once they offered, I jumped at it," Alvis said. "I don't know why they offered me when nobody else (at the FBS level) did. I come from a pretty small school, a place where a lot of schools probably don't look for players, but there are guys at that level who can play."

Alvis has already proven that. He saw action in three games for Iowa a year ago as a redshirt freshman before being injured.

Since returning in the spring, he has displayed the intensity that Hawkeye coaches are looking for in the defensive line.

"He's a lot like Karl Klug in many ways, always approaching things head on and with the type of energy you look for in a good lineman," Iowa defensive line coach Rich Kaczenski said.

# Vandals target Mapleton football field

MAPLETON, Iowa – If they look closely, fans at tonight's home opener between the Rams and the Alta-Aurelia Warriors may notice something odd about the grass on the football field in Mapleton.

School staffers painted parts of the field green this week to cover up a vulgar drawing burned into the grass.

Maple Valley & Anthon-Oto Community Schools Superintendent Steve Oberg said school janitors discovered the vandalism Monday morning when they went down to the field to touch up the lines.

He said it appeared the perpetrators used weed killer to make the shape of a sexual device on the football field.

In the 20 years that Oberg has worked in the district, he said he couldn't recall anything like this happening, other than an egging around Halloween.

School staff painted the dead grass green to cover up the unsightly vandalism. They will re-sod the field after tonight's game, he said.

Officers with the Mapleton Police Department could not be reached to comment on the case.

For All Your Farming Needs Call Terragro

• Fertilizer • Seed
• Crop Protection Products
• GPS • Custom Application

**Terragro**

712.873.5115    712.373.5202
Moville    Anthon

---



**Country Creations**

Need your logo
Printed on ANY item?

• Clothing    • Koozies
• Caps    • Team
• Jackets    Names
• T-Shirts    • Mugs

AND MUCH MORE!!!!
LOCAL: 712-376-4000

Marcus, Iowa · Owners Dale & Barb Cave

---

STARTING AUGUST 15th
FOR A LIMITED TIME ONLY!

**Kids Eat Free!**

All Day, Every Day

One free kid's meal with each adult meal purchased at the regular price.

*NOT VALID WITH ANY OTHER COUPON OR OFFER.

SAVE 20%
20% Off Your Total Bill*

Present this coupon to the cashier at the time of sale and receive a 20% discount off your total bill (including entrées, drinks, side items and desserts).

*Not valid with Seniors' Menu, Kids' Specials or other discount programs. Excludes carry-out bakery. Valid up to eight guests.
Coupon Expires: August 31, 2011

Valid only at participating Perkins' Restaurant & Bakery locations.

**Perkins**
RESTAURANT & BAKERY

2 Convenient Locations
Downtown Sioux City
501 Gordon Drive · 712-277-4765
Morningside
5925 Gordon Drive · 712-274-6839

***ATTENTION DIRECT PURCHASERS OF***

**READY-MIX CONCRETE FROM GREAT LAKES CONCRETE, INC., ALLIANCE CONCRETE, INC., OR GCC ALLIANCE CONCRETE, INC. ***

NOTICE OF CLASS ACTION SETTLEMENT

IF YOU ARE OR WERE A PERSON OR ENTITY WHO PURCHASED READY-MIX CONCRETE FROM JANUARY 1, 2006 THROUGH DECEMBER 31, 2009 DIRECTLY FROM THE HARTLEY, LAKE PARK, SANBORN, SIBLEY, OR SPENCER READY-MIX CONCRETE PLANTS THAT ALLIANCE CONCRETE, INC. OWNED BEFORE JANUARY 14, 2008 AND THAT GCC ALLIANCE HAS OWNED SINCE THAT DATE, OR GREAT LAKES CONCRETE INC.'S OCHEYDEN, MILFORD, SPENCER, OR SPIRIT LAKE PLANTS, YOU MAY BE ENTITLED TO COMMENT ON, EXCLUDE YOURSELF, OR RECEIVE PAYMENTS FROM THE SETTLEMENT.

PLEASE READ THIS NOTICE CAREFULLY.

[legal notice text]

CONTACT INFORMATION:
[contact details]

/s/ Mark W. Bennett, Judge
United States District Court
Northern District of Iowa



Sioux City  812b #11084MAO



# Affidavit of Insertion

This is to certify that the 3 x 14 Great Lakes Class display ad for A.B. Data LTD
(11084MA0)
appeared in the

Newspaper: _____Sheldon NW Iowa Review_____
Run Date(s): _____8/20/11_____

Signed by _____ (Advertising Manager)

Sworn to and subscribed before me this 2⁹ day of _____ Aug _____, 2011.

_____
Notary Public

Dawn Cermak
Commission Number 753064
My Commission Expires:
10/31/11

SATURDAY, AUGUST 20, 2011   ■ THE N'WEST IOWA REVIEW/SHELDON, IA

## ***ATTENTION DIRECT PURCHASERS OF
## READY-MIX CONCRETE FROM GREAT LAKES CONCRETE, INC., ALLIANCE CONCRETE, INC., OR GCC ALLIANCE CONCRETE, INC. ***

### NOTICE OF CLASS ACTION SETTLEMENT

IF YOU ARE OR WERE A PERSON OR ENTITY WHO PURCHASED READY-MIX CONCRETE FROM JANUARY 1, 2006 THROUGH DECEMBER 31, 2009 DIRECTLY FROM THE HARTLEY, LAKE PARK, SANBORN, SIBLEY, OR SPENCER READY-MIX CONCRETE PLANTS THAT ALLIANCE CONCRETE, INC. OWNED BEFORE JANUARY 14, 2008 AND THAT GCC ALLIANCE HAS OWNED SINCE THAT DATE, OR GREAT LAKES CONCRETE INC.'S OCHEYDEN, MILFORD, SPENCER, OR SPIRIT LAKE PLANTS, YOU MAY BE ENTITLED TO COMMENT ON, EXCLUDE YOURSELF, OR RECEIVE PAYMENTS FROM THE SETTLEMENT.

### PLEASE READ THIS NOTICE CAREFULLY.

Settlements have been reached on behalf of three separate classes of direct purchasers of Ready-Mix Concrete in the lawsuit entitled *In re: Iowa Ready-Mix Concrete Antitrust Litigation*, Case No. 5:10-CV-04038-MWB (the "Lawsuit"), which is pending in the United States District Court for the Northern District of Iowa (the "Court"). You may be a member of one, two, or all three proposed "Settlement Classes" for which settlements have been reached. Please read this and any other notices from the Lawsuit carefully to determine if and how your rights may be affected.

WHO IS IN THE LAWSUIT? This Lawsuit concerns a Plaintiff in the Lawsuit and Defendants Great Lakes Concrete Inc. ("Great Lakes"), Kent Robert Stewart ("Stewart"), GCC Alliance Concrete, Inc. ("GCC Alliance"), Steven Keith VandeBrake ("VandeBrake"), and VS Holding Company, F/k/a Alliance Concrete, Inc. ("VS Holding") (collectively, "Alliance/Great Lakes Class Settling Defendants").

WHAT THIS LAWSUIT IS ABOUT: The Lawsuit asserts that Great Lakes, Stewart, GCC Alliance, VandeBrake, and VS Holding conspired in an unlawful conspiracy to raise, fix, maintain, or stabilize the price of Ready-Mix Concrete sold from the Alliance Plants and the Great Lakes Plants at artificially high levels, in violation of the Sherman Act, Title 15, United States Code, Section 1.

WHO IS IN THE CLASS: The Court has preliminarily certified the following "Alliance/Great Lakes Settlement Class": All persons or entities who purchased Ready-Mix Concrete from January 1, 2006 through December 31, 2009 directly from the Hartley, Lake Park, Sanborn, Sibley, or Spencer Plants that Alliance Concrete, Inc. owned before January 14, 2008 and that GCC Alliance has owned since that date, or Great Lakes' Ocheyden, Milford, Spencer, or Spirit Lake plants (the "Alliance/Great Lakes Settlement Class"). You are not an Alliance/Great Lakes Settlement Class Member if you are one of the Defendants; their co-conspirators; or their respective parents, subsidiaries, or affiliates. You are also not an Alliance/Great Lakes Settlement Class Member if you are a federal government entity.

THE PROPOSED SETTLEMENT: The Alliance/Great Lakes Class Settling Defendants have agreed to pay the amount of $5,121,412 pursuant to the terms of the Settlement. This Settlement was achieved after a year of litigation and numerous negotiating sessions between Class Counsel and the lawyers for the Alliance/Great Lakes Class Settling Defendants. Because of the inherent risks of litigation, Plaintiff believes that the Settlement provides a fair and efficient resolution of the Plaintiff's and Class Members' claims against the Alliance/Great Lakes Class Settling Defendants. The Court has not made any determination of any liability of the Alliance/Great Lakes Class Settling Defendants for these claims.

Under the terms of the Settlement, the Alliance/Great Lakes Class Settling Defendants have deposited or will deposit their respective Settlement Amounts into a Settlement Fund. Class Counsel will seek Court permission to distribute the Settlement Fund to Class Members and to pay amounts approved by the Court, the Class Counsel's attorneys' fees and reasonable expenses, notices to Class Members, and incentive payments to the class representative.

It is anticipated that the proposed distribution of amounts from the remaining balance of the Settlement Fund to participating Class Members will be in direct proportion to the amount of each participating Class Member's purchases of Ready-Mix Concrete from the Alliance Great Lakes Class Settling Defendants from the Alliance Plants and from the Great Lakes Plants at any time from January 1, 2006 through December 31, 2009, when compared to all such purchases by participating Class Members.

Once the Court approves a method of distributing the Settlement Fund, information about the proposed distribution of settlement funds will be provided to known Class Members, along with Claim Forms and instructions for completing a claim. These materials will also be made available on the settlement website.

PAYMENT OF ATTORNEYS' FEES AND COSTS: Class Counsel will file a petition with the Court no later than September 2, 2011, asking for payment of attorneys' fees in the amount of 33-1/3% of the Settlement Amount, and the reimbursement of reasonable expenses, to be paid from the Settlement Fund. The petition will be available on the settlement website. The Court may consider whether to approve the payment of attorneys' fees and expenses in this amount during the Fairness Hearing, or at a later time determined by the Court. These fees and expenses, however, will not be paid until time for appeal and/or any actual appeal of this Settlement has been exhausted.

| | YOUR LEGAL RIGHTS AND OPTIONS | DEADLINE |
|---|---|---|
| | (You must choose among one of these options.) | |
| **EXCLUDE YOURSELF** | You can exclude yourself from the Settlement, in which case you will not be eligible to receive any payments from the Settlement that are approved by the Court or to comment on the Settlement. This is the only option that allows you to be part of any other lawsuit against the Alliance/Great Lakes Settling Defendants about the legal claims brought or which could be brought in this case. A request for exclusion must include (i) a statement that you intend to "opt out" or request "exclusion" from the Alliance/Great Lakes Settlement Class; (ii) the full name and current address of the person or entity requesting exclusion; (iii) the title and a statement of authority of any person requesting exclusion on behalf of an entity other than an individual; (iv) the title of the Lawsuit: "*In re: Iowa Ready-mix Concrete Antitrust Litigation*"; and (v) your signature. The request for exclusion must be sent to Class Counsel at the addresses below, by U.S. Mail, First-Class and postage prepaid, with a postmark on or before October 3, 2011. | October 3, 2011 |
| **DO NOTHING** | If you choose to do nothing, you will remain eligible to receive any payments from the Settlement that are approved by the Court. This will result in a release of any right you may have to pursue the legal claims brought, or which could have been brought, in this case against the Alliance/Great Lakes Class Settling Defendants, for direct purchases from the Hartley, Lake Park, Sanborn, Sibley, or Spencer plants that Alliance Concrete owned until January 14, 2008, and which GCC Alliance has owned since that date or Great Lakes' Ocheyden, Milford, Spencer, or Spirit Lake plants. If you choose to do nothing, and the settlement is approved by the Court, you will be required to submit a Claim Form to receive money from the settlement. | N/A |
| **OBJECT** | Write to the Court if you do not think the Settlement is fair. If you exclude yourself from the Settlement, you may not object. An objection must include (i) a statement that you object to the settlement with the Alliance/Great Lakes Class Settling Defendants; (ii) the full name and current address of the person or entity objecting; (iii) the title and a statement of authority of any person objecting on behalf of an entity other than an individual; (iv) the title of the Lawsuit: "*In re: Iowa Ready-Mix Concrete Antitrust Litigation*"; (v) reasons for your objection and any evidence, briefs, motions, or other materials you intend to offer in support of your objection; and (vi) your signature. The objection must be sent to all the parties and the Court at the addresses below by U.S. Mail, First-Class and postage prepaid, with a postmark on or before October 3, 2011. | October 3, 2011 |
| **GO TO A HEARING** | If you object, you may also ask to speak in Court about the fairness of the Settlement. | November 1, 2011 |

FAIRNESS HEARING: The Court will hold a hearing—which is called the Fairness Hearing—at the United States District Courthouse, 320 Sixth Street, Sioux City, Iowa, at 9:00 a.m. on November 1, 2011. At the Fairness Hearing, the Court will consider whether the Settlement is fair, reasonable, and adequate. The Court will consider any objections and listen to people who have made written objections and timely asked to speak at the hearing. After the Fairness Hearing, the Court will decide whether to approve the Settlement.

APPEAR BY COUNSEL: The law firms of Cohen & Malad, LLP, and Preti Flaherty Beliveau & Pachios LLP have been appointed by the Court and represent you and other Alliance/Great Lakes Settlement Class Members. These lawyers are called Class Counsel. If you want to be represented by your own lawyer, you may hire one at your own expense. However, any lawyer intending to appear at the Fairness Hearing must be duly admitted to practice law before the United States District Court for the Northern District of Iowa and must file a written appearance no later than October 3, 2011. Copies of the appearance must be served on Class Counsel and counsel for the Alliance/Great Lakes Class Settling Defendants at the addresses included in this Notice in accordance with the Federal Rules of Civil Procedure.

#### CONTACT INFORMATION

| Class Counsel | Great Lakes' and Stewart's Counsel | GCC Alliance's Counsel |
|---|---|---|
| Irwin B. Levin COHEN & MALAD, LLP One Indiana Square, Suite 1400 Indianapolis, IN 46204 | Mark C. Laughlin FRASER STRYKER PC LLO 500 Energy Plaza 409 South 17th Street Omaha, NE 68102 | William R. Pakalka FULBRIGHT & JAWORSKI L.L.P. Fulbright Tower 1301 McKinney Street, Suite 5100 Houston, TX 77010 |
| Gregory P. Hansel PRETI FLAHERTY One City Center PO Box 9546 Portland, ME 04112-9546 | | |
| **VandeBrake's Counsel** | **VS Holding's Counsel** | |
| Thomas J. Costakis KRIEG DeVAULT LLP One Indiana Square, Suite 2800 Indianapolis, IN 46204-2079 | Hayward L. Draper NYEMASTER, GOODE, P.C. 700 Walnut Street, Suite 1600 Des Moines, IA 50309-3899 | The Honorable Mark W. Bennett, Judge United States District Court Northern District of Iowa PO Box 838 Sioux City, IA 51102-0838 |

If you think you are a Class Member and you or your business have not received a Notice in the mail, you must write Class Counsel at the addresses shown above to be added to the list of persons and companies to receive notices and related materials by U.S. Mail.

ADDITIONAL INFORMATION: The description in this Notice is general and does not cover all of the issues and the proceedings thus far. More details about the Lawsuit and the Settlement, including a detailed definition of terms, are in the Settlement Agreement With Great Lakes Concrete, Inc., Kent Robert Stewart, GCC Alliance Concrete, Inc., Steven Keith VandeBrake, and VS Holding Company, F/k/A Alliance Concrete, Inc. ("Settlement Agreement"). You may review the Settlement Agreement and the Court file during business hours at the Office of the Clerk of the United States District Court, United States District Courthouse, 320 Sixth Street, Sioux City, Iowa. You may also direct questions concerning the Settlement to Class Counsel at the addresses above. Please do not contact the Court directly with any questions.

Additional information about the Lawsuit and the Settlement may be obtained from the following Internet website: www.IowaConcreteAntitrustSettlement.com.

/s/ Mark W. Bennett, Judge
United States District Court
Northern District of Iowa



**4th Annual HOG WILD BBQ Competition!**
Saturday, August 27, 2011
1:30 p.m. - Public Tasting
(while supplies last)
$5 per person
All Ages Event!
Non-Sanctioned
(Loosely based on KCBS rules)

**FREE LIVE ENTERTAINMENT:**
11:00 a.m. - 2:00 p.m. - Split Second Band
2:00 p.m. - 5:00 p.m. - Prairieland Band
12:00 p.m. - Classic Car & Motorcycle Drive In

**UPCOMING ENTERTAINMENT**

**Richie Lee & The Fabulous 50's**
Saturday, September 24, 2011
Show: 7:00 p.m.
FREE CONCERT
Must be 21 years of age and have a Wild Rose Player's Club Card to attend.

WILD ROSE CASINO & RESORT
Emmetsburg, Iowa
(877) 720-ROSE (7673)
www.wildroseresorts.com


ENVIRONMENTAL TILLAGE SYSTEMS

**COME TO A "FARMING IN THE ZONE" FIELD DAY.**

Tuesday, August 23, 2011
Registration: 8:30 – 9:00am
Event hours: 9:00 – 1:00pm

AJS Farms (Matt and Minde Schuiteman)
3357 400 St.
Sioux Center, IA 51250-7556

Learn about the economics of ETS Zone Tillage™, nutrient management and enhanced soil health. Demonstrations will include the SoilWarrior® in action and inspection of an actual 'Zone of Opportunity' created by the SoilWarrior and ETS Zone Tillage™.

The SoilWarrior® and ETS Zone Tillage™ can help you create healthier soil while you reduce fertilizer costs and cut trips across the field. You'll also get a chance to network with the forward thinkers in your area. So come see the SoilWarrior in action. It's all just a road trip away.

**FARMING IN THE ZONE Field Days will fill up fast.**
Visit soilwarrior.com/rsvp or call 1-855-332-2231 to reserve your spot.


GREATER SIOUXLAND
**Phoenix**
ADVERTISE YOUR AUCTIONS
GREATER SIOUXLAND PHOENIX
712.324.5347 OR 1.800.247.0186, DENISE, EXT. 118

8/20 Sheldon



# Affidavit of Insertion

This is to certify that the 3 x 14 Great Lakes Class display ad for A.B. Data LTD
(11084MA0)
appeared in the

Newspaper: _____ Sheldon NW Iowa Review _____
Run Date(s): _____ 8/27/11 _____

Signed by _____ (Advertising Manager)

Sworn to and subscribed before me this 29 day of August, 2011.

_____
Notary Public

Dawn Cermak
Commission Number 753084
My Commission Expires:
10/21/14

SATURDAY, AUGUST 27, 2011 ■ THE N'WEST IOWA REVIEW/SHELDON, IA A10

## NEWS



**THANK YOU** so much for making our **65th wedding anniversary** so special with the meaningful cards, phone calls and gifts.

We live in a great and caring community

Art and Naomi Bosch

SHELDON CITYWIDE RUMMAGES SEPT. 9-10

An evening with **Love INC**

All Love INC volunteers are invited to our annual

**"MONDAY IN THE PARK" APPRECIATION NIGHT.** Monday, August 29

Sheldon City Park Sheldon House

We we will begin serving our meal at 6:00 p.m. and the entertainment will follow.

Please come join us!

You may win a homemade pie!

---

**SS MOBILE GLASS**

All types of auto and home

**GLASS REPAIR and INSTALLATION plus CUSTOM-FIT MIRRORS**

NATIONAL WATS **1-800-831-0050** EMERGENCY NUMBER **605-695-8476**

Serving you at two locations

622 Park Row, Sheldon, IA Phone 712.324.3206 www.ssmobileglass.com

310 9th Street, Sibley, IA Phone 712.754.2222 • Mike Schulte, Owner



**Don't let your home insurance fall short...**

**Call us to review your policy**

With a local company providing personal service

Our Home-Guard policy covers your home, personal property and much more — all at very competitive prices. Call our office today to schedule a review.

**FARM MUTUAL Insurance.** Farmers Mutual Insurance Association of Osceola County 726 Fourth Ave., Sibley • (712) 754-3654 Scott Gaalsle, Secretary/Manager

AGENTS: •Benz Insurance, Melvin •Casualty Insurance Underwriters, Inc., Orange City •Elgersma Agency, Sanborn •Exchange State Insurance, Hills, MN •Frontier Insurance, Rock Rapids •Gaalsle Insurance, Sibley •Heidebrink & Associates, Lavenne, MN •ISB Insurance, Hull •Koele, Inc., Hull •Security Savings Agency, Larchwood •Otter Valley Insurance, George •Peoples Insurance, Rock Valley •Poppema Insurance, Hospers •Prins Insurance, Sanborn & Sheldon •Reinking Insurance, Ireton •Sibley/Hertz Insurance, Sibley •Sieperda/Foltz Insurance, Rock Rapids •Van's Insurance, Sioux Center

---

**HOME OF THE BEST GROUP EXERCISE CLASSES**



**ZUMBA** LATIN DANCE FITNESS CLASS PARTY YOURSELF INTO SHAPE Tues & Thur 7:15 p.m. Sun 3:00 p.m.

Continuing with **NEW MUSIC & NEW ROUTINES**

**1ST CLASS FREE**



**BODY PUMP** TONE & SHAPE • DEVELOPING LEAN STRONG MUSCLES BURNING TONS OF FAT & UP TO 600 CALORIES/WORKOUT CLASSES ARE FOR THE HEALTHY INDIVIDUALS OF ALL AGES Mon/Wed/Fri 5:30 a.m. Tues/Thur 6:00 p.m.

MONDAY, AUG 29TH

**1ST CLASS FREE**



**24/7 Courtyard FITNESS**

**TRY THEM OUT FOR FREE!** SHOW UP ANYTIME TO BEGIN, NEW PARTICIPANTS DAILY CLASSES AVAILABLE TO BOTH NON-MEMBERS AND MEMBERS MORE CLASSES TO COME!

North 18th Avenue, Sheldon, IA • 712.324.2085

**STOP BY OR CALL FOR OUR MONTHLY CALENDAR 712-324-2085**

***ATTENTION DIRECT PURCHASERS OF***

**READY-MIX CONCRETE FROM GREAT LAKES CONCRETE, INC., ALLIANCE CONCRETE, INC., OR GCC ALLIANCE CONCRETE, INC. ***

NOTICE OF CLASS ACTION SETTLEMENT

**IF YOU ARE OR WERE A PERSON OR ENTITY WHO PURCHASED READY-MIX CONCRETE FROM JANUARY 1, 2006 THROUGH DECEMBER 31, 2009 DIRECTLY FROM THE HARTLEY, LAKE PARK, SANBORN, SIBLEY, OR SPENCER READY-MIX CONCRETE PLANTS THAT ALLIANCE CONCRETE, INC. OWNED BEFORE JANUARY 14, 2008 AND THAT GCC ALLIANCE CONCRETE, INC. HAS OWNED SINCE THAT DATE, OR GREAT LAKES CONCRETE INC.'S OCHEYDEN, MILFORD, SPENCER, OR SPIRIT LAKE PLANTS, YOU MAY BE ENTITLED TO COMPENSATION, TO EXCLUDE YOURSELF, OR RECEIVE PAYMENTS FROM THE SETTLEMENT.**

**PLEASE READ THIS NOTICE CAREFULLY.**

Settlements have been reached on behalf of three separate classes of direct purchasers of Ready-Mix Concrete in the lawsuit entitled *In re: Iowa Ready-Mix Concrete Antitrust Litigation,* Case No. 5:10-CV-04038-MWB (the "Lawsuit"), which is pending in the United States District Court for the Northern District of Iowa (the "Court"). You may be a member of one, two, or all three proposed "Settlement Classes" for which settlements have been reached. Please read this and any other notices from the Lawsuit carefully to determine if and how your rights may be affected.

This Notice concerns a Settlement between the Plaintiff in the Lawsuit and Defendants Great Lakes Concrete Inc. ("Great Lakes"), Kent Robert Stewart ("Stewart"), GCC Alliance Concrete, Inc. ("GCC Alliance"), Steven Keith VandeBrake ("VandeBrake"), and VS Holding Company, f/k/a Alliance Concrete, Inc. ("VS Holding") (collectively, "Alliance/Great Lakes Class Settling Defendants").

**WHAT THIS LAWSUIT IS ABOUT:** The Lawsuit asserts that Great Lakes, Stewart, GCC Alliance, VandeBrake, and VS Holding conspired in an unlawful conspiracy to raise, fix, maintain, or stabilize the price of Ready-Mix Concrete sold from the Alliance Plants and the Great Lakes Plants at artificially high levels, in violation of the Sherman Act, Title 15, United States Code, Section 1.

**WHO IS IN THE CLASS:** The Court has preliminarily certified the following "Alliance/Great Lakes Settlement Class": All persons or entities who purchased Ready-Mix Concrete from January 1, 2006 through December 31, 2009 directly from the Hartley, Lake Park, Sanborn, Sibley, or Spencer Plants that Alliance Concrete, Inc. owned before January 14, 2008 and that GCC Alliance has owned since that date, or Great Lakes' Ocheyden, Milford, Spencer, or Spirit Lake plants (the "Alliance/Great Lakes Settlement Class"). You are not an Alliance/Great Lakes Settlement Class Member if you are one of the Defendants; their co-conspirators; or their respective parents, subsidiaries, or affiliates. You are also not an Alliance/Great Lakes Settlement Class Member if you are a federal government entity.

**THE PROPOSED SETTLEMENT:** The Alliance/Great Lakes Class Settling Defendants have agreed to pay the amount of $3,121,412 pursuant to the terms of the Settlement. This Settlement was achieved after a year of litigation and numerous negotiating sessions between Class Counsel and the lawyers for the Alliance/Great Lakes Class Settling Defendants. Because of the inherent risks of litigation, Plaintiff believes that the Settlement provides a fair and efficient resolution of the Plaintiff's and Class Members' claims against the Alliance/Great Lakes Class Settling Defendants. The Court has not made any determination of any liability of the Alliance/Great Lakes Class Settling Defendants for these claims.

Under the terms of the Settlement, the Alliance/Great Lakes Class Settling Defendants have deposited or will deposit their respective Settlement Amounts into a Settlement Fund. Class Counsel will seek Court permission to distribute the Settlement Fund to Class Members and to pay amounts approved by the Court for Class Counsel's attorneys' fees and reasonable expenses, notices to Class Members, and incentive payments to the class representative.

It is anticipated that the proposed distribution of amounts from the remaining balance of the Settlement Fund to participating Class Members will be in direct proportion to the amount of each participating Class Member's purchases of Ready-Mix Concrete from the Alliance/Great Lakes Class Settling Defendants from the Alliance Plants and from the Great Lakes Plants at any time from January 1, 2006 through December 31, 2009, when compared to all such purchases by participating Class Members.

Once the Court approves a method of distributing the Settlement Fund, information about the proposed distribution of settlement funds will be provided to known Class Members, along with Claim Forms and instructions for completing a claim. These materials will also be made available on the settlement website.

**PAYMENT OF ATTORNEYS' FEES AND COSTS:** Class Counsel will file a petition with the Court no later than September 2, 2011, asking for payment of attorneys' fees in the amount of 33-1/3% of the Settlement Amount, and the reimbursement of reasonable expenses, to be paid from the Settlement Fund. The petition will be available on the settlement website. The Court may consider whether to approve the payment of attorneys' fees and expenses in this amount during the Fairness Hearing, or at a later time determined by the Court. These fees and expenses, however, will not be paid until time for appeal and/or any actual appeal of this Settlement has been resolved.

| YOUR LEGAL RIGHTS AND OPTIONS (YOU MUST CHOOSE AMONG ONE OF THESE OPTIONS): | DEADLINE |
|---|---|
| **EXCLUDE YOURSELF** You may exclude yourself from the Settlement, in which case you will not be eligible to receive any payments from the Settlement that are approved by the Court or to comment on the Settlement. This is the only option that allows you to be part of any other lawsuit against the Alliance/Great Lakes Class Settling Defendants about the legal claims brought or which could be brought in this case. A request for exclusion must include (i) a statement that you intend to "opt out" or request "exclusion" from the Alliance/Great Lakes Settlement Class; (ii) the full name and current address of the person or entity requesting exclusion; (iii) the title and a statement of authority of any person requesting exclusion on behalf of an entity other than an individual; (iv) the title of the Lawsuit: *"In re: Iowa Ready-Mix Concrete Antitrust Litigation"*; and (v) your signature. The request for exclusion must be sent to Class Counsel at the addresses below, by U.S. Mail, First-Class and postage prepaid, with a postmark on or before October 3, 2011. | October 3, 2011 |
| **DO NOTHING** If you choose to do nothing, you will remain eligible to receive any payments from the Settlement that are approved by the Court. This will result in a release of any right you may have to pursue the legal claims brought, or which could have been brought, in this case against the Alliance/Great Lakes Class Settling Defendants based on direct purchases from the Hartley, Lake Park, Sanborn, Sibley, or Spencer plants that Alliance Concrete owned until January 14, 2008, and which GCC Alliance has owned since that date or Great Lakes' Ocheyden, Milford, Spencer, or Spirit Lake plants. If you choose to do nothing, and the settlement is approved by the Court, you will be required to submit a Claim Form to receive money from the settlement. | N/A |
| **OBJECT** Write to the Court if you do not think the Settlement is fair. If you exclude yourself from the Settlement, you may not object. An objection must include (i) a statement that you object to the settlement with the Alliance/Great Lakes Class Settling Defendants; (ii) the full name and current address of the person or entity objecting; (iii) the title and a statement of authority of any person objecting on behalf of an entity other than an individual; (iv) the title of the Lawsuit: *"In re: Iowa Ready-Mix Concrete Antitrust Litigation"*; (v) reason for your objection and any evidence, briefs, motions, or other materials you intend to offer in support of your objection; and (vi) your signature. The objection must be sent to all the parties and the Court at the addresses below by U.S. Mail, First-Class and postage prepaid, with a postmark on or before October 3, 2011. | October 3, 2011 |
| **GO TO A HEARING** If you object, you may also ask to speak in Court about the fairness of the Settlement. | November 1, 2011 |

**FAIRNESS HEARING:** The Court will hold a hearing—which is called the Fairness Hearing—at the United States District Courthouse, 320 Sixth Street, Sioux City, Iowa, at 9:00 a.m. on November 1, 2011. At the Fairness Hearing, the Court will consider whether the Settlement is fair, reasonable, and adequate. The Court will consider any objections and listen to people who have made written objections and timely asked to speak at the hearing. After the Fairness Hearing, the Court will decide whether to approve the Settlement.

**APPEAR BY COUNSEL:** The law firms of Cohen & Malad, LLP, and Pretti Flaherty Beliveau & Pachios LLP have been appointed by the Court and represent you and other Alliance/Great Lakes Settlement Class Members. These lawyers are called Class Counsel. If you want to be represented by your own lawyer, you may hire one at your own expense. However, any lawyer intending to appear at the Fairness Hearing must be duly admitted to practice law before the United States District Court for the Northern District of Iowa and must file a written appearance no later than October 3, 2011. Copies of the appearance must be served on Class Counsel and counsel for the Alliance/Great Lakes Class Settling Defendants at the addresses included in this Notice in accordance with the Federal Rules of Civil Procedure.

**CONTACT INFORMATION:**

| Class Counsel | Great Lakes' and Stewart's Counsel | Defendants' Counsel |
|---|---|---|
| Irwin B. Levin COHEN & MALAD, LLP One Indiana Square, Suite 1400 Indianapolis, IN 46204 | Mark C. Laughlin FRASER STRYKER PC LLO 500 Energy Plaza 409 South 17th Street Omaha, NE 68102 | William R. Pakalka FULBRIGHT & JAWORSKI L.L.P. Fulbright Tower 1301 McKinney Street, Suite 5100 Houston, TX 77010 |
| Gregory P. Hansel PRETTI FLAHERTY One City Center PO Box 9546 Portland, ME 04112-9546 | | |
| VandeBrake's Counsel | VS Holding's Counsel | The Court |
| Thomas J. Costakis KRIEG DeVAULT LLP One Indiana Square, Suite 2800 Indianapolis, IN 46204-2079 | Hayward L. Draper NYEMASTER, GOODE, PC 700 Walnut Street, Suite 1600 Des Moines, IA 50309-3899 | The Honorable Mark W. Bennett, Judge United States District Court Northern District of Iowa PO Box 838 Sioux City, IA 51102-0838 |

If you think you are a Class Member and you or your business have not received a Notice in the mail, you must write Class Counsel at the addresses shown above to be added to the list of persons and companies to receive notices and related materials by U.S. Mail.

**ADDITIONAL INFORMATION:** The description in this Notice is general and does not cover all of the issues and the proceedings thus far. More details about the Lawsuit and the Settlement, including a detailed definition of terms, are in the Settlement Agreement With Great Lakes Concrete, Inc., Kent Robert Stewart, GCC Alliance Concrete, Inc., Steven Keith VandeBrake, and VS Holding Company, F/K/A Alliance Concrete, Inc. ("Settlement Agreement"). You may review the Settlement Agreement and the Court Order granting the business hours at the Office of the Clerk of the United States District Court, United States District Courthouse, 320 Sixth Street, Sioux City, Iowa. You may also direct questions concerning the Settlement to Class Counsel at the addresses above. **Please do not contact the Court directly with any questions.**

Additional information about the Lawsuit and the Settlement may be obtained from the following Internet website: www.IowaConcreteAntitrustSettlement.com.

/s/ Mark W. Bennett, Judge United States District Court Northern District of Iowa

 Sheldon 8-27



# Affidavit of Insertion

This is to certify that the 3 x 14 Great Lakes   Class display ad for **A.B. Data LTD**
**(11084MA0)**
appeared in the

### Newspaper: _____Spirit Lakes Dickinson Co News

### Run Date(s): _____8/24/11_____

Signed by _____(Advertising Manager)

Sworn to and subscribed before me this ____ day of September , 2011.

_____
Notary Public



| NOTARIAL SEAL IOWA | Justine Kelley<br>Commission Number 766449<br>My Commission Expires<br>01/27/14 |

# reviewed at Iowa Lakes meeting

Members of the Iowa Lakes Community College Board of Trustees were updated Tuesday afternoon on business and industry opportunities for the Iowa Lakes region.

Clark Marshall, Executive Director of Economic Development and Continuing Education, provided an overview of the new Iowa Partnership for Economic Progress (IPEP) department which has replaced the Iowa Department of Economic Development.

He also talked about some of the changes being made to Iowa's job training programs and asked board approval for training agreements with Alumna, Ltd., General Machine Works, Nolin Milling and Holiday Express. In addition, a preliminary agreement was approved with Brown Medical of Spirit Lake.

In other business, Mark Gruwell, Executive Dean of Instruction and Development, presented a list of summer graduates which was approved by the Trustees.

A bid for digital signage was accepted and approved by the Trustees. The signage is to be placed in hallways and cafeterias and used to improve communications among students at the college's five campuses in Algona, Emmetsburg, Estherville, Spencer and Spirit Lake.

Financial reports for June and July were approved as the college wraps up the 2011 Fiscal Year.

Also during the meeting, the Trustees gave oral reports on college and statewide committees.

College starts with evening classes next Tuesday, Aug. 23. The Trustees were updated on "Move-In Day" (Sunday) and "First Day" activities set for Tuesday, Aug. 23.

## PATCHWORK QUILT

# Estate planning – not just for the elderly

Many people think that estate plans are for someone else, not them. As the following list makes clear, estate planning is for everyone, regardless of age or net worth. Contact an attorney or financial advisor to start your estate planning today.

1. Loss of capacity. What if you become incompetent and unable to manage your own affairs? Without a plan the courts will select the person to manage your affairs. With a plan, you pick that person (through a power of attorney).

2. Minor children. Who will raise your children if you die? Without a plan, a court will make that decision. With a plan, you are able to nominate the guardian of your choice.

3. Dying without a will. Who will inherit your assets? Without a plan, your assets pass to your heirs according to your state's laws of intestacy (dying without a will). Your family members (and perhaps not the ones you would choose) will receive your assets without benefit of your direction or of trust protection. With a plan, you decide who gets your assets, and when and how they receive them.

4. Blended families. What if your family is the result of multiple marriages? Without a plan, children from different marriages may not be treated as you would wish. With a plan, you determine what goes to your current spouse and to the children from a prior marriage or marriages.

5. Children with special needs. Without a plan, a child with special needs risks being disqualified from receiving Medicaid or SSI benefits, and may have to use his or her inheritance to pay for care. With a plan, you can set up a Supplemental Needs Trust that will allow the child to remain eligible for government benefits while using the trust assets to pay for non-covered expenses.

6. Keeping assets in the family. Would you prefer that your assets stay in your own family? Without a plan, your child's spouse may wind up with your money if your child passes away prematurely. If your child divorces his or her current spouse, half of your assets could go to the spouse. With a plan, you can set up a trust that ensures that your assets will stay in your family.

7. Financial security. Will your spouse and children be able to survive financially? Without a plan and the income replacement provided by life insurance, your family may be unable to maintain its current living standard. With a plan, life insurance can mean that your family will enjoy financial security.

8. Retirement accounts. Do you have an IRA or similar retirement account? Without a plan, your designated beneficiary for the retirement account funds may not reflect your current wishes and may result in burdensome tax consequences for your heirs (although the rules regarding the designation of a beneficiary have been eased considerably). With a plan, you can choose the optimal beneficiary.

9. Business ownership. Do you own a business? Without a plan, you don't name a successor, thus risking that your family could lose control of the business. With a plan, you choose who will own and control the business after you are gone.

10. Avoiding probate. Without a plan, your estate may be subject to delays and excess fees (depending on the state), and your assets will be a matter of public record. With a plan, you can structure things so that probate can be avoided entirely.

Information in this article was taken from www.elderlawanswers.com.

Northwest Aging Association at 714 10th Ave East in Spencer serves the over 60 population in northwest Iowa. Call (712) 262-1775 or 1-800-242-5033 if Northwest Aging can help you with age-related issues.

## ***ATTENTION DIRECT PURCHASERS OF READY-MIX CONCRETE FROM GREAT LAKES CONCRETE, INC., ALLIANCE CONCRETE, INC., OR GCC ALLIANCE CONCRETE, INC.***

### NOTICE OF CLASS ACTION SETTLEMENT

**IF YOU ARE OR WERE A PERSON OR ENTITY WHO PURCHASED READY-MIX CONCRETE FROM JANUARY 1, 2006 THROUGH DECEMBER 31, 2009 DIRECTLY FROM THE HARTLEY, LAKE PARK, SANBORN, SIBLEY, OR SPENCER READY-MIX CONCRETE PLANTS THAT ALLIANCE CONCRETE, INC. OWNED BEFORE JANUARY 14, 2008 AND THAT GCC ALLIANCE HAS OWNED SINCE THAT DATE, OR GREAT LAKES CONCRETE INC.'S OCHEYDEN, MILFORD, SPENCER, OR SPIRIT LAKE PLANTS, YOU MAY BE ENTITLED TO COMMENT ON, EXCLUDE YOURSELF, OR RECEIVE PAYMENTS FROM THE SETTLEMENT.**

**PLEASE READ THIS NOTICE CAREFULLY.**

Settlements have been reached on behalf of three separate classes of direct purchasers of Ready-Mix Concrete in the lawsuit entitled *In re: Iowa Ready-Mix Concrete Antitrust Litigation,* Case No. 5:10-CV-04038-MWB (the "Lawsuit"), which is pending in the United States District Court for the Northern District of Iowa (the "Court"). You may be a member of one, two, or all three proposed "Settlement Classes" for which settlements have been reached. Please read this **and any other notices from the Lawsuit** carefully to determine if and how your rights may be affected.

This Notice concerns a Settlement between the Plaintiff in the Lawsuit and Defendants Great Lakes Concrete Inc. ("Great Lakes"), Kent Robert Stewart ("Stewart"), GCC Alliance Concrete, Inc. ("GCC Alliance"), Steven Keith VandeBrake ("VandeBrake"), and VS Holding Company, f/k/a Alliance Concrete, Inc. ("VS Holding") (collectively, "Alliance/Great Lakes Class Settling Defendants").

**WHAT THIS LAWSUIT IS ABOUT:** The Lawsuit asserts that Great Lakes, Stewart, GCC Alliance, VandeBrake, and VS Holding conspired in an unlawful conspiracy to raise, fix, maintain, or stabilize the price of Ready-Mix Concrete sold from the Alliance Plants and the Great Lakes Plants at artificially high levels, in violation of the Sherman Act, Title 15, United States Code, Section 1.

**WHO IS IN THE CLASS:** The Court has preliminarily certified the following "Alliance/Great Lakes Settlement Class": All persons or entities who purchased Ready-Mix Concrete from January 1, 2006 through December 31, 2009 directly from the Hartley, Lake Park, Sanborn, Sibley, or Spencer Plants that Alliance Concrete, Inc. owned before January 14, 2008 and that GCC Alliance has owned since that date, or Great Lakes' Ocheyden, Milford, Spencer, or Spirit Lake plants (the "Alliance/Great Lakes Settlement Class"). You are not an Alliance/Great Lakes Settlement Class Member if you are one of the Defendants; their co-conspirators; or their respective parents, subsidiaries, or affiliates. You are also not an Alliance/Great Lakes Settlement Class Member if you are a federal government entity.

**THE PROPOSED SETTLEMENT:** The Alliance/Great Lakes Class Settling Defendants have agreed to pay the amount of $5,121,412 pursuant to the terms of the Settlement. This Settlement was achieved after a year of litigation and numerous negotiating sessions between Class Counsel and the lawyers for the Alliance/Great Lakes Class Settling Defendants. Because of the inherent risks of litigation, Plaintiff believes that the Settlement provides a fair and efficient resolution of the Plaintiff's and Class Members' claims against the Alliance/Great Lakes Class Settling Defendants. The Court has not made any determination of any liability of the Alliance/Great Lakes Class Settling Defendants for these claims.

Under the terms of the Settlement, the Alliance/Great Lakes Class Settling Defendants have deposited or will deposit their respective Settlement Amounts into a Settlement Fund. Class Counsel will seek Court permission to distribute the Settlement Fund to Class Members and to pay amounts approved by the Court for Class Counsel's attorneys' fees and reasonable expenses, notices to Class Members, and incentive payments to the class representative.

It is anticipated that the proposed distribution of amounts from the remaining balance of the Settlement Fund to participating Class Members will be in direct proportion to the amount of each participating Class Member's purchases of Ready-Mix Concrete from the Alliance/Great Lakes Class Settling Defendants from the Alliance Plants and from the Great Lakes Plants at any time from January 1, 2006 through December 31, 2009, when compared to all such purchases by participating Class Members.

Once the Court approves a method of distributing the Settlement Fund, information about the proposed distribution of settlement funds will be provided to known Class Members, along with Claim Forms and instructions for completing a claim. These materials will also be made available on the settlement website.

**PAYMENT OF ATTORNEYS' FEES AND COSTS:** Class Counsel will file a petition with the Court no later than September 2, 2011, asking for payment of attorneys' fees in the amount of 33-1/3% of the Settlement Amount, and the reimbursement of reasonable expenses, to be paid from the Settlement Fund. The petition will be available on the settlement website. The Court may consider whether to approve the payment of attorneys' fees and expenses in this amount during the Fairness Hearing, or at a later time determined by the Court. These fees and expenses, however, will not be paid until time for appeal and/or any actual appeal of this Settlement has been exhausted.

| YOUR LEGAL RIGHTS AND OPTIONS (YOU MUST CHOOSE AMONG ONE OF THESE OPTIONS) | | DEADLINE |
|---|---|---|
| **EXCLUDE YOURSELF** | You may exclude yourself from the Settlement, in which case you will not be eligible to receive any payments from the Settlement that are approved by the Court or to comment on the Settlement. This is the only option that allows you to be part of any other lawsuit against the Alliance/Great Lakes Class Settling Defendants about the legal claims brought or which could be brought in this case. A request for exclusion must include (i) a statement that you intend to "opt out" or request "exclusion" from the Alliance/Great Lakes Settlement Class; (ii) the full name and current address of the person or entity requesting exclusion; (iii) the title and a statement of authority of any person requesting exclusion on behalf of an entity other than an individual; (iv) the title of the Lawsuit: "*In re: Iowa Ready-Mix Concrete Antitrust Litigation*"; and (v) your signature. The request for exclusion must be sent to Class Counsel at the addresses below, by U.S. Mail, First-Class and postage prepaid, with a postmark on or before October 3, 2011. | October 3, 2011 |
| **DO NOTHING** | If you choose to do nothing, you will remain eligible to receive any payments from the Settlement that are approved by the Court. This will result in a release of any right you may have to pursue the legal claims brought, or which could have been brought, in this case against the Alliance/Great Lakes Class Settling Defendants based on direct purchases from the Hartley, Lake Park, Sanborn, Sibley, or Spencer plants that Alliance Concrete owned until January 14, 2008, and which GCC Alliance has owned since that date or Great Lakes' Ocheyden, Milford, Spencer, or Spirit Lake plants. If you choose to do nothing, and the settlement is approved by the Court, you will be required to submit a Claim Form to receive money from the settlement. | N/A |
| **OBJECT** | Write to the Court if you do not think the Settlement is fair. If you exclude yourself from the Settlement, you may not object. An objection must include (i) a statement that you object to the settlement with the Alliance/Great Lakes Class Settling Defendants; (ii) the full name and current address of the person or entity objecting; (iii) the title and a statement of authority of any person objecting on behalf of an entity other than an individual; (iv) the title of the Lawsuit: "*In re: Iowa Ready-Mix Concrete Antitrust Litigation*"; (v) reason for your objection and any evidence, briefs, motions, or other materials you intend to offer in support of your objection; and (vi) your signature. The objection must be sent to all the parties and the Court at the addresses below by U.S. Mail, First-Class and postage prepaid, with a postmark on or before October 3, 2011. | October 3, 2011 |
| **GO TO A HEARING** | If you object, you may also ask to speak in Court about the fairness of the Settlement. | November 1, 2011 |

**FAIRNESS HEARING:** The Court will hold a hearing—which is called the Fairness Hearing—at the United States District Courthouse, 320 Sixth Street, Sioux City, Iowa, at 9:00 a.m. on Novermber 1, 2011. At the Fairness Hearing, the Court will consider whether the Settlement is fair, reasonable, and adequate. The Court will consider any objections and listen to people who have made written objections and timely asked to speak at the hearing. After the Fairness Hearing, the Court will decide whether to approve the Settlement.

**APPEAR BY COUNSEL:** The law firms of Cohen & Malad, LLP, and Preti Flaherty Beliveau & Pachios LLP have been appointed by the Court and represent you and other Alliance/Great Lakes Settlement Class Members. These lawyers are called Class Counsel. If you want to be represented by your own lawyer, you may hire one at your own expense. However, any lawyer intending to appear at the Fairness Hearing must be duly admitted to practice law before the United States District Court for the Northern District of Iowa and must file a written appearance no later than October 3, 2011. Copies of the appearance must be served on Class Counsel and counsel for the Alliance/Great Lakes Class Settling Defendants at the addresses included in this Notice in accordance with the Federal Rules of Civil Procedure.

**CONTACT INFORMATION:**

| Class Counsel | Great Lakes' and Stewart's Counsel | GCC Alliance's Counsel |
|---|---|---|
| Irwin B. Levin<br>COHEN & MALAD, LLP<br>One Indiana Square, Suite 1400<br>Indianapolis, IN 46204<br>Gregory P. Hansel<br>PRETI FLAHERTY<br>One City Center<br>PO Box 9546<br>Portland, ME 04112-9546 | Mark C. Laughlin<br>FRASER STRYKER PC LLO<br>500 Energy Plaza<br>409 South 17th Street<br>Omaha, NE 68102 | William R. Pakalka<br>FULBRIGHT & JAWORSKI L.L.P.<br>Fulbright Tower<br>1301 McKinney Street, Suite 5100<br>Houston, TX 77010 |
| **VandeBrake's Counsel** | **VS Holding's Counsel** | **The Court** |
| Thomas J. Costakis<br>KRIEG DeVAULT LLP<br>One Indiana Square, Suite 2800<br>Indianapolis, IN 46204-2079 | Hayward L. Draper<br>NYEMASTER, GOODE, P.C.<br>700 Walnut Street, Suite 1600<br>Des Moines, IA 50309-3899 | The Honorable Mark W. Bennett, Judge<br>United States District Court<br>Northern District of Iowa<br>PO Box 838<br>Sioux City, IA 51102-0838 |

If you think you are a Class Member and you or your business have not received a Notice in the mail, you must write Class Counsel at the addresses shown above to be added to the list of persons and companies to receive notices and related materials by U.S. Mail.

**ADDITIONAL INFORMATION:** The description in this Notice is general and does not cover all of the issues and the proceedings thus far. More details about the Lawsuit and the Settlement, including a detailed definition of terms, are in the Settlement Agreement With Great Lakes Concrete, Inc., Kent Robert Stewart, GCC Alliance Concrete, Inc., Steven Keith VandeBrake, and VS Holding Company, F/K/A Alliance Concrete, Inc. ("Settlement Agreement"). You may review the Settlement Agreement and the Court file during business hours at the Office of the Clerk of the United States District Court, United States District Courthouse, 320 Sixth Street, Sioux City, Iowa. You may also direct questions concerning the Settlement to Class Counsel at the addresses above. **Please do not contact the Court directly with any questions.**

Additional information about the Lawsuit and the Settlement may be obtained from the following Internet website: www.IowaConcreteAntitrustSettlement.com.

/s/ Mark W. Bennett, Judge
United States District Court
Northern District of Iowa

Spirit Lake 8/24 #11084MAO



# Affidavit of Insertion

This is to certify that the 3 x 14 Great Lakes  Class display ad for **A.B. Data LTD**
**(11084MA0)**
appeared in the

Newspaper: _____ Spirit Lakes Dickinson Co News

Run Date(s): _____ 8/31/11_____

Signed by _____ (Advertising Manager)

Sworn to and subscribed before me this 12 day of _September_, 2011.

_____
Notary Public

Justine Kelley
Commission Number 766449
My Commission Expires
01/27/14

not commandments at all!

• 23 percent thought the 2nd Commandment "gave us the right to bear arms."

31 percent said the 9th Commandment prohibited the removal of Ten Commandment displays! And 24 percent thought "God Helps Those Who Help themselves" was in there somewhere.

(Source: 09/2009 Kelton Research and 10 Commandments Commission)

Sadly, even most Christians could not name all 10. Did you?

How would you like to learn how to remember all Ten Commandments, in order, and to memorize them in such a way that you'll never forget them … in just 10 minutes?

You can do it! I guarantee it! All you have to do is follow my little word association method!

The Ten Commandments are found in the Old Testament (Torah) in the Bible in Exodus 20 and

me." (Exodus 20:3)

TWO – TABOO. What's taboo? Idols. Images. False gods. *"You shall not make for yourself an image in the form of anything in heaven above or on the earth beneath or in the waters below."* (Exodus 20:4)

THREE – TRASH TALK. *"You shall not misuse the name of the LORD your God, for the LORD will not hold anyone guiltless who misuses his name."* (Exodus 20:7)

FOUR – REST. It's what you should do one day each week. *"Remember the Sabbath day by keeping it holy. Six days you shall labor and do all your work, but the seventh day is a Sabbath to the Lord your God. (Exodus 20:8-11)

FIVE – ALIVE. Only one commandment in the "BIG 10" has a promise connected to it. Number 5 promises "long life" to those who obey it. So, to live longer, "Honor your father and your mother, so that you may live long in the land the LORD your God is giving you." (Exodus 20:12)

SIX-FEET UNDER. Don't put anybody six feet

warden says, "Here are your release papers. No more stealing. From now on, go straight." Hence, Eight - Go Straight. *"You shall not steal."* (Exodus 20:15)

NINE – MALIGN. What does it mean to malign someone? It means to falsely accuse them, to slander them, to do harm to their name, character or reputation. *"You shall not give false testimony against your neighbor."* (Exodus 20:16)

A PERFECT - TEN! We often grade things on a scale of 1 to 10 with 1 being the least, and 10 being the very best. If something is a 10, it's amazing. If a person is said to be a "10", they're a real knockout. We like and admire 10's. But be careful, because what you admire, you might begin to lust after. *"You shall not covet your neighbor's house. You shall not covet your neighbor's wife…"* (Exodus 20:17,

Good Job … Practice to become a "BIG 10 Champion" and see how much easier your life becomes!

Try it! You'll Like it!



## 2011 Iowa RockNRoll Music Association Hall of Fame Induction Weekend Spectacular!

### Induction Weekend Schedule
### Saturday, Sept. 3

8:30 to noon ....................... Pancake Breakfast in Roof Garden
9:15 a.m. ............................ Induction Opening Ceremonies – Museum
9:30 a.m. to 4 p.m. ............ Vintage Car Show – Lake Street
9:30 a.m. to 4:30 p.m. ....... Fanfare – Roof Garden
12:15 p.m. .......................... First Panel Discussion – Hedberg Theater
1:15 p.m. ............................ Second Panel Discussion – Hedberg Theater
3:30 p.m. ............................ Autographed Memorabilia Auction – Roof Garden
7:00 p.m. to 8:30 P.M. ....... Inductee Meet and Greet

### Sunday, Sept. 4

8:30 a.m. ............................ Benefit Omelet Breakfast – Pavilion
11:00 a.m to noon .............. Historical Bus Tour – board bus at museum
2:00 p.m.-4:00 p.m. ........... Induction Awards Ceremony – Okoboji High School
                                         Performing Arts Auditorium in Milford
5:00 p.m. ............................ Inductee Autograph Party – Pavilion
6:15 p.m. ............................ Doors open to Roof Garden
7:00 to Midnight ................ Hall of Fame Induction Concert in the Roof Garden

### ROOF GARDEN - ARNOLDS PARK
For More Information/Tickets Call 712-338-2098 or 712-332-6540
www.iowarocknroll.com

## General Admission - $30

## ***ATTENTION DIRECT PURCHASERS OF READY-MIX CONCRETE FROM GREAT LAKES CONCRETE, INC., ALLIANCE CONCRETE, INC., OR GCC ALLIANCE CONCRETE, INC. ***

### NOTICE OF CLASS ACTION SETTLEMENT

IF YOU ARE OR WERE A PERSON OR ENTITY WHO PURCHASED READY-MIX CONCRETE FROM JANUARY 1, 2006 THROUGH DECEMBER 31, 2009 DIRECTLY FROM THE HARTLEY, LAKE PARK, SANBORN, SIBLEY, OR SPENCER READY-MIX CONCRETE PLANTS THAT ALLIANCE CONCRETE, INC. OWNED BEFORE JANUARY 14, 2008 AND THAT GCC ALLIANCE HAS OWNED SINCE THAT DATE, OR GREAT LAKES CONCRETE INC.'S OCHEYDEN, MILFORD, SPENCER, OR SPIRIT LAKE PLANTS, YOU MAY BE ENTITLED TO COMMENT ON, EXCLUDE YOURSELF, OR RECEIVE PAYMENTS FROM THE SETTLEMENT.

**PLEASE READ THIS NOTICE CAREFULLY.**

Settlements have been reached on behalf of a certain separate classes of direct purchasers of Ready-Mix Concrete in the lawsuit entitled *In re: Iowa Ready-Mix Concrete Antitrust Litigation*, Case No. 5:10-CV-04038-MWB (the "Lawsuit"), which is pending in the United States District Court for the Northern District of Iowa (the "Court"). You may be a member of one, two, or all three proposed "Settlement Classes" for which settlements have been reached. Please read this and any other notices from the Lawsuit carefully to determine if and how your rights may be affected.

This Notice concerns a Settlement between the Plaintiff in the Lawsuit and Defendants Great Lakes Concrete Inc. ("Great Lakes"), Kent Robert Stewart ("Stewart"), GCC Alliance Concrete, Inc. ("GCC Alliance"), Steven Keith VandeBrake ("VandeBrake"), and VS Holding Company, f/k/a Alliance Concrete, Inc. ("VS Holding") (collectively, "Alliance/Great Lakes Class Settling Defendants").

**WHAT THIS LAWSUIT IS ABOUT:** The Lawsuit asserts that Great Lakes, Stewart, GCC Alliance, VandeBrake, and VS Holding conspired in an unlawful conspiracy to raise, fix, maintain, or stabilize the price of Ready-Mix Concrete sold from the Alliance Plants and the Great Lakes Plants at artificially high levels, in violation of the Sherman Act, Title 15, United States Code, Section 1.

**WHO IS IN THE CLASS:** The Court has preliminarily certified the following "Alliance/Great Lakes Settlement Class": All persons or entities who purchased Ready-Mix Concrete from January 1, 2006 through December 31, 2009 directly from the Hartley, Lake Park, Sanborn, Sibley, or Spencer Plants that Alliance Concrete, Inc. owned before January 14, 2008 and that GCC Alliance has owned since that date, or Great Lakes' Ocheyden, Milford, Spencer, or Spirit Lake plants (the "Alliance/Great Lakes Settlement Class"). You are not an Alliance/Great Lakes Settlement Class Member if you are one of the Defendants; their co-conspirators; or their respective parents, subsidiaries, or affiliates. You are also not an Alliance/Great Lakes Settlement Class Member if you are a federal government entity.

**THE PROPOSED SETTLEMENT:** The Alliance/Great Lakes Class Settling Defendants have agreed to pay the amount of $5,121,412 pursuant to the terms of the Settlement. This Settlement was achieved after a year of litigation and numerous negotiating sessions between Class Counsel and the lawyers for the Alliance/Great Lakes Class Settling Defendants. Because of the inherent risks of litigation, Plaintiff believes that the Settlement provides a fair and efficient resolution of the Plaintiff's and Class Members' claims against the Alliance/Great Lakes Class Settling Defendants. The Court has not made any determination of any liability of the Alliance/Great Lakes Class Setting Defendants for these claims.

Under the terms of the Settlement, the Alliance/Great Lakes Class Settling Defendants have deposited or will deposit their respective Settlement Amounts into a Settlement Fund. Class Counsel will seek Court permission to distribute the Settlement Fund to Class Members and to pay expenses approved by the Court to Class Counsel's attorneys' fees and reasonable expenses, notices to Class Members, and incentive payments to the class representative.

It is anticipated that the proposed distribution of amounts from the remaining balance of the Settlement Fund to participating Class Members will be in direct proportion to the amount of each participating Class Member's purchases of Ready-Mix Concrete from the Alliance/Great Lakes Plants and the Great Lakes Plants at any time from January 1, 2006 through December 31, 2009, when compared to all such purchases by participating Class Members.

Once the Court approves a method of distributing the Settlement Fund, information about the proposed distribution of settlement funds will be provided to known Class Members, along with Claim Forms and instructions for completing a claim. These materials will also be made available on the settlement website.

**PAYMENT OF ATTORNEYS' FEES AND COSTS:** Class Counsel will file a petition with the Court no later than September 2, 2011, asking for payment of attorneys' fees in the amount of 33-1/3% of the Settlement Amount, and the reimbursement of reasonable expenses, to be paid from the Settlement Fund. The petition will be available on the settlement website. The Court may consider whether to approve the payment of attorneys' fees and expenses in this amount during the Fairness Hearing, or at a later time determined by the Court. These fees and expenses, however, will not be paid until time for appeal and/or any actual appeal of this Settlement has been exhausted.

| YOUR LEGAL RIGHTS AND OPTIONS (YOU MUST CHOOSE AMONG ONE OF THESE OPTIONS) | DEADLINE |
|---|---|
| **EXCLUDE YOURSELF** | You may exclude yourself from the Settlement, in which case you will not be eligible to receive any payments from the Settlement that are approved by the Court or to comment on the Settlement. This is the only option that allows you to be part of any other lawsuit against the Alliance/Great Lakes Class Settling Defendants about the legal claims brought or which could be brought in this case. A request for exclusion must include (i) a statement that you intend to "opt out" or request "exclusion" from the Alliance/Great Lakes Settlement Class; (ii) the full name and current address of the person or entity requesting exclusion; (iii) the title and a statement of authority of any person requesting exclusion on behalf of an entity other than an individual; (iv) the title of the Lawsuit: "*In re: Iowa Ready-Mix Concrete Antitrust Litigation*"; and (v) your signature. The request for exclusion must be sent to Class Counsel at the addresses below, by U.S. Mail, First-Class and postage prepaid, with a postmark on or before October 3, 2011. | October 3, 2011 |
| **DO NOTHING** | If you choose to do nothing, you will remain eligible to receive any payments from the Settlement that are approved by the Court. This will result in a release of any right you may have to pursue the legal claims brought, or which could have been brought, in this case against the Alliance/Great Lakes Class Settling Defendants based on direct purchases from the Hartley, Lake Park, Sanborn, Sibley, or Spencer plants that Alliance Concrete owned until January 14, 2008, and which GCC Alliance has owned since that date of Great Lakes' Ocheyden, Milford, Spencer, or Spirit Lake plants. If you choose to do nothing, and the settlement is approved by the Court, you will be required to submit a Claim Form to receive money from the settlement. | N/A |
| **OBJECT** | Write to the Court if you do not like the Settlement in fact. If you exclude yourself from the Settlement, you may not object. An objection must include (i) a statement that you object to the settlement with the Alliance/Great Lakes Class Settling Defendants; (ii) the full name and current address of the person or entity objecting; (iii) the title and a statement of authority of any person objecting on behalf of an entity other than an individual; (iv) the title of the Lawsuit: "*In re: Iowa Ready-Mix Concrete Antitrust Litigation*"; (v) reason for your objection and any evidence, briefs, motions, or other materials you intend to offer in support of your objection; and (vi) your signature. The objection must be sent to all the parties and the Court at the addresses below by U.S. Mail, First-Class and postage prepaid, with a postmark on or before October 3, 2011. | October 3, 2011 |
| **GO TO A HEARING** | If you object, you may also ask to speak in Court about the fairness of the Settlement. | November 1, 2011 |

**FAIRNESS HEARING:** The Court will hold a hearing—which is called the Fairness Hearing—at the United States District Courthouse, 320 Sixth Street, Sioux City, Iowa, at 9:00 a.m. on November 1, 2011. At the Fairness Hearing, the Court will consider whether the Settlement is fair, reasonable, and adequate. The Court will consider any objections and listen to people who have made written objections and timely asked to speak at the hearing. After the Fairness Hearing, the Court will decide whether to approve the Settlement.

**APPEAR BY COUNSEL:** The law firms of Cohen & Malad, LLP, and Preti Flaherty Beliveau & Pachios LLP have been appointed by the Court and represent you and other Alliance/Great Lakes Settlement Class Members. These lawyers are called Class Counsel. If you want to be represented by your own lawyer, you may hire one at your own expense. However, any lawyer intending to appear at the Fairness Hearing must be duly admitted to practice law before the United States District Court for the Northern District of Iowa and must file a written appearance no later than October 3, 2011. Copies of the appearance must be served on Class Counsel and counsel for the Alliance/Great Lakes Class Setting Defendants at the addresses included in this Notice in accordance with the Federal Rules of Civil Procedure.

**CONTACT INFORMATION:**

| Class Counsel | Great Lakes/Stewart's Counsel | GCC Alliance Counsel |
|---|---|---|
| Irwin B. Levin<br>COHEN & MALAD, LLP<br>One Indiana Square, Suite 1400<br>Indianapolis, IN 46204 | Mark C. Laughlin<br>FRASER STRYKER PC LLO<br>500 Energy Plaza<br>409 South 17th Street<br>Omaha, NE 68102 | William R. Pakalka<br>FULBRIGHT & JAWORSKI L.L.P.<br>1301 McKinney Street, Suite 5100<br>Houston, TX 77010 |
| Gregory P. Hansel<br>PRETI FLAHERTY<br>One City Center<br>PO Box 9546<br>Portland, ME 04112-9546 | | |
| **VandeBrake's Counsel** | **VS Holding's Counsel** | **The Court** |
| Thomas J. Costakis<br>KRIEG DeVAULT LLP<br>One Indiana Square, Suite 2800<br>Indianapolis, IN 46204-2079 | Hayward L. Draper<br>NYEMASTER, GOODE, P.C.<br>700 Walnut Street, Suite 1600<br>Des Moines, IA 50309-3899 | The Honorable Mark W. Bennett, Judge<br>United States District Court<br>Northern District of Iowa<br>PO Box 838<br>Sioux City, IA 51102-0838 |

If you think you are a Class Member and you or your business have not received a Notice in the mail, you must write Class Counsel at the addresses shown above to be added to the list of persons and companies to receive notices and related materials by U.S. Mail.

**ADDITIONAL INFORMATION:** The description in this Notice is general and does not cover all of the issues and the proceedings thus far. More details about the Lawsuit and the Settlement, including a detailed definition of terms, are in the Settlement Agreement With Great Lakes Concrete, Inc., Kent Robert Stewart, GCC Alliance Concrete, Inc., Steven Keith VandeBrake, and VS Holding Company, F/K/A Alliance Concrete, Inc. ("Settlement Agreement"). You may review the Settlement Agreement and the Court file during business hours at the Office of the Clerk of the United States District Court, United States District Courthouse, 320 Sixth Street, Sioux City, Iowa. You may also direct questions concerning the Settlement to Class Counsel at the addresses above. **Please do not contact the Court directly with any questions.**

Additional information about the Lawsuit and the Settlement may be obtained from the following Internet website:
www.IowaConcreteAntitrustSettlement.com.

/s/ Mark W. Bennett, Judge



# Affidavit of Insertion

This is to certify that the 3 x 14 Great Lakes Class display ad for **A.B. Data LTD**
**(11084MA0)**
appeared in the

Newspaper: _____Sibley Osceola Co Gazette Tribune

Run Date(s): _____8/17/11_____

Signed by _____ (Advertising Manager)

Sworn to and subscribed before me this 19th day of August, 2011.

_____
Notary Public

RUTH ANN WIERSMA
Commission No. 134794
My Comm. Expires 2-7-12

• include the hearing-impaired person when talking, do not exclude them.

Older adults need routine hearing exams by qualified professionals. Have hearing checked by an audiologist to be sure that another problem is not causing the hearing loss. If hearing aids are needed, it may take time and patience for the older person to adjust to the new hearing aids.

There are many different devices that can be used in the home to help a hearing-impaired person. Special phones work with hearing aids and ring louder than a standard phone. There are alarm clocks, smoke detectors, and doorbells that have flashing lights and vibrations to alert the hearing-impaired. With the technology available today, no one should be isolated from family and friends because of a hearing impairment.

*Source: University of Florida fact sheet entitled "Physical Changes of Aging".*

Northwest Aging Association, at 714 10th Ave East in Spencer, is the gateway to services for people over the age of 60 in Northwest Iowa. If Northwest Aging can assist you, please call 712-262-1775 or 800-242-5033.



**Aug. 19 - Aug. 25**
Tuesday - Popcorn & Soft Drinks $1!
Thursday-Student Admissions only $5!

**Movie-Line 324-2121**

**CRAZY STUPID LOVE**
Fri & Sat 7:00 & 9:30
Sun: (2:00) 7:00 - Mon-Thurs 7:00

**FINAL DESTINATION**
Fri & Sat 7:15 & 9:30
Sun: (2:15) 7:30 • Mon-Thurs 7:30

**MainStreetTheatres.com**

## Pre-School Scholarships Available

The Early Childhood Iowa (ECI)-Lakes Area Board has announced that preschool scholarships will be available to assist low-income families with accessibility and availability to preschool programs serving children 3-5 years of age.

The 2011 General Assembly appropriated funds to the local ECI-Lakes Area to assist low-income parents with pre-school tuition. The funds are designated to support preschool programming, which serves families at or below 200% of poverty guidelines.

Please contact Jeanine Hough or Diane Helget at 1-800-245-6151 or 712-859-3885 for additional information and the application process.

## Students in the News

Nicholas Marco son of Curt and Jobie Marco of Sibley has been accepted as a student at Northwest Iowa Community College, Sheldon, IA.

Nicholas will begin study in the Associate in Arts program starting the fall term of 2011.



**Sibley Wireless & Appliance**
Main Street • Sibley, IA

**Sale Starts August 19**

**BIG** Discounts on **ALL** Merchandise
*New and Used Appliances*
*Selling Fixtures and Many Appliance Accessories*
*Household Items including antiques and collectibles*

Many items from previous business Mauch Tire Co.
Good Year, Michelin, & Summit tire signs; Oil Dispensers & Funnels; Tools; Tire Tools including impack guns, sockets & hoses; Hand Tools; Bulk Oil in drums and 5 gallon containers; Pneumatic water or chloride pump; Fiberglass 400 & 250 gallon water tanks; Assorted Hoses; Pre-70 Vintage; Large assortment of chrome lug nuts and chrome wheel accessories; moon hub caps; Packer sport pickup toolbox.

**Collectibles including**
Tonka Toys, Collection of liquor decanters, Gardening and tilling tools; Radio Flyer wagons; Fire extinguishers; steamer trunk; Vintage WWII medical storage chest.

**Miscellaneous Items including**
Cell Phone Accessories
& Fish Tank


**FREE Swim Tubes**

**Many Items Not Listed So Come Into Our Store And Shop!!**

Keep calling 754-2554 and 800-535-1421 for appliance service calls.

**Don't Be Late!!**

*Deadline for Advertising is Friday at 4:00 p.m.*

**Don't Be Late!!**

### ***ATTENTION DIRECT PURCHASERS OF***
### READY-MIX CONCRETE FROM GREAT LAKES CONCRETE, INC., ALLIANCE CONCRETE, INC., OR GCC ALLIANCE CONCRETE, INC. ***

**NOTICE OF CLASS ACTION SETTLEMENT**

IF YOU ARE OR WERE A PERSON OR ENTITY WHO PURCHASED READY-MIX CONCRETE FROM JANUARY 1, 2006 THROUGH DECEMBER 31, 2009 DIRECTLY FROM THE HARTLEY, LAKE PARK, SANBORN, SIBLEY, OR SPENCER READY-MIX CONCRETE PLANTS THAT ALLIANCE CONCRETE, INC. OWNED BEFORE JANUARY 14, 2008 AND THAT GCC ALLIANCE HAS OWNED SINCE THAT DATE, OR GREAT LAKES CONCRETE INC.'S OCHEYDEN, MILFORD, SPENCER, OR SPIRIT LAKE PLANTS, YOU MAY BE ENTITLED TO COMMENT ON, EXCLUDE YOURSELF, OR RECEIVE PAYMENTS FROM THE SETTLEMENT.

**PLEASE READ THIS NOTICE CAREFULLY.**

[The remainder of this legal notice consists of dense fine print describing the settlement, class definition, legal rights and options, fairness hearing, and contact information.]

**YOUR LEGAL RIGHTS AND OPTIONS**

| YOU MUST CHOOSE AMONG ONE OF THESE OPTIONS | DEADLINE |
|---|---|
| **EXCLUDE YOURSELF** — You may exclude yourself from the Settlement... | October 3, 2011 |
| **DO NOTHING** — If you choose to do nothing, you will remain eligible to receive any payments from the Settlement... | N/A |
| **OBJECT** — Write to the Court if you do not think the Settlement is fair... | October 3, 2011 |
| **GO TO A HEARING** — If you object, you may also ask to speak in Court about the fairness of the Settlement. | November 1, 2011 |

**CONTACT INFORMATION**

| Class Counsel | Great Lakes' and Stewart's Counsel | GCC Alliance's Counsel |
|---|---|---|
| Irwin B. Levin, COHEN & MALAD, LLP, One Indiana Square, Suite 1400, Indianapolis, IN 46204 | Mark C. Laughlin, FRASER STRYKER PC LLO, 500 Energy Plaza, 409 South 17th Street, Omaha, NE 68102 | William R. Pakalka, FULBRIGHT & JAWORSKI L.L.P., Fulbright Tower, 1301 McKinney Street, Suite 5100, Houston, TX 77010 |
| Gregory P. Hansel, PRETI FLAHERTY, One City Center, PO Box 9546, Portland, ME 04112-9546 | | |
| VandeBrake's Counsel | VS Holding's Counsel | |
| Thomas J. Costakis, KRIEG DeVAULT LLP, One Indiana Square, Suite 2800, Indianapolis, IN 46204-2079 | Hayward L. Draper, NYEMASTER, GOODE, P.C., 700 Walnut Street, Suite 1600, Des Moines, IA 50309-3899 | The Honorable Mark W. Bennett, Judge, United States District Court, Northern District of Iowa, PO Box 838, Sioux City, IA 51102-0838 |

Sibley 8/17 # 11084MAD





# Affidavit of Insertion

This is to certify that the 3 x 14 Great Lakes Class display ad for **A.B. Data LTD**
(11084MA0)
appeared in the

Newspaper: _____Sibley Osceola Co Gazette Tribune

Run Date(s): _____8/24/11_____

Signed by _____ (Advertising Manager)

Sworn to and subscribed before me this _1st_ day of _September_ , 2011.

_____
Notary Public

RUTH ANN WIERSMA
Commission No. 134794
My Comm. Expires 2-7-12

# NEWS

Gazette-Tribune, August 24, 2011 **5**

---

**\*\*\*ATTENTION DIRECT PURCHASERS OF**
**READY-MIX CONCRETE FROM GREAT LAKES CONCRETE, INC.,**
**ALLIANCE CONCRETE, INC., OR GCC ALLIANCE CONCRETE, INC. \*\*\***

**NOTICE OF CLASS ACTION SETTLEMENT**

**IF YOU ARE OR WERE A PERSON OR ENTITY WHO PURCHASED READY-MIX CONCRETE FROM JANUARY 1, 2006 THROUGH DECEMBER 31, 2009 DIRECTLY FROM THE HARTLEY, LAKE PARK, SANBORN, SIBLEY, OR SPENCER READY-MIX CONCRETE PLANTS THAT ALLIANCE CONCRETE, INC. OWNED BEFORE JANUARY 14, 2008 AND THAT GCC ALLIANCE HAS OWNED SINCE THAT DATE, OR GREAT LAKES CONCRETE INC.'S OCHEYEDEN, MILFORD, SPENCER, OR SPIRIT LAKE PLANTS, YOU MAY BE ENTITLED TO COMPENSATION. EXCLUDE YOURSELF, OR RECEIVE PAYMENTS FROM THE SETTLEMENT.**

**PLEASE READ THIS NOTICE CAREFULLY.**

Settlements have been reached on behalf of three separate classes of direct purchasers of Ready-Mix Concrete in the lawsuit entitled *In re: Iowa Ready-Mix Concrete Antitrust Litigation*, Case No. 5:10-CV-04038-MWB (the "Lawsuit"), which is pending in the United States District Court for the Northern District of Iowa (the "Court"). You may be a member of one, two, or all three proposed "Settlement Classes" for which settlements have been reached. Please read this and any other notices from the Lawsuit carefully to determine if and how your rights may be affected.

This Notice concerns a Settlement between the Plaintiff in the Lawsuit and Defendants Great Lakes Concrete Inc. ("Great Lakes"), Kent Robert Stewart ("Stewart"), GCC Alliance Concrete, Inc. ("GCC Alliance"), Steven Keith VandeBrake ("VandeBrake"), and VS Holding Company, f/k/a Alliance Concrete, Inc. ("VS Holding") (collectively, "Alliance/Great Lakes Setting Defendants").

**WHAT THIS LAWSUIT IS ABOUT:** The lawsuit asserts that Great Lakes, Stewart, GCC Alliance, VandeBrake, and VS Holding conspired in an unlawful conspiracy to raise, fix, maintain, or stabilize the price of Ready-Mix Concrete sold from the Alliance Plants and the Great Lakes Plants at artificially high levels, in violation of the Sherman Act, Title 15, United States Code, Section 1.

**WHO IS IN THE CLASS:** The Court has preliminarily certified the following "Alliance/Great Lakes Settlement Class": All persons or entities who purchased Ready-Mix Concrete from January 1, 2006 through December 31, 2009 directly from the Hartley, Lake Park, Sanborn, Sibley, or Spencer Plants that Alliance Concrete, Inc. owned before January 14, 2008 and that GCC Alliance has owned since that date, or Great Lakes' Ocheyden, Milford, Spencer, or Spirit Lake plants (the "Alliance/Great Lakes Settlement Class"). You are not an Alliance/Great Lakes Settlement Class Member if you are one of the Defendants, their co-conspirators, or their respective parents, subsidiaries, or affiliates. You are also not an Alliance/Great Lakes Settlement Class Member if you are a federal government entity.

**THE PROPOSED SETTLEMENT:** The Alliance/Great Lakes Class Setting Defendants have agreed to pay the amount of $5,121,412 pursuant to the terms of the Settlement. This Settlement was achieved after a year of litigation and numerous negotiating sessions between Class Counsel and the lawyers for the Alliance/Great Lakes Class Setting Defendants. Because of the inherent risks of litigation, Plaintiff believes that the Settlement provides a fair and efficient resolution of the Plaintiff's and Class Members' claims against the Alliance/Great Lakes Class Setting Defendants. The Court has not made any determination regarding the validity of the Alliance/Great Lakes Class Setting Defendants for these claims.

Under the terms of the Settlement, the Alliance/Great Lakes Class Setting Defendants have deposited or will deposit their respective Settlement Amounts into a Settlement Fund. Class Counsel will seek Court permission to distribute the Settlement Fund to Class Members and to pay amounts approved by the Court for Class Counsel's attorneys' fees and reasonable expenses, notices to Class Members, and incentive payments to the class representative.

It is anticipated that the proposed distribution of amounts from the remaining balance of the Settlement Fund to participating Class Members will be in direct proportion to the amount of each participating Class Member's purchases of Ready-Mix Concrete from the Alliance/Great Lakes Class Setting Defendants from the Alliance Plants and from the Great Lakes Plants at any time from January 1, 2006 through December 31, 2009, when compared to all such purchases by participating Class Members.

Once the Court approves a method of distributing the Settlement Fund, information about the proposed distribution of settlement funds will be provided to known Class Members, along with Claim Forms and instructions for completing a claim. These materials will also be made available on the settlement website.

**PAYMENT OF ATTORNEYS' FEES AND COSTS:** Class Counsel will file a petition with the Court no later than September 2, 2011, asking for payment of attorneys' fees in the amount of 33-1/3% of the Settlement Amount, and the reimbursement of reasonable expenses, to be paid from the Settlement Fund. The petition will be available on the settlement website. The Court may consider whether to approve the payment of attorneys' fees and expenses in this amount during the Fairness Hearing, or at a later time determined by the Court. These fees and expenses, however, will not be paid until time for appeal and/or any actual appeal of this Settlement has been exhausted.

| **YOUR LEGAL RIGHTS AND OPTIONS** | |
| **(YOU MUST CHOOSE AMONG ONE OF THESE OPTIONS)** | **DEADLINE** |
| --- | --- |
| **EXCLUDE YOURSELF** | You may exclude yourself from the Settlement, in which case you will not be eligible to receive any payments from the Settlement that are approved by the Court or to comment on the Settlement. This is the only option that allows you to be part of any other lawsuit against the Alliance/Great Lakes Class Setting Defendants about the legal claims brought or which could be brought in this case. A request for exclusion (sometimes also called a statement that you intend to "opt out" or request "exclusion" from the Alliance/Great Lakes Settlement Class), (i) the full name and current address of the person or entity requesting exclusion; (ii) the title and a statement of authority of any person requesting exclusion on behalf of an entity other than an individual; (iv) the title of the Lawsuit: "*In re: Iowa Ready-Mix Concrete Antitrust Litigation*", and (v) your signature. The request for exclusion must be sent to Class Counsel at the addresses below, by U.S. Mail, First-Class and postage prepaid, with a postmark on or before October 3, 2011. | October 3, 2011 |
| **DO NOTHING** | If you choose to do nothing, you will remain eligible to receive any payments from the Settlement that are approved by the Court. This will result in a release of any right you may have to pursue the legal claims brought, or which could have been brought, in this case against the Alliance/Great Lakes Class Setting Defendants based on direct purchases from the Hartley, Lake Park, Sanborn, Sibley, or Spencer plants that Alliance Concrete owned until January 14, 2008, and which GCC Alliance has owned since that date or Great Lakes' Ocheyden, Milford, Spencer, or Spirit Lake plants. If you choose to do nothing, and the settlement is approved by the Court, you will be required to submit a Claim Form to receive money from the settlement. | N/A |
| **OBJECT** | Write to the Court if you do not think the Settlement is fair. If you exclude yourself from the Settlement, you may not object. An objection must include (i) a statement that you object to the settlement with the Alliance/Great Lakes Class Setting Defendants; (ii) the full name and current address of the person or entity objecting; (iii) the title and a statement of authority of any person objecting on behalf of an entity other than an individual; (iv) the title of the Lawsuit: "*In re: Iowa Ready-Mix Concrete Antitrust Litigation*"; (v) reason for your objection and any evidence, briefs, motions, or other materials you intend to offer in support of your objection; and (vi) your signature. The objection must be sent to all the parties and the Court at the addresses below by U.S. Mail, First-Class and postage prepaid, with a postmark on or before October 3, 2011. If you object, you may also ask to speak in Court about the fairness of the Settlement. | October 3, 2011 |
| **GO TO A HEARING** | | November 1, 2011 |

**FAIRNESS HEARING:** The Court will hold a hearing—which is called the Fairness Hearing—at the United States District Courthouse, 320 Sixth Street, Sioux City, Iowa, at 9:00 a.m. on November 1, 2011. At the Fairness Hearing, the Court will consider whether the Settlement is fair, reasonable, and adequate. The Court will consider any objections and listen to people who have made written objections and timely asked to speak at the hearing. After the Fairness Hearing, the Court will decide whether to approve the Settlement.

**APPEAR BY COUNSEL:** The law firms of Cohen & Malad, LLP, and Preti Flaherty Beliveau & Pachios LLP have been appointed by the Court and represent you and other Alliance/Great Lakes Settlement Class Members. These lawyers are called Class Counsel. If you want to be represented by your own lawyer, you may hire one at your own expense. However, any lawyer intending to appear at the Fairness Hearing must be duly admitted to practice law before the United States District Court for the Northern District of Iowa and must file a written appearance no later than October 3, 2011. Copies of the appearance must be served on Class Counsel and counsel for the Alliance/Great Lakes Class Setting Defendants at the addresses included in this Notice in accordance with the Federal Rules of Civil Procedure.

**CONTACT INFORMATION:**

| Class Counsel | Great Lakes' and Stewart's Counsel | GCC Alliance's Counsel |
| --- | --- | --- |
| Irwin B. Levin<br>COHEN & MALAD, LLP<br>One Indiana Square, Suite 1400<br>Indianapolis, IN 46204 | Mark C. Laughlin<br>FRASER STRYKER PC LLO<br>500 Energy Plaza<br>409 South 17th Street<br>Omaha, NE 68102 | William R. Pauks<br>FULBRIGHT & JAWORSKI L.L.P.<br>Fulbright Tower<br>1301 McKinney Street, Suite 5100<br>Houston, TX 77010 |
| Gregory P. Hansel<br>PRETI FLAHERTY<br>One City Center<br>PO Box 9546<br>Portland, ME 04112-9546 | | |
| VandeBrake's Counsel | VS Holding's Counsel | The Court |
| Thomas J. Costakis<br>KRIEG DeVAULT LLP<br>One Indiana Square, Suite 2800<br>Indianapolis, IN 46204-2079 | Hayward L. Draper<br>NYEMASTER, GOODE, P.C.<br>700 Walnut Street, Suite 1600<br>Des Moines, IA 50309-3899 | The Honorable Mark W. Bennett, Judge<br>United States District Court<br>Northern District of Iowa<br>PO Box 838<br>Sioux City, IA 51102-0838 |

If you think you are a Class Member and you or your business have not received a Notice in the mail, you must write Class Counsel at the addresses shown above to be added to the list of persons and companies to receive notices and related materials by mail.

**ADDITIONAL INFORMATION:** The description in this Notice is general and does not cover all of the issues and the proceedings thus far. More details about the Lawsuit and the Settlement, including a detailed definition of terms, are in the Settlement Agreement With Great Lakes Concrete, Inc., Kent Robert Stewart, GCC Alliance Concrete, Inc., Steven Keith VandeBrake, and VS Holding Company, F/k/A Alliance Concrete, Inc. ("Settlement Agreement"). You may review the Settlement Agreement and the Court for during business hours at the Office of the Clerk of the United States District Court, United States District Courthouse, 320 Sixth Street, Sioux City, Iowa. You may also direct questions concerning the Settlement to Class Counsel at the addresses above. **Please do not contact the Court directly with any questions.**

Additional information about the Lawsuit and the Settlement may be obtained from the following Internet website:
www.IowaConcreteAntitrustSettlement.com.

/s/ Mark W. Bennett, Judge
United States District Court
Northern District of Iowa

---

Adult choir provides
special music

**First Presbyterian Church**
419 4th St. Ashton
Pastor Dale Lint
Sunday 9 am Worship

**Ashton Bible Church**
140 1st St. Ashton
Pastor Dan Kunnari
9:30 am Sunday School;
10:30 am, Worship service;
7 pm Evening
Worship service

**Harris / Lake Park**

**Harris and Lake Park
United Methodist
Churches**
Harris UMC: 208 N. Main
Lake Park UMC:
1471 135th Ave.
Sunday Worship,
Harris: 9 am;
Lake Park: 10:30 am;
Sunday School, Harris:
10:15 am, Lake Park: 9 am

**Little Rock**

**Salem Reformed Church**
123 1st Ave. Little Rock
Rev. Brian Hellenga
Sunday
9:30 am Sunday Worship,
10:30 am Sunday School, 7
pm Evening Worship s
Junior Fellowship and
RCYF meetings, 7 pm;
7:30 pm, Catheceism classes;
8:15, Candlelight choir

**First Presbyterian Church**
503 Fisher St. Little Rock
Rev. Scott Burdsall
Sunday
9 am Sunday School,
10 am Worship service;
Monday
7 pm Prayer Group
Wednesday
7 pm Youth Club and
Youth Group

**Melvin**

**First Reformed Church**
Rev. Benson Den Hartog
Sunday
9:30 am Morning Worship;
10:45 am Sunday School;
7:30 pm Evening Vespers,
3rd Sunday of monty;
7:30 pm Bible Study
(2nd and 4th Sundays)
Handicap Accessible

---

7:00 pm Evening Worship
**St. Peter Lutheran Church**
1075 Pine St. Ocheyedan
Rev. Russel A. Anderson
Sunday, 9 am Worship,
10:15 Sunday School
**Zion Lutheran Church**
1303 Tanager Ave.
Ocheyedan
Rev. Russell A. Anderson
Sunday
9:30 am Sunday School,
10:30 Worship Service

**Sibley**

**First Presbyterian Church**
601 6th St. Sibley
Rev. Terry P. Simm
Sunday
9 am Sunday School,
10 am Worship, 6 pm Men's
Sunday night Bible Study,
7 pm Four women's circles,
Dorcas, Lydia, Naomi and
Sarah meet once a month.
Wednesday, 6:30 pm Logos,
6:45 pm 7th & 8th grade
Confirmation classes,
7 pm Fellowship of
Carpenter
**St. Andrew's Catholic
Church**
708 8th St. Sibley
Rev. John Vakulskas
5 pm Mass
1st, 3rd, 5th Saturdays
Sunday Mass 10:00 am
**First Baptist Church**
402 6th St. Sibley
Pastor Doug Noonkester
Sunday
9:00 am Traditional Service,
10:05 Sunday School,
11:00 am
Contemporary Service,
12 pm Service Broadcast
over KIWA,
6:30 pm Evening Service
Weds - 7 pm Bible Study &
Prayer; Transformers and
Youth Group
www.2sibley.com
**Sibley Christian
Reformed Church**
115 Maple Dr. Sibley
Pastor Roger Bouwman
Sunday, 9:30 am and
5 pm Worship services
Gems and Cadets 2nd and
4th Mondays of the month
Wednesdays
6:30 pm Men's Bible Study
every other week

---

**Lutheran Church**
704 Poplar Dr. Sibley
Pastor Jim Berka
Saturday
8 am Men's Bible Study
Sunday
9 am Worship Service
Monday
7 pm HTC channel 3
Broadcast of Worship
**Faith Lutheran Church**
700 11th Ave. Sibley
(Meeting at the United
Methodist Church)
Pastor Tim Nappe
Saturday
7 pm Service
**First Reformed Church**
1010 6th St. Sibley
Rev. Gary Van Heukelom
Sunday
9 am Cornerstone Service,
10:10 am Sunday School,
11 am Open Door Gathering
Worship Service, Children
and Worship and Nursery
will be provided at both
Sunday Services.
5:30 pm C-4 (6th-8th
grades) weekly except last
Sunday of the month.
11 am Comunidad Cristiana
Maranata Domingo
Wednesday
9 am 2nd and 4th
Wednesdays,
Mothers Together
(September - May),
7:45 Deep Impact
(9th-12th grades) weekly
throughout school year.
**United Church of Christ
Congregational**
704 4th Ave. Sibley
Rev. Larry A. Laskie
Sunday
10 am Worship
Fellowship Hour
following service
**United Methodist Church**
687 3rd Ocheyedan
700 11th Ave. Sibley
Pastor Shannon Pascual
Sibley
Sunday, 10:30 am Worship,
Sunday School, 10:15 am
Wednesday
J.A.M's - 3:30 pm
Ocheyedan
Sunday School 9 am
9:00 am Worship
Thursday Bible Study 10 am

---

## THIS CHRISTIAN MESSAGE IS SPONSORED BY THE FOLLOWING CONCERNED RESPONSIBLE CITIZENS AND BUSINESSES.



**Sibley Super Foods**
A Friendly Place to Serve
407 9th St., Sibley, Ia.
712-754-3663

**ASB Ashton State Bank**
Ashton, Ia.    MEMBER FDIC
Phone 712-724-6326

**Sibley Nursing & Rehab Center**
700 Ninth Ave. North,
Sibley, Ia. • 712-754-3629

**UNITED FARMERS Co-op**
GEORGE, IA
712-475-3547
ASHTON, IA
712-724-6171
ALLENDORF, IA
712-754-3651
RUSHMORE, MN
507-478-6166

**KEITH M. MERRICK COMPANY, INC.**
*Specialty Printers*
*Since 1931*
507-683-2751
712-754-2503

**OSCEOLA ELECTRIC COOPERATIVE, INC.**
Sibley, Iowa
712-754-2519

**Osceola Community Hospital**
9th Avenue, North, Sibley
712-754-2574

**COUNTRY VIEW MANOR, INC.**
*Resident Centered Care*
100 CEDAR LANE
SIBLEY, IA • 712-754-2568

**The Osceola County GAZETTE-TRIBUNE**
201 9th St., Sibley, Ia.
712-754-2551



# Affidavit of Insertion

This is to certify that the 3 x 14 Great Lakes   Class display ad for **A.B. Data LTD**
**(11084MA0)**
appeared in the

Newspaper: _____Spencer Daily Reporter _____
Run Date(s): _____ 8/25/11_____

Signed by_____(Advertising Manager)

Sworn to and subscribed before me this___1___ day of _September_, 2011.

_____
Notary Public

| NOTARIAL SEAL ★ IOWA ★ | Justine Kelley Commission Number 766449 My Commission Expires 01/27/14 |
|---|---|

6A  The Daily Reporter
Thursday, August 25, 2011

# BUSINESS/AG

## AMBASSADORS VISIT NEW DERM US LOCATION



The Spencer Ambassadors met with Robin Edwards and her staff at the new Derm Us location in downtown Spencer, on West Fourth Street. Edwards told the Ambassadors she has great neighbors and loves being downtown, having just taken part in Derm Us' first-ever Thanks With Franks. The new site, which offers considerably more space, has allowed Derm Us to begin offering a wide variety of services including manicures and pedicures, massage, body treatments and skin care. Derm Us also retails cosmetic and skin care lines. The original north Spencer site, next to Gaul Dermatology, remains open Monday through Thursday offering a full-line of retail products. Hours are 9 a.m. to 6 p.m. Monday through Friday, 9 a.m. to 7:30 p.m. on Thursday, and 10 a.m. to 2 p.m. Saturday. Appointments and walk-ins welcome. (Photo by Randy M. Cauthron)

## Stocks stage afternoon rally

NEW YORK (AP) — A late afternoon surge pushed stocks higher for the third day straight. The Dow Jones industrial average finished with a gain of 144 points Wednesday, but only after veering much of the day from gains to losses and back again.

Gold plunged $104 an ounce and government bond yields rose as investors became less fearful.

An encouraging rise in orders for cars, aircraft and other long-lasting goods in July helped ease worries that the U.S. was headed for another recession. The government said durable goods orders rose 4 percent, the biggest increase since March. Orders fell in June.

The stock market spent most of the day looking like a driver given bad directions. The Dow headed lower at the start of trading, turned up 115 points by 10 a.m., then pulled another U-turn and was down 48 points shortly after midday.

Near the end of the day, the Dow retraced its route and rose steadily in the last 90 minutes of trading to end up 143.95 points, or 1.3 percent, at 11,320.71. The Dow had surged 322 points the day before, the biggest gain since Aug. 11.

The Standard & Poor's 500 index rose 15.25 points, or 1.3 percent, to 1,177.60. The Nasdaq rose 21.63, or 0.9 percent, to 2,467.69.

The yield on the 10-year Treasury note jumped to 2.29 percent from 2.15 percent late Tuesday. The yield had fallen below 2 percent

### LOCAL INTEREST STOCKS
(COURTESY: EDWARD JONES & CO.)

| | | | |
|---|---|---|---|
| APAC | .08.50 | ALLIANT ENERGY | .40.01 |
| BANK OF AMERICA | .06.99 | HILLENBRAND INDS. | .20.16 |
| CASEY'S GENERAL | .41.33 | POLARIS | .102.36 |
| DEERE | .75.10 | SUPERVALU | .06.79 |
| AXCELIS TECHS | .01.38 | WAL-MART | .53.37 |
| EATON | .40.70 | WINNEBAGO | .07.08 |
| US BANCORP | .22.24 | | |
| JC PENNEY | .26.70 | DOW CLOSES | |
| COCA COLA | .69.68 | 11,320.71 UP 143.95 | |

last week, a record low, as investors piled into lower-risk assets. Bond yields fall when demand for them rises.

Large swings in the stock market have been commonplace this August. In the week after Standard & Poor's stripped the U.S. of its AAA rating Aug. 5, the Dow alternated between 400-point gains and losses four days in a row. That had never happened before.

The stock market often takes sudden turns in late August anyway, because fewer traders are at their desks, said Dan Greenhaus, chief global strategist at the brokerage BTIG. Lower trading volumes often make for a more volatile market.

"It's kind of crazy. I blinked and in 15 minutes the market had turned," Greenhaus said. "But in the last two weeks of August, wild swings like this are not out of the ordinary."

Another reason for the recent jumpiness is the debate over the possibility of another U.S. recession. Investors have said they're weighing each economic report for evidence. In this climate, weak economic figures can look encouraging if they're not as bad as most people had feared, Greenhaus said.

Weak economic data can also be seen as a call for the Federal Reserve to announce another rescue effort for the economy, said Abigail Huffman, head of research for Russell Investments. Many investors hope Fed Chairman Ben Bernanke will offer some help when he speaks at a conference on Friday. It was at that same meeting last year that Bernanke made the case for the Fed buying Treasury bonds to lower interest rates and spur spending. That $600 billion bond-buying program, known as QE2, ended in June.

Huffman and other strategists think the Fed is unlikely to start another large bond-buying program. Another stimulus program would risk stoking inflation. "There's a pretty high bar for QE3," she said.

Two days after trading above $1,900 an ounce for the first time, gold fell $104 to $1,757 an ounce as investors became less skittish about holding stocks. Gold lost $30 Tuesday.

***ATTENTION DIRECT PURCHASERS OF
READY-MIX CONCRETE FROM GREAT LAKES CONCRETE, INC.,
ALLIANCE CONCRETE, INC., OR GCC ALLIANCE CONCRETE, INC. ***

NOTICE OF CLASS ACTION SETTLEMENT

IF YOU ARE OR WERE A PERSON OR ENTITY WHO PURCHASED READY-MIX CONCRETE FROM JANUARY 1, 2006 THROUGH DECEMBER 31, 2009 DIRECTLY FROM THE HARTLEY, LAKE PARK, SANBORN, SIBLEY, OR SPENCER READY-MIX CONCRETE PLANTS THAT ALLIANCE CONCRETE, INC. OWNED BEFORE JANUARY 14, 2008 AND THAT GCC ALLIANCE HAS OWNED SINCE THAT DATE, OR GREAT LAKES CONCRETE INC.'S OCHEYDEN, MILFORD, SPENCER, OR SPIRIT LAKE PLANTS, YOU MAY BE ENTITLED TO COMMENT ON, EXCLUDE YOURSELF, OR RECEIVE PAYMENTS FROM THE SETTLEMENT.

PLEASE READ THIS NOTICE CAREFULLY.

[Dense legal class action settlement notice text follows, including sections:]
WHAT THIS LAWSUIT IS ABOUT
WHO IS IN THE CLASS
THE PROPOSED SETTLEMENT
PAYMENT OF ATTORNEYS' FEES AND COSTS
YOUR RIGHTS AND OPTIONS

| | | DEADLINE |
|---|---|---|
| EXCLUDE YOURSELF | ... | October 3, 2011 |
| DO NOTHING | ... | N/A |
| OBJECT | ... | October 3, 2011 |
| GO TO A HEARING | ... | November 1, 2011 |

FAIRNESS HEARING: The Court will hold a hearing—which is called the Fairness Hearing—at the United States District Courthouse, 320 Sixth Street, Sioux City, Iowa, at 9:00 a.m. on November 1, 2011.

APPEAR BY COUNSEL

CONTACT INFORMATION:

| Class Counsel | Great Lakes and Stewart's Counsel | GCC Alliance Concrete's Counsel |
|---|---|---|
| Irwin B. Levin COHEN & MALAD, LLP One Indiana Square, Suite 1400 Indianapolis, IN 46204 | Mark C. Laughlin FRASER STRYKER PC LLO 500 Energy Plaza 409 South 17th Street Omaha, NE 68102 | William R. Pakalka FULBRIGHT & JAWORSKI L.L.P. Fulbright Tower 1301 McKinney Street, Suite 5100 Houston, TX 77010 |
| Gregory P. Hansel PRETI FLAHERTY One City Center Box 9546 Portland, ME 04112-9546 | | |

| VandeBrake's Counsel | VS Holding's Counsel | The Court |
|---|---|---|
| Thomas J. Conlatn KRIEG DeVAULT LLP One Indiana Square, Suite 2800 Indianapolis, IN 46204-2079 | Hayward L. Draper NYEMASTER, GOODE, P.C. 700 Walnut Street, Suite 1600 Des Moines, IA 50309-3899 | The Honorable Mark W. Bennett, Judge United States District Court Northern District of Iowa PO Box 838 Sioux City, IA 51102-0838 |

ADDITIONAL INFORMATION

/s/ Mark W. Bennett, Judge
United States District Court
Northern District of Iowa

Spencer 8/25 # 11084MWB



# Affidavit of Insertion

This is to certify that the 3 x 14 Great Lakes   Class display ad for **A.B. Data LTD**
**(11084MA0)**
appeared in the

Newspaper: _____Spencer Daily Reporter_____

Run Date(s): _____8/30/11_____

Signed by _____(Advertising Manager)

Sworn to and subscribed before me this 12 day of September , 2011.



Notary Public

| | Justine Kelley |
|---|---|
| NOTARIAL SEAL ★ IOWA | Commission Number 766449 My Commission Expires 01/27/14 |

# BUSINESS/AG

much damage the storm would cause. Allstate Corp. rose 8.5 percent, Hartford Financial Services Group Inc. rose 13 percent, and Travelers Cos. Inc. rose 5.1 percent. Insurance and banking stocks in the Standard & Poor's 500 rose 4.2 percent, the most of the 10 company groups that make up the index.

Kinetic Analysis Corp., a consulting firm, sharply lowered its estimate of storm damage from $20 billion late Thursday to $7 billion late Sunday as the storm weakened. Of that amount, insurers would probably have to cover up to $3 billion, Kinetic said. That's less than the $6 billion the industry paid after Hurricane Isabel struck the region in 2003.

"The U.S. came more or less unscathed through the hurricane," said Kim Caughey Forrest, equity research analyst at Fort

Exchange and other major U.S. exchanges opened as usual Monday after making extensive preparations over the weekend. At the NYSE, executives brought in dozens of cots so employees could sleep there to be ready for the opening bell.

The Dow Jones industrial average rose 254.71 points, or 2.3 percent, to close at 11,539.25. It is now down just 0.3 percent for the year. It had been down as much as 7.4 percent for the year on Aug. 10.

The Standard & Poor's 500 index rose 33.28 points, or 2.8 percent, to 1,210.08. The widely used market benchmark is now up 8.1 percent since on Aug. 8, when it hit low for the year because of a downgrade of the U.S. government's credit rating.

The technology-focused Nasdaq composite index rose 82.26, or 3.3 percent,

over the potential of larger gains if the economy does well. The Russell is still down 7.5 percent this year, nearly twice as much as the S&P 500.

Bank of America Corp. rose 8.1 percent, the most of the 30 stocks that make up the Dow average, after the bank said it would sell half of its stake in China Construction Bank Corp. The bank has been selling assets to raise cash to comply with new banking regulations.

Last week, billionaire Warren Buffett's company, Berkshire Hathaway Inc., said it would invest $5 billion in BofA, giving the troubled company a badly needed boost. The nation's largest bank has lost 34 percent of its value over the past year as investors worry that its liabilities from soured mortgages will get worse and that it will have to sell large amounts of stock to raise capital.

## Google helping Iowa businesses get online

DES MOINES (AP) — Iowa will partner with Google and a number of business groups on a program to help companies develop an online presence, Gov. Terry Branstad announced Monday.

Google will provide free websites for one year, along with the technology for businesses to get online, he said. The company also will host September training events in Des Moines, Council Bluffs, Waterloo and Pella.

"This will help businesses get on line quickly and for free," Branstad said Monday at his weekly news conference. "Customers are used to looking for Websites to learn more when they are shopping for goods and services and this campaign is designed to show them how easy it is to get up and running on line and to get customers."

Along with Google, business groups including the Iowa Association of Business and Industry will help with the effort.

Google spokeswoman Becca Ginsberg said the company is launching similar efforts in many other states.

"We're moving across the country to get America's businesses on line," she said. "We're starting in places where we have a presence."

Google previously announced plans to build a $600 million data center near Council Bluffs.

Branstad spokesman Tim Albrecht said no business in the state have stepped forward to express an interest in the effort yet, but they learned of the program only Monday.

Studies have shown that up to 97 percent of consumers research local prod-

ucts and services online before making a purchase, Branstad said. But only 59 percent of the state's small businesses have a presence on the Web.

The events aimed at getting businesses to establish an Internet presence will begin Sept. 12 in Des Moines and continue through Sept. 30 in Pella.

Events in other cities will be added in following months.

Partners will include the Iowa Economic Development Authority, Iowa Association of Business and Industry, the Iowa Small Business Development Center and the Iowa Chamber Alliance.

## ••NOTE••

## DUE TO THE
## LABOR DAY HOLIDAY

There will be early

## ADVERTISING DEADLINES

### Saturday, Sept. 3rd
*NW Iowa Shopper*

Deadline (color ads): Tuesday, Aug. 30th at 2 p.m.
Deadline (B&W ads): Wednesday, Aug. 31st at 2 p.m.

### Tuesday, Sept. 6th
*Daily Reporter*

Deadline: Thursday, Sept. 1st at 2 p.m.

### Wednesday, Sept. 7th
*NW Iowa Shopper*

Deadline (color ads): Thursday, Sept. 1st at 2 p.m.
Deadline (B&W ads): Friday, Sept. 2nd at 2 p.m.

The Daily Reporter Office will be closed
Monday, Sept. 5th

## THE DAILY
# REPORTER
The Northwest Iowa & Blue Water
# Shopper

***ATTENTION DIRECT PURCHASERS OF***
***READY-MIX CONCRETE FROM GREAT LAKES CONCRETE, INC.,***
***ALLIANCE CONCRETE, INC., OR GCC ALLIANCE CONCRETE, INC. ***

**NOTICE OF CLASS ACTION SETTLEMENT**

**IF YOU ARE OR WERE A PERSON OR ENTITY WHO PURCHASED READY-MIX CONCRETE FROM JANUARY 1, 2006 THROUGH DECEMBER 31, 2009 DIRECTLY FROM THE HARTLEY, LAKE PARK, SANBORN, SIBLEY, OR SPENCER READY-MIX CONCRETE PLANTS THAT ALLIANCE CONCRETE, INC. OWNED BEFORE JANUARY 14, 2008 AND THAT GCC ALLIANCE HAS OWNED SINCE THAT DATE, OR GREAT LAKES CONCRETE INC.'S OCHEYDEN, MILFORD, SPENCER, OR SPIRIT LAKE PLANTS, YOU MAY BE ENTITLED TO COMMENT ON, EXCLUDE YOURSELF, OR RECEIVE PAYMENTS FROM THE SETTLEMENT.**

**PLEASE READ THIS NOTICE CAREFULLY.**

Settlements have been reached on behalf of three separate classes of direct purchasers of Ready-Mix Concrete in the lawsuit entitled *In re: Iowa Ready-Mix Concrete Antitrust Litigation,* Case No. 5:10-CV-04038-MWB (the "Lawsuit"), which is pending in the United States District Court for the Northern District of Iowa (the "Court"). You may be a member of one, two, or all three proposed "Settlement Classes" for which settlements have been reached. Please read this **and any other notices from the Lawsuit** carefully to determine if and how your rights may be affected.

This Notice concerns a Settlement between the Plaintiff in the Lawsuit and Defendants Great Lakes Concrete Inc. ("Great Lakes"), Kent Robert Stewart ("Stewart"), GCC Alliance Concrete, Inc. ("GCC Alliance"), Steven Keith VandeBrake ("VandeBrake"), and VS Holding Company, f/k/a Alliance Concrete, Inc. ("VS Holding") (collectively, "Alliance/Great Lakes Class Settling Defendants").

**WHAT THIS LAWSUIT IS ABOUT:** The Lawsuit asserts that Great Lakes, Stewart, GCC Alliance, VandeBrake, and VS Holding conspired in an unlawful conspiracy to raise, fix, maintain, or stabilize the price of Ready-Mix Concrete sold from the Alliance Plants and the Great Lakes Plants at artificially high levels, in violation of the Sherman Act, Title 15, United States Code, Section 1.

**WHO IS IN THE CLASS:** The Court has preliminarily certified the following "Alliance/Great Lakes Settlement Class:" All persons or entities who purchased Ready-Mix Concrete from January 1, 2006 through December 31, 2009 directly from the Hartley, Lake Park, Sanborn, Sibley, or Spencer Plants that Alliance Concrete, Inc. owned before January 14, 2008 and that GCC Alliance has owned since that date, or Great Lakes' Ocheyden, Milford, Spencer, or Spirit Lake plants (the "Alliance/Great Lakes Settlement Class"). You are not an Alliance/Great Lakes Settlement Class Member if you are one of the Defendants, their co-conspirators; or their respective parents, subsidiaries, or affiliates. You are also not an Alliance/Great Lakes Settlement Class Member if you are a federal government entity.

**THE PROPOSED SETTLEMENT:** The Alliance/Great Lakes Class Settling Defendants have agreed to pay the amount of $55,121,412 pursuant to the terms of the Settlement. This Settlement was achieved after a year of litigation and numerous negotiating sessions between Class Counsel and the lawyers for the Alliance/Great Lakes Class Settling Defendants. Because of the inherent risks of litigation, Plaintiff believes that the Settlement provides a fair and efficient resolution of the Plaintiff's and Class Members' claims against the Alliance/Great Lakes Class Settling Defendants. The Court has not made any determination of any liability of the Alliance/Great Lakes Class Settling Defendants for these claims.

Under the terms of the Settlement, the Alliance/Great Lakes Class Settling Defendants have deposited or will deposit their respective Settlement Amounts into a Settlement Fund. Class Counsel will seek Court permission to distribute the Settlement Fund to Class Members and to pay amounts approved by the Court for Class Counsel's attorneys' fees and reasonable expenses, notices to Class Members, and incentive payments to the class representative.

It is anticipated that the proposed distribution of amounts from the remaining balance of the Settlement Fund to participating Class Members will be in direct proportion to the amount of each participating Class Member's purchases of Ready-Mix Concrete from the Alliance/Great Lakes Class Settling Defendants from the Alliance Plants and from the Great Lakes Plants at any time from January 1, 2006 through December 31, 2009, when compared to all such purchases by participating Class Members.

Once the Court approves a method of distributing the Settlement Fund, information about the proposed distribution of settlement funds will be provided to known Class Members, along with Claim Forms and instructions for completing a claim. These materials will also be made available on the settlement website.

**PAYMENT OF ATTORNEYS' FEES AND COSTS:** Class Counsel will file a motion with the Court no later than September 2, 2011 requesting an award of attorneys' fees in the amount of 33-1/3% of the Settlement Amount, and the reimbursement of reasonable expenses, to be paid from the Settlement Fund. The petition will be available on the settlement website. The Court may consider whether to approve the payment of attorneys' fees and expenses in this amount during the Fairness Hearing, or at a later time determined by the Court. These fees and expenses, however, will not be paid until time for appeal and/or any actual appeal of this Settlement has been exhausted.

| YOUR LEGAL RIGHTS AND OPTIONS (YOU MUST CHOOSE AMONG ONE OF THESE OPTIONS) | | DEADLINE |
| --- | --- | --- |
| **EXCLUDE YOURSELF** | You may exclude yourself from the Settlement, in which case you will not be eligible to receive any payments from the Settlement that are approved by the Court or to comment on the Settlement. This is the only option that allows you to be part of any other lawsuit against the Alliance/Great Lakes Class Settling Defendants about the legal claims brought or which could be brought in this case. A request for exclusion must include (i) a statement that you intend to "opt out" or request "exclusion" from the Alliance/Great Lakes Settlement Class; (ii) the full name and current address of the person or entity requesting exclusion; (iii) the title and a statement of authority of any person requesting exclusion on behalf of an entity other than an individual; (iv) the title of the Lawsuit: "*In re: Iowa Ready-Mix Concrete Antitrust Litigation*"; and (v) your signature. The request for exclusion must be sent to Class Counsel at the addresses below, by U.S. Mail, First-Class and postage prepaid, with a postmark on or before October 3, 2011. | October 3, 2011 |
| **DO NOTHING** | If you choose to do nothing, you will remain eligible to receive any payments from the Settlement that are approved by the Court. This will result in a release of any right you may have to pursue the legal claims brought, or which could have been brought, in this case against the Alliance/Great Lakes Class Settling Defendants based on direct purchases from the Hartley, Lake Park, Sanborn, Sibley, or Spencer plants that Alliance Concrete owned until January 14, 2008, and which GCC Alliance has owned since that date or Great Lakes' Ocheyden, Milford, Spencer, or Spirit Lake plants. If you choose to do nothing, and the settlement is approved by the Court, you will be required to submit a Claim Form to receive money from the settlement. | N/A |
| **OBJECT** | Write to the Court if you do not think the Settlement is fair. If you exclude yourself from the Settlement, you may not object. An objection must include (i) a statement that you object to the settlement with the Alliance/Great Lakes Class Settling Defendants; (ii) the full name and current address of the person or entity objecting; (iii) the title and a statement of authority of any person objecting on behalf of an entity other than an individual; (iv) the title of the Lawsuit: "*In re: Iowa Ready-Mix Concrete Antitrust Litigation*"; (v) reasons for your objection and any evidence, briefs, motions, or other materials you intend to offer in support of your objection; and (vi) your signature. The objection must be sent to all the parties and the Court at the addresses below by U.S. Mail, First-Class and postage prepaid, with a postmark on or before October 3, 2011. | October 3, 2011 |
| **GO TO A HEARING** | If you object, you may also ask to speak in Court about the fairness of the Settlement. | November 1, 2011 |

**FAIRNESS HEARING:** The Court will hold a hearing—which is called the Fairness Hearing—at the United States District Courthouse, 320 Sixth Street, Sioux City, Iowa, at 9:00 a.m. on November 1, 2011. At the Fairness Hearing, the Court will consider whether the Settlement is fair, reasonable, and adequate. The Court will consider any objections and listen to people who have made written objections and timely asked to speak at the hearing. After the Fairness Hearing, the Court will decide whether to approve the Settlement.

**APPEAR BY COUNSEL:** The law firms of Cohen & Malad, LLP, and Preti Flaherty Beliveau & Pachios LLP have been appointed by the Court and represent you and other Alliance/Great Lakes Settlement Class Members. These lawyers are called Class Counsel. If you want to be represented by your own lawyer, you may hire one at your own expense. However, any lawyer intending to appear at the Fairness Hearing must be duly admitted to practice law before the United States District Court for the Northern District of Iowa and must file a written appearance no later than October 3, 2011. Copies of the appearance must be served on Class Counsel and counsel for the Alliance/Great Lakes Class Settling Defendants at the addresses included in this Notice in accordance with the Federal Rules of Civil Procedure.

**CONTACT INFORMATION:**

| Class Counsel | Great Lakes' Broker's Counsel | GCC Alliance's Counsel |
| --- | --- | --- |
| Irwin B. Levin | Mark C. Laughlin | William P. Pakalka |
| COHEN & MALAD, LLP | FRASER STRYKER PC LLO | FULBRIGHT & JAWORSKI L.L.P. |
| One Indiana Square, Suite 1400 | 500 Energy Plaza | Fulbright Tower |
| Indianapolis, IN 46204 | 409 South 17th Street | 1301 McKinney Street, Suite 5100 |
| | Omaha, NE 68102 | Houston, TX 77010 |
| Gregory P. Hansel | | |
| PRETI FLAHERTY | | |
| One City Center | | |
| PO Box 9546 | | |
| Portland, ME 04112-9546 | | |

| VandeBrake's Counsel | VS Holding's Counsel | The Court |
| --- | --- | --- |
| Thomas J. Cosdenis | Hayward L. Draper | The Honorable Mark W. Bennett, Judge |
| KRIEG DeVAULT LLP | NYEMASTER, GOODE, P.C. | United States District Court |
| One Indiana Square, Suite 2800 | 700 Walnut Street, Suite 1600 | Northern District of Iowa |
| Indianapolis, IN 46204-2079 | Des Moines, IA 50309-3899 | PO Box 838 |
| | | Sioux City, IA 51102-0838 |

If you think you are a Class Member and you or your business have not received a Notice in the mail, you must write Class Counsel at the addresses shown above to be added to the list of persons and companies to receive notices and related materials by U.S. Mail.

**ADDITIONAL INFORMATION:** The description in this Notice is general and does not cover all of the issues and the proceedings thus far. More details about the Lawsuit and the Settlement, including a detailed definition of terms, are in the Settlement Agreement with Great Lakes Concrete, Inc., Kent Robert Stewart, GCC Alliance Concrete, Inc., Steven Keith VandeBrake, and VS Holding Company, F/K/A Alliance Concrete, Inc. ("Settlement Agreement"). You may review the Settlement Agreement and the Court file during business hours at the Office of the Clerk of the United States District Court, United States District Courthouse, 320 Sixth Street, Sioux City, Iowa. You may also direct questions concerning the Settlement to Class Counsel at the addresses above. **Please do not contact the Court directly with any questions.**

Additional information about the Lawsuit and the Settlement may be obtained from the following Internet website: www.IowaConcreteAntitrustSettlement.com.

/s/ Mark W. Bennett, Judge
United States District Court
Northern District of Iowa

Spencer  8/30  #11084MAO

# Exhibit C-3



# Affidavit of Insertion

This is to certify that the 3 x 14 Siouxland Class display ad for A.B. Data LTD
(11084MA0)
appeared in the

Newspaper: _____Sioux City Journal_____
Run Date(s): _____8/19/11_____

Signed by _____(Advertising Manager)

Sworn to and subscribed before me this ___ day of _____, 2011.

_____
Notary Public

A3

The girl was found safe    spent eight hours' frenzied    peace be amongst themselves
   day searching for the girl    them the girl might have

# Some tax bills may be incorrect

**BY LYNN ZERSCHLING**
lzerschling@siouxcityjournal.com

SIOUX CITY - When some Woodbury County homeowners receive their property tax bills in the next week or so, they might be incorrect.

Treasurer Michael Clayton said some tax statements might have omitted the Homestead Exemption and/or Veteran Exemption that people applied to receive in 2010, or kept the exemptions recorded on the tax statements if they were dropped this past year.

"It's just the new ones added or removed for 2010," Dianne McCall, chief deputy, said Thursday. "It is for those who applied for those exemptions between July 1, 2009, through June 30, 2010. Hopefully the others are OK. ... We're thinking it might be close to 1,100 to 1,200 that omitted these exemptions."

All the county's property tax bills have been certified and ready to mail, with the majority to be sent next week.

She asked the public to wait to see if they receive a corrected property tax bill by Sept. 15 before calling the treasurer's office about the mistake. After Sept. 15, call 270-6495.

By waiting until Sept. 15, she said that will give the employees in several departments time to go through the records and send out corrected statements.

"We're not sure now how long this is going to take," she admitted.

How did the staff discover the error?

"Somebody was checking on a parcel and said they were supposed to have homestead and veteran exemptions and it was not recorded there," she said. "So we decided to check some random ones that were supposed to have these exemptions and they weren't there."

The property tax payments are due Sept. 1, but are not delinquent until Oct. 1.

---

## BRIEFS

**VERMILLION, S.D.**

### USD receives $3 million grant

The University of South Dakota recently received a $3 million federal grant to help children from disadvantaged backgrounds complete secondary school and enroll in graduate school.

Awarded over a five-year period, the grant will continue USD's TRIO Educational Talent Search program. The program provides services for students who are traditionally underrepresented in post-secondary education, predominantly low income and potential first-generation students. The program provides connections to tutoring services and education or counseling services.

USD's grant application was one of 435 out of 968 to receive funding.

**SIOUX CITY**

### Homicide survivor support group forms

The Council on Sexual Assault and Domestic Violence has a new support group for homicide survivors.

The Homicide Survivor Support Group will meet on the second Monday of every month. It is free and open to family and friends who have lost a loved one to homicide. The group will hold its first meeting from 6 to 7:30 p.m. Aug. 12 at Central Baptist Church, 4001 Indian Hills Drive.

For more information please contact CSADV victim's advocate Teresa Schilmoeller at 279-6398 or 258-7233.

---

## CORRECTION

Roger Schultz is the chairman of Greek Fest. His name was incorrect in a story headlined "Chefs prepared for Greek Fest" on Page A3 of the Journal's Aug. 18 edition.

We want to make you a loan!
We lend out money from $100-$3000

**Gentry Finance**
108 MainStreet, North Sioux City, SD
**605-232-4828**



# Can't Wait for Lunchtime

## SPECIALS

Every Tuesday
Buy 1 Burger
Get 1 Burger
FREE!

All Day 11am-11pm

**GRAHAM'S GRILL & PUB**

Exit #1, Dakota Dunes, SD (605)232-8881

---

***ATTENTION DIRECT PURCHASERS OF READY-MIX CONCRETE FROM SIOUXLAND CONCRETE COMPANY OR GCC ALLIANCE CONCRETE, INC.***

**NOTICE OF CLASS ACTION SETTLEMENT**

**IF YOU ARE OR WERE A PERSON OR ENTITY WHO PURCHASED READY-MIX CONCRETE FROM JULY 1, 2008 THROUGH DECEMBER 31, 2009 DIRECTLY FROM SIOUXLAND CONCRETE, INC.'S I.E. MARS NORTH, LE MARS SOUTH, REMSEN, AKRON, MOVILLE OR SERGEANT BLUFF PLANTS, OR SIOUXLAND CONCRETE COMPANY'S 11TH STREET AND STEUBEN STREET PLANTS LOCATED IN SIOUX CITY, IOWA AND THE SOUTH SIOUX CITY, NEBRASKA PLANT, YOU MAY BE ENTITLED TO COMMENT ON, EXCLUDE YOURSELF, OR RECEIVE PAYMENTS FROM THE SETTLEMENT.**

**PLEASE READ THIS NOTICE CAREFULLY.**

Settlements have been reached on behalf of three separate classes of direct purchasers of Ready-Mix Concrete in the lawsuit entitled *In re: Iowa Ready-Mix Concrete Antitrust Litigation*, Case No. 5:10-cv-04038-MWB (the "Lawsuit"), which is pending in the United States District Court for the Northern District of Iowa (the "Court"). You may be a member of one, two, or all three proposed "Settlement Classes" for which settlements have been reached. Please read this **and any other notices from the Lawsuit** carefully to determine if and how your rights may be affected.

This notice concerns a Settlement between the Plaintiffs in the Lawsuit and Defendants Siouxland Concrete Company ("Siouxland"), GCC Alliance Concrete, Inc. ("GCC Alliance"), Steven Keith VandeBrake ("VandeBrake"), and VS Holding Company, f/k/a Alliance Concrete, Inc. ("VS Holding") (collectively, "GCC Alliance/Siouxland Class Settling Defendants").

**WHAT THIS LAWSUIT IS ABOUT:** The Lawsuit asserts that Siouxland, GCC Alliance, VandeBrake, and VS Holding conspired in an unlawful conspiracy to raise, fix, maintain, or stabilize the price of Ready-Mix Concrete sold from the Siouxland Plants and GCC Alliance Plants at artificially high levels, in violation of the Sherman Act, Title 15, United States Code, Section 1. Siouxland is an applicant for leniency under the Department of Justice Antitrust Division's Leniency Program authorized by Pub. L. 108-237, Title II, Subtitle A, §§ 211 to 215 (Note to 15 U.S.C. § 1 *et seq.*), with regard to the matters alleged by Plaintiffs in the Action.

**WHO IS IN THE CLASS:** The Court has preliminarily certified the following "GCC Alliance/Siouxland Settlement Class": All persons or entities who purchased Ready-Mix Concrete from July 1, 2008 through December 31, 2009 directly from GCC Alliance's Le Mars North, Le Mars South, Remsen, Akron, Moville or Sergeant Bluff plants, or Siouxland's 11th Street and Steuben Street plants located in Sioux City, Iowa and the South Sioux City, Nebraska plant (the "GCC Alliance/Siouxland Settlement Class"). You are not a GCC Alliance/Siouxland Settlement Class Member if you are one of the Defendants; their co-conspirators; or their respective parents, subsidiaries, or affiliates. You are also not a GCC Alliance/Siouxland Settlement Class Member if you are a federal government entity.

**THE PROPOSED SETTLEMENT:** The GCC Alliance/Siouxland Class Settling Defendants have agreed to pay the amount of $2,648,253 pursuant to the terms of the Settlement. This Settlement was achieved after a year of litigation and numerous negotiating sessions between Class Counsel and the lawyers for the GCC Alliance/Siouxland Class Settling Defendants. Because of the inherent risks of litigation, Plaintiffs believe that the Settlement provides a fair and efficient resolution of the Plaintiffs' and Class Members' claims against the GCC Alliance/Siouxland Class Settling Defendants. The Court has not made any determination of any liability of the GCC Alliance/Siouxland Class Settling Defendants for these claims.

Under the terms of the Settlement, the GCC Alliance/Siouxland Class Settling Defendants have deposited or will deposit their respective Settlement Amounts into a Settlement Fund. Class Counsel will seek Court permission to distribute the Settlement Fund to Class Members and to pay amounts approved by the Court for Class Counsel's attorneys' fees and reasonable expenses, notices to Class Members, and incentive payments to the class representatives.

It is anticipated that the proposed distribution of amounts from the remaining balance of the Settlement Fund to participating Class Members will be in direct proportion to the amount of each participating Class Member's purchases of Ready-Mix Concrete from the GCC Alliance/Siouxland Class Settling Defendants from the GCC Alliance Plants and from the Siouxland Plants at any time from July 1, 2008 through December 31, 2009, when compared to all such purchases by participating Class Members.

Once the Court approves a method of distributing the Settlement Fund, information about the proposed distribution of settlement funds will be provided to known Class Members, along with Claim Forms and instructions for completing a claim. These materials will also be made available on the settlement website.

**PAYMENT OF ATTORNEYS' FEES AND COSTS:** Class Counsel will file a petition with the Court no later than September 2, 2011, asking for payment of attorneys' fees in the amount of 33-1/3% of the Settlement Amount, and the reimbursement of reasonable expenses, to be paid from the Settlement Fund. The petition will be available on the settlement website. The Court may consider whether to approve the payment of attorneys' fees and expenses in this amount during the Fairness Hearing, or at a later time determined by the Court. These fees and expenses, however, will not be paid until time for appeal and/or appeal of this Settlement has been exhausted.

| YOUR LEGAL RIGHTS AND OPTIONS (YOU MUST CHOOSE AMONG ONE OF THESE OPTIONS) | | DEADLINE |
|---|---|---|
| **EXCLUDE YOURSELF** | You may exclude yourself from the Settlement, in which case you will not be eligible to receive any payments from the Settlement that are approved by the Court or to comment on the Settlement. This is the only option that allows you to be part of any other lawsuit against the GCC Alliance/Siouxland Class Settling Defendants about the legal claims brought or which could be brought in this case. A request for exclusion must include (i) a statement that you intend to "opt out" or request "exclusion" from the GCC Alliance/Siouxland Settlement Class; (ii) the full name and current address of the person or entity requesting exclusion; (iii) the title and a statement of authority of any person requesting exclusion on behalf of an entity other than an individual; (iv) the title of the Lawsuit "*In re: Iowa Ready-Mix Concrete Antitrust Litigation*"; and (v) your signature. The request for exclusion must be sent to Class Counsel at one of the addresses below, by U.S. Mail, First-Class and postage prepaid, with a postmark on or before October 3, 2011. | October 3, 2011 |
| **DO NOTHING** | If you choose to do nothing, you will remain eligible to receive any payments from the Settlement that are approved by the Court. This will result in a release of any right you may have to pursue the legal claims brought, or which could have been brought, in this case against the GCC Alliance/Siouxland Class Settling Defendants based on direct purchases from GCC Alliance's Le Mars North, Le Mars South, Remsen, Akron, Moville or Sergeant Bluff plants or Siouxland's 11th Street and Steuben Street plants located in Sioux City, Iowa and the South Sioux City, Nebraska plant. If you choose to do nothing, and the settlement is approved by the Court, you will be required to submit a Claim Form to receive money from the settlement. | N/A |
| **OBJECT** | Write to the Court if you do not think the Settlement is fair. If you exclude yourself from the Settlement, you may not object. An objection must include (i) a statement that you object to the settlement with the GCC Alliance/Siouxland Class Settling Defendants; (ii) the full name and current address of the person or entity objecting; (iii) the title and a statement of authority of any person objecting on behalf of an entity other than an individual; (iv) the title of the Lawsuit: "*In re: Iowa Ready-Mix Concrete Antitrust Litigation*"; (v) reason for your objection and any evidence, briefs, motions, or other materials you intend to offer in support of your objection; and (vi) your signature. The objection must be sent to all the parties and the Court at the addresses below by U.S. Mail, First-Class and postage prepaid, with a postmark on or before October 3, 2011. | October 3, 2011 |
| **GO TO A HEARING** | If you object, you may also ask to speak in Court about the fairness of the Settlement. | November 1, 2011 |

**FAIRNESS HEARING:** The Court will hold a hearing—which is called the Fairness Hearing—at the United States District Courthouse, 320 Sixth Street, Sioux City, Iowa, at 9:00 a.m. on November 1, 2011. At the Fairness Hearing, the Court will consider whether the Settlement is fair, reasonable, and adequate. The Court will consider any objections and listen to people who have made written objections and timely asked to speak at the hearing. After the Fairness Hearing, the Court will decide whether to approve the Settlement.

**APPEAR BY COUNSEL:** The law firms of Cohen & Malad, LLP, and Pretl Flaherty Beliveau & Pachios LLP have been appointed by the Court and represent you and other GCC Alliance/Siouxland Settlement Class Members. These lawyers are called Class Counsel. If you want to be represented by your own lawyer, you may hire one at your own expense. However, any lawyer intending to appear at the Fairness Hearing must be duly admitted to practice law before the United States District Court for the Northern District of Iowa and must file a written appearance no later than October 3, 2011. Copies of the appearance must be served on Class Counsel and counsel for the GCC Alliance/Siouxland Class Settling Defendants at the addresses included in this Notice in accordance with the Federal Rules of Civil Procedure.

**CONTACT INFORMATION:**

| Class Counsel | Siouxland's Counsel | GCC Alliance's Counsel |
|---|---|---|
| Irwin B. Levin | David E. Everson | William B. Pakalka |
| COHEN & MALAD, LLP | Stinson Morrison Hecker LLP | FULBRIGHT & JAWORSKI L.L.P. |
| One Indiana Square, Suite 1400 | 1201 Walnut Street, Suite 2900 | Fulbright Tower |
| Indianapolis, IN 46204 | Kansas City, MO 64106 | 1301 McKinney Street, Suite 5100 |
| | | Houston, TX 77010 |
| Gregory P. Hansel | | |
| PRETI FLAHERTY | | |
| One City Center | | |
| PO Box 9546 | | |
| Portland, ME 04112-9546 | | |

| VandeBrake's Counsel | VS Holding's Counsel | The Court |
|---|---|---|
| Thomas J. Gaughan | Hayward L. Draper | The Honorable Mark W. Bennett, Judge |
| KRIEG DeVAULT LLP | NYEMASTER, GOODE, P.C. | United States District Court |
| One Indiana Square, Suite 2800 | 700 Walnut Street, Suite 1600 | Northern District of Iowa |
| Indianapolis, IN 46204-2079 | Des Moines, IA 50309-3899 | PO Box 838 |
| | | Sioux City, IA 51102-0838 |

If you think you are a Class Member but do not get your business have not received a Notice in the mail, you must write Class Counsel at the addresses shown above to be added to the list of persons and companies to receive notices and related documents.

**ADDITIONAL INFORMATION:** The description in this Notice is general and does not cover all of the issues and the proceedings thus far. More details about the Lawsuit and the Settlement, including a detailed definition of terms, are in the Settlement Agreement With Siouxland Concrete Company, VS Holding Company f/k/a Alliance Concrete, Inc., GCC Alliance Concrete, Inc., and Steven Keith VandeBrake ("Settlement Agreement"). You may review the Settlement Agreement and the Court file during business hours at the Office of the Clerk of the United States District Court, United States District Courthouse, 320 Sixth Street, Sioux City, Iowa. You may also direct questions concerning the Settlement to Class Counsel at the address above. **Please do not contact the Court directly with any questions.**

Additional information about the Lawsuit and the Settlement may be obtained from the following internet website: www.IowaConcreteAntitrustSettlement.com

/s/Mark W. Bennett
United States District Judge
Northern District of Iowa

Sioux City 8/19   #11084MAS



# Affidavit of Insertion

This is to certify that the 3 x 14 Siouxland  Class display ad for **A.B. Data LTD**
**(11084MA0)**
appeared in the

Newspaper: _____Sioux City Journal_____
Run Date(s): _____8/26/11_____

Signed by_____(Advertising Manager)

Sworn to and subscribed before me this____ day of _____, 2011.

_____
Notary Public

DENISE BRYCE
Commission Number 191358
My Commission Expires
July 28, 2014

SIOUXCITYJOURNAL.COM     **LOCAL**     FRIDAY, AUGUST 26, 2011 A3

learned English.

Roughly 10 years later, the now 24-year-old Coria works as a full-time interpreter for Spanish-speaking patients and the English-speaking medical personnel at Mercy Medical Center-Sioux City as part of the hospital's HOLA program.

Meaning "hello" in Spanish, HOLA is an acronym for Healthcare Opportunities for Latino Advancement.

Started in 2004, the program trains bilingual people as certified nurse assistants (CNA) in order "to achieve more culturally competent care in an increasingly diverse community," according to Mercy human resources manager Pat Rodriguez.

"Hispanics now make up 15 percent of our area's population," Rodriguez said. "HOLA addresses the barriers that keep Hispanics from considering the nursing profession, specifically the lack of academic preparation and money."

Those accepted into the program attend regular CNA classes and acute care orientation as well as receiving training in both English and Spanish medical terminology.

Mercy picks up the tab for the 12 weeks of training and also pays participants a starting wage during their schooling and acute care

Being able to advance in a medical environment was something that appealed to Coria, who learned English in English as a Second Language (ESL) classes taught at South Sioux City High School.

"I became so proficient at the language, I was even asked to assist my teachers in interpreting at parent/teacher conferences," she said.

Interpreting came naturally to Coria since neither of her parents, both Tyson Food employees, speak any English.

"They're pretty stubborn that way," she said.

Hired for the HOLA position, Coria continued her education, earning an associate degree from Western Iowa Tech before transferring to the University of South Dakota, where she earned a Bachelor of Science degree, majoring in science, with minors in Biology and Science, while continuing to work for Mercy.

Since December 2009, Coria has been HOLA's interpreter service coordinator, acting as a go-between for medical personnel and Spanish-speaking patients.

"It's great because every day is different," she said. "I may be interpreting for a serious situation in the emergency department in the morning while

resources manager Pat Rodriguez at (712) 279-2773 or rodrigup@mercyhealth.com.

interpreting for a happy occasion in the maternity unit that afternoon."

Yet Coria said there's a big difference between able to converse in a language and being able to act as an interpreter.

"Doctors often talk in medical jargon, which I may understand, but patients do not," she said. "If a patient has never gone to school, language isn't the only thing that may need to be explained."

That's when Coria digs deeper, ascertaining what means will be needed to foster mutual understanding. Which, Coria said, often leaves her exhausted at the end of the day.

"Interpreting English to Spanish and Spanish into English isn't easy," she allowed. "It sometimes feels like I'm doing two separate jobs."

But Coria wouldn't have it any other way, and it's something she said her family now understands she needed to do.

"I know how scary it feels to be somewhere and not be able to communicate," she said. "Hopefully, I'm making things feel less scary."

## Council delays Morrell demolition contract after error is discovered

**BY DAVE DREESZEN**

ddreeszen@siouxcityjournal.com

SIOUX CITY – A mathematical error threw a monkey wrench into the city's plans Thursday to select a contractor to clean up the former John Morrell site.

Six contractors bid to tear down the nearby packing plant at 1200 Bluff Road. Anderson Excavating Co. of Omaha offered the lowest overall price of $1.017 million. After examining their bid documents, staff found the Omaha contractor did not correctly fill out the unit price for two line items.

Staff then recommended the council accept the bid from the next lowest bidder, Recycled Materials Co. The Arvada, Colo., bid $1.249 million.

At Thursday's special noon meeting, an attorney representing Anderson Contractor asked the council to reconsider, arguing the mistake filling out the paperwork should not disqualify the firm. He said Anderson stands by its overall price of $1.017 million, which he pointed out would save city taxpayers about $230,000, compared to Recycled Materials bid.

At issue was the bid for locating and removing old

sewer lines on the 23-acre site. Anderson bid a total of $23,000 for the two line items, but also entered the same amount for the unit price.

Mayor Mike Hobart voiced support for Anderson, which he said made an honest mistake that did not alter their overall bid. Councilman Tom Padgett questioned whether overlooking the error would establish a future precedent.

Harris Davis, an official with Recycled Materials, made a similar point. "My concern is if you make this kind of concession, it really undermines the whole bidding process," Davis told the council.

At Councilman Aaron Rochester's suggestion, the council agreed to take some time and revisit the issue at a special meeting on Sept. 2. City leaders said the postponement should not delay the start of demolition. The council had been scheduled to issue a bond to the low bidder at its Sept. 12 meeting. After that the contractor would have 120 days to complete the work.

No matter what, even if it takes the second-low bid, the city will save money, compared to the original

## Federal grant accepted

At Thursday's meeting, the City Council formally accepted a $2 million grant from the U.S. Commerce Department that will finance the demolition of the Morrell site.

The federal agency, which had given conditional approval to the grant in April, gave final approval to the funds on Monday.

The money will be used to raze the remaining structures at the vacant pork complex, rip up the foundation and other concrete, parking lots, and tear down the unsightly fence that shields the plant from motorists traveling along Interstate 29.

Federal grant funds not needed for demolition will be used to build a new street through the business park, and relocate city utilities that are in the path of an expansion of Interstate 29.

– Dave Dreeszen

budget projections. Recycled Materials' bid came in at $454,000, or 27 percent below the engineer's estimate of $1.7 million.

**\*\*\*ATTENTION DIRECT PURCHASERS OF READY-MIX CONCRETE FROM SIOUXLAND CONCRETE COMPANY OR GCC ALLIANCE CONCRETE, INC.\*\*\***

**NOTICE OF CLASS ACTION SETTLEMENT**

**IF YOU ARE OR WERE A PERSON OR ENTITY WHO PURCHASED READY-MIX CONCRETE FROM JULY 1, 2008 THROUGH DECEMBER 31, 2009 DIRECTLY FROM GCC ALLIANCE CONCRETE, INC.'S LE MARS NORTH; LE MARS SOUTH; REMSEN, AKRON, MOVILLE OR SERGEANT BLUFF PLANTS, OR SIOUXLAND CONCRETE COMPANY'S 11TH STREET AND STEUBEN STREET PLANTS LOCATED IN SIOUX CITY, IOWA AND THE SOUTH SIOUX CITY, NEBRASKA PLANT, YOU MAY BE ENTITLED TO COMMENT ON, EXCLUDE YOURSELF, OR RECEIVE PAYMENTS FROM THE SETTLEMENT. PLEASE READ THIS NOTICE CAREFULLY.**

Settlements have been reached on behalf of three separate classes of direct purchasers of Ready-Mix Concrete in the lawsuit entitled *In re: Iowa Ready-Mix Concrete Antitrust Litigation*, Case No. 5:10-cv-04038-MWB (the "Lawsuit"), which is pending in the United States District Court for the Northern District of Iowa (the "Court"). You may be a member of one, two, or all three proposed "Settlement Classes" for which settlements have been reached. Please read this **and any other notices** from the **Lawsuit** carefully to determine if and how your rights may be affected.

This notice concerns a Settlement between the Plaintiffs in the Lawsuit and Defendants Siouxland Concrete Company ("Siouxland"), GCC Alliance Concrete, Inc. ("GCC Alliance"), Steven Keith VandeBraak ("VandeBraak"), and VS Holding Company, f/k/a Alliance Concrete, Inc. ("VS Holding") (collectively, "GCC Alliance/Siouxland Class Settling Defendants").

**WHAT THIS LAWSUIT IS ABOUT:** The Lawsuit asserts that Siouxland, GCC Alliance, VandeBraak, and VS Holding conspired in an unlawful conspiracy to raise, fix, maintain, or stabilize the price of Ready-Mix Concrete sold from the Siouxland Plants and GCC Alliance Plants at artificially high levels, in violation of the Sherman Act, Title 15, United States Code, Section 1. Siouxland is an applicant for leniency under the Department of Justice Antitrust Division's Leniency Program authorized by Part I, 108-237, Title II, Subtitle A, §§ 211 to 215 (Note to 15 U.S.C. § 1 *et seq.*), with regard to the matters alleged by Plaintiffs in the Action.

**WHO IS IN THE CLASS:** The Court has preliminarily certified the following "GCC Alliance/Siouxland Settlement Class". All persons or entities who purchased Ready-Mix Concrete from July 1, 2008 through December 31, 2009 directly from GCC Alliance's Le Mars North, Le Mars South, Remsen, Akron, Moville or Sergeant Bluff plants, or Siouxland's 11th Street and Steuben Street plants located in Sioux City, Iowa and the South Sioux City, Nebraska plant (the "GCC Alliance/Siouxland Settlement Class"). You are not a GCC Alliance/Siouxland Settlement Class Member if you are one of the Defendants; their co-conspirators; or their respective parents; subsidiaries, or affiliates. You are also not a GCC Alliance/Siouxland Settlement Class Member if you are a federal government entity.

**THE PROPOSED SETTLEMENT:** The GCC Alliance/Siouxland Class Settling Defendants have agreed to pay the amount of $2,648,253 pursuant to the terms of the Settlement. This Settlement was achieved after a year of litigation and numerous negotiating sessions between Class Counsel and the lawyers for the GCC Alliance/Siouxland Class Settling Defendants. Because of the inherent risks of litigation, Plaintiffs believe that the Settlement provides a fair and efficient resolution of the Plaintiffs' and Class Members' claims against the GCC Alliance/Siouxland Class Settling Defendants. The Court has not made any determination of any liability of the GCC Alliance/Siouxland Class Settling Defendants for these claims.

Under the terms of the Settlement, the GCC Alliance/Siouxland Class Settling Defendants have deposited or will deposit their respective Settlement Amounts into a Settlement Fund. Class Counsel will seek Court permission to distribute the Settlement Fund to Class Members and to pay amounts approved by the Court for Class Counsel's attorneys' fees and reasonable expenses, notices to Class Members, and incentive payments to the class representatives.

It is anticipated that the proposed distribution of amounts from the remaining balance of the Settlement Fund to participating Class Members will be in direct proportion to the amount of each participating Class Member's purchases of Ready-Mix Concrete from the GCC Alliance/Siouxland Class Settling Defendants from the GCC Alliance Plants and from the Siouxland Plants at any time from July 1, 2008 through December 31, 2009, when compared to all such purchases by participating Class Members.

Once the Court approves a method of distributing the Settlement Fund, information about the proposed distribution of settlement funds will be provided to known Class Members, along with Claim Forms and instructions for completing and submitting a claim. These materials will also be made available on the settlement website.

**PAYMENT OF ATTORNEYS' FEES AND COSTS:** Class Counsel will file a petition with the Court no later than September 2, 2011, asking for payment of attorneys' fees in the amount of 33-1/3% of the Settlement Amount, and the reimbursement of reasonable expenses, to be paid from the Settlement Fund. The petition will be available on the settlement website. The Court may consider whether to approve the payment of attorneys' fees and expenses in this amount during their Fairness Hearing, or at a later time determined by the Court. These fees and expenses, however, will be paid until the time first appeal and/or appeal of this Settlement has been exhausted.

**YOUR LEGAL RIGHTS AND OPTIONS (YOU MUST CHOOSE AMONG ONE OF THESE OPTIONS)**

| | | DEADLINE |
|---|---|---|
| **EXCLUDE YOURSELF** | You may exclude yourself from the Settlement, in which case you will not be eligible to receive any payments from the Settlement but are also free to part of any other lawsuit against the GCC Alliance/Siouxland Class Settling Defendants about the legal claims brought or which could be brought in this case. A request for exclusion must include (i) a statement that you intend to "opt out" or request "exclusion" from the GCC Alliance/Siouxland Settlement Class; (ii) the full name and current address of the person or entity requesting exclusion; (iii) the title and a statement of authority of any person requesting exclusion on behalf of an entity other than an individual; (iv) the title of the Lawsuit: "*In re: Iowa Ready-Mix Concrete Antitrust Litigation*"; and (v) your signature. The request for exclusion must be sent to Class Counsel at one of the addresses below, by U.S. Mail, First-Class and postage prepaid, with a postmark on or before October 3, 2011. | October 3, 2011 |
| **DO NOTHING** | If you choose to do nothing, you will remain eligible to receive any payments from the Settlement that are approved by the Court. This will result in a release of any right you may have to pursue the legal claims brought, or which could have been brought, in this case against the GCC Alliance/Siouxland Class Settling Defendants based on direct purchases from GCC Alliance's Le Mars North, Le Mars South, Remsen, Akron, Moville or Sergeant Bluff plants or Siouxland's 11th Street and Steuben Street plants located in Sioux City, Iowa and the South Sioux City, Nebraska plant. If you choose to do nothing, and the settlement is approved by the Court, you will be required to submit a Claim Form to receive money from the settlement. | N/A |
| **OBJECT** | Write to the Court if you do not think the Settlement is fair. If you exclude yourself from the Settlement, you may not object. An objection must include (i) a statement that you object to the settlement with the title of the Lawsuit: "*In re: Iowa Ready-Mix Concrete Antitrust Litigation*"; (ii) the full name and current address of the person or entity objecting; (iii) the title and a statement of authority of any person objecting on behalf of an entity other than an individual; (iv) the title of the Lawsuit: "*In re: Iowa Ready-Mix Concrete Antitrust Litigation*"; (v) reasons for your objection and any evidence, briefs, motions, or other materials you intend to offer in support of your objection; and (vi) your signature. The objection must be sent to all the parties and the Court at the addresses below by U.S. Mail, First-Class, and postage prepaid, with a postmark on or before October 3, 2011. | October 3, 2011 |
| **GO TO A HEARING** | If you object, you may also ask to speak in Court about the fairness of the Settlement. | November 1, 2011 |

**FAIRNESS HEARING:** The Court will hold a hearing—which is called the Fairness Hearing—at the United States District Courthouse, 320 Sixth Street, Sioux City, Iowa, at 9:00 a.m. on November 1, 2011. At the Fairness Hearing, the Court will consider whether the Settlement is fair, reasonable, and adequate. The Court will consider any objections and listen to people who have made written objections and timely asked to speak at the hearing. After the Fairness Hearing, the Court will decide whether to approve the Settlement.

**APPEAR BY COUNSEL:** The law firms of Cohen & Malad, LLP, and Preti Flaherty Beliveau & Pachios LLP have been appointed by the Court and represent you and other GCC Alliance/Siouxland Settlement Class Members. These lawyers are called Class Counsel. If you want to be represented by your own lawyer, you may hire one at your own expense. However, if any lawyer intending to appear at the Fairness Hearing must be duly authorized to practice law before the United States District Court for the Northern District of Iowa and must also file a written appearance no later than October 3, 2011. Copies of the appearance must be served on Class Counsel and counsel for the GCC Alliance/Siouxland Class Settling Defendants at the addresses included in this Notice in accordance with the Federal Rules of Civil Procedure.

**CONTACT INFORMATION:**

| Class Counsel | Siouxland Counsel | GCC Alliance Counsel |
|---|---|---|
| Irwin B. Levin<br>COHEN & MALAD LLP<br>One Indiana Square, Suite 1400<br>Indianapolis, IN 46204 | David E. Everson<br>Stinson Morrison Hecker LLP<br>1201 Walnut Street, Suite 2900<br>Kansas City, MO 64106 | William R. Fukalka<br>FULBRIGHT & JAWORSKI L.L.P.<br>Fulbright Tower<br>1301 McKinney Street, Suite 5100<br>Houston, TX 77010 |
| Gregory P. Hansel<br>PRETI FLAHERTY<br>One City Center<br>PO Box 9546<br>Portland, ME 04112-9546 | | |

| VandeBraak's Counsel | VS Holding's Counsel | The Court |
|---|---|---|
| Thomas J. Coutskis<br>KRIEG DeVAULT LLP<br>One Indiana Square, Suite 2800<br>Indianapolis, IN 46204-2079 | Hayward L. Draper<br>NYEMASTER, GOODE, P.C.<br>700 Walnut Street, Suite 1600<br>Des Moines, IA 50309-3899 | The Honorable Mark W. Bennett, Judge<br>United States District Court<br>Northern District of Iowa<br>PO Box 838<br>Sioux City, IA 51102-0838 |

If you think you are a Class Member and you or your business have not received a Notice in the mail, you want write to Class Counsel at the addresses shown above to be added to the list of persons and companies to receive notices and related materials by U.S. Mail.

**ADDITIONAL INFORMATION:** The description in this Notice is general and does not cover all of the issues and the proceedings thus far. More details about the Lawsuit and the Settlement, including a detailed definition of terms, are in the Settlement Agreement With Siouxland Concrete Company, VS Holding Company F/K/A Alliance Concrete, Inc., GCC Alliance Concrete, Inc., and Steven Keith VandeBraak ("Settlement Agreement"). You may review the Settlement Agreement and the Court file during business hours at the Office of the Clerk of the United States District Court, United States District Courthouse, 320 Sixth Street, Sioux City, Iowa. You may also direct questions concerning the Settlement to Class Counsel at the address above. **Please do not contact the Court directly with any questions.**

Additional information about the Lawsuit and the Settlement may be obtained from the following Internet website: www.IowaConcreteAntitrustSettlement.com.

/s/ Mark W. Bennett, Judge
United States District Court
Northern District of Iowa

Sioux City 8/26 #11084MAO

AUG-15-2011 09:36 From:                                              To:0760128112316157600  P.1



# Affidavit of Insertion

This is to certify that the 3 x 14 Siouxland Class display ad for **A.B. Data LTD**
(11084MA0)
appeared in the

Newspaper: _____LeMars Daily Sentinel_____
Run Date(s): _____8/19/11_____


Signed by _____ (Advertising Manager)

Sworn to and subscribed before me this _19th_ day of _August_, 2011.


_____Patty Roder_____
Notary Public



# Local News

ntinel

...n't been for those ...the learning cen... ...d have made its ...completion date ...delays along the ...l said.

...or factor was the ...weather, which ...nasty shortly after ...gan on the center ...re Christmas.

...had part of the

center's energy load and lighting demand, he said.

Inside the tobacco and alcohol-free building is a large education room with space for tables and chairs to seat 100, conservation department offices, restrooms and a lobby area.

The education room will give Naturalist Victoria De Vos and others space to educate children — the main

"I just don't feel I deserve that honor."

Beeck said conservation board members thought Sohl deserved the recognition for his 36 years of service to the county.

"He's been the one and only director for Plymouth County Conservation," Beeck said. "We just thought it fitting to name it after him."

## le Night: Coaches will preview season

NUED FROM PAGE 1

...tor and Le Mars ...nity activity direc... ...introduce activity ...and coaches.

...nt also features per... ...s by each school's

bands, cheerleaders and dance teams.

KLEM Radio sports director Denny Callahan will interview coaches about the fall sports season.

KLEM's "Kick for Cash" will give three people an

opportunity to kick a field goal and win up to $500: The station is coordinating the annual "Pride Night."

Any weather-related change in location will be announced on 1410 AM and 96.9 FM KLEM Radio.

## ffman: Fair offers ...ething for everyone

NUED FROM PAGE 1

...west Iowa is also ...ted on the state fair ...r Bill Neubrand, of ..., who is a longtime

...and the Hoff... ...ly in a building set ...ir board members, ...e are other living

areas on the grounds.

There are 2,700 campers in the campgrounds and 950 on a waiting list, he said.

He encourages people to come to the fair.

"There's really something for everyone down here — it's non-stop activity," Hoffman said.



e-mail
your ads
and news
to:
sentinel@
lemarscomm.net

**Daily Sentinel**

41 1st Ave NE Le Mars, IA
712-546-7031
1-800-728-0066

## ***ATTENTION DIRECT PURCHASERS OF

### READY-MIX CONCRETE FROM SIOUXLAND CONCRETE COMPANY OR GCC ALLIANCE CONCRETE, INC.***

#### NOTICE OF CLASS ACTION SETTLEMENT

**IF YOU ARE OR WERE A PERSON OR ENTITY WHO PURCHASED READY-MIX CONCRETE FROM JULY 1, 2008 THROUGH DECEMBER 31, 2009 DIRECTLY FROM GCC ALLIANCE CONCRETE, INC.'S LE MARS NORTH, LE MARS SOUTH, REMSEN, AKRON, MOVILLE OR SERGEANT BLUFF PLANTS, OR SIOUXLAND CONCRETE COMPANY'S 11TH STREET AND STEUBEN STREET PLANTS LOCATED IN SIOUX CITY, IOWA AND THE SOUTH SIOUX CITY, NEBRASKA PLANT, YOU MAY BE ENTITLED TO COMMENT ON, EXCLUDE YOURSELF, OR RECEIVE PAYMENTS FROM THE SETTLEMENT.**

*PLEASE READ THIS NOTICE CAREFULLY.*

Settlements have been reached on behalf of three separate classes of direct purchasers of Ready-Mix Concrete in the lawsuit entitled *In re: Iowa Ready-Mix Concrete Antitrust Litigation*, Case No. 5:10-cv-04038-MWB (the "Lawsuit"), which is pending in the United States District Court for the Northern District of Iowa (the "Court"). You may be a member of one, two, or all three proposed "Settlement Classes" for which settlements have been reached. Please read this and **any other notices from the Lawsuit** carefully to determine if and how your rights may be affected.

This notice concerns a Settlement between the Plaintiffs in the Lawsuit and Defendants Siouxland Concrete Company ("Siouxland"), GCC Alliance Concrete, Inc. ("GCC Alliance"), Steven Keith VandeBrake ("VandeBrake"), and VS Holding Company, f/k/a Alliance Concrete, Inc. ("VS Holding") (collectively, "GCC Alliance/Siouxland Class Settling Defendants").

**WHAT THIS LAWSUIT IS ABOUT:** The Lawsuit asserts that Siouxland, GCC Alliance, VandeBrake, and VS Holding conspired in an unlawful conspiracy to raise, fix, maintain, or stabilize the price of Ready-Mix Concrete sold from the Siouxland Plants and GCC Alliance Plants at artificially high levels, in violation of the Sherman Act, Title 15, United States Code, Section 1. Siouxland is an applicant for leniency under the Department of Justice Antitrust Division's Leniency Program authorized by Pub. L. 108-237, Title II, Subtitle A, §§ 211 to 215 (Note to 15 U.S.C. § 1 et seq.), with regard to the matters alleged by Plaintiffs in the Action.

**WHO IS IN THE CLASS:** The Court has preliminarily certified the following "GCC Alliance/Siouxland Settlement Class": All persons or entities who purchased Ready-Mix Concrete from July 1, 2008 through December 31, 2009 directly from GCC Alliance's Le Mars North, Le Mars South, Remsen, Akron, Moville or Sergeant Bluff plants, or Siouxland's 11th Street and Steuben Street plants located in Sioux City, Iowa and the South Sioux City, Nebraska plant (the "GCC Alliance/Siouxland Settlement Class"). You are not a GCC Alliance/Siouxland Settlement Class Member if you purchased Ready-Mix Concrete from the co-conspirators, or their respective parents, subsidiaries, or affiliates. You are also not a GCC Alliance/Siouxland Settlement Class Member if you are a federal government entity.

**THE PROPOSED SETTLEMENT:** The GCC Alliance/Siouxland Class Settling Defendants have agreed to pay the amount of $2,648,253 pursuant to the terms of the Settlement. This Settlement was achieved after a year of litigation and numerous negotiating sessions between Class Counsel and the lawyers for the GCC Alliance/Siouxland Class Settling Defendants. Because of the inherent risks of litigation, Plaintiffs believe that the Settlement provides a fair and efficient resolution of the Plaintiffs' and Class Members' claims against the GCC Alliance/Siouxland Class Settling Defendants. The Court has not made any determination of any liability of the GCC Alliance/Siouxland Class Settling Defendants.

Under the terms of the Settlement, the GCC Alliance/Siouxland Class Settling Defendants have deposited or will deposit their respective Settlement Amounts into a Settlement Fund. Class Counsel will seek Court permission to distribute the Settlement Fund to Class Members and pay amounts approved by the Court to Class Counsel's attorneys' fees and reasonable expenses, notice to Class Members, and incentive payments to the class representatives.

It is anticipated that the proposed distribution of amounts from the remaining balance of the Settlement Fund to participating Class Members will be in direct proportion to the amount of each participating Class Member's purchases of Ready-Mix Concrete from the GCC Alliance/Siouxland Class Settling Defendants from the GCC Alliance Plants and from the Siouxland Plants at any time from July 1, 2008 through December 31, 2009, when compared to all such purchases by participating Class Members.

Once the Court approves a method of distributing the Settlement Fund, information about the proposed distribution of settlement funds will be provided to known Class Members, along with Claim Forms and instructions for completing a claim. These materials will also be made available on the settlement website.

**PAYMENT OF ATTORNEYS' FEES AND COSTS:** Class Counsel will file a petition with the Court no later than September 2, 2011, asking for payment of attorneys' fees in the amount of 33-1/3% of the Settlement Amount, and the reimbursement of reasonable expenses, to be paid from the Settlement Fund. The petition will be available on the settlement website. The Court may consider whether to approve the payment of attorneys' fees and expenses in this amount during the Fairness Hearing, or at a later time determined by the Court. These fees and expenses, however, will not be paid until time for appeal and/or appeal of this Settlement has been exhausted.

#### YOUR LEGAL RIGHTS AND OPTIONS:

| SOURCE OF RIGHTS AND OPTIONS—YOU MUST CHOOSE ONLY ONE OF THESE OPTIONS | | DEADLINE |
|---|---|---|
| **EXCLUDE YOURSELF** | You may exclude yourself from the Settlement, in which case you will not be eligible to receive any payments from the Settlement that are approved by the Court or to comment on the Settlement. This is the only option that allows you to be part of any other lawsuit against the GCC Alliance/Siouxland Class Settling Defendants about the legal claims brought or which could be brought in this case. A request for exclusion must include (i) a statement that you intend to "opt out" or request "exclusion" from the GCC Alliance/Siouxland Settlement Class; (ii) the full name and current address of the person or entity requesting exclusion; (iii) the title and a statement of authority of any person requesting exclusion on behalf of an entity other than an individual; (iv) the title of the Lawsuit: *"In re: Iowa Ready-Mix Concrete Antitrust Litigation"*; and (v) your signature. The request for exclusion must be sent to Class Counsel in one of the addresses below, by U.S. Mail, First-Class and postage prepaid, with a postmark on or before October 3, 2011. | October 3, 2011 |
| **DO NOTHING** | If you choose to do nothing, you will remain eligible to receive any payments from the Settlement that are approved by the Court. This will result in a release of any right you may have to pursue the legal claims brought, or which could have been brought, in this case against the GCC Alliance/Siouxland Class Settling Defendants based on direct purchases from GCC Alliance's Le Mars North, Le Mars South, Remsen, Akron, Moville or Sergeant Bluff plants or Siouxland's 11th Street and Steuben Street plants located in Sioux City, Iowa and the South Sioux City, Nebraska plant. If you choose to do nothing, and the settlement is approved by the Court, you will be required to submit a Claim Form to receive money from the settlement. | N/A |
| **OBJECT** | Write to the Court if you do not think the Settlement is fair. If you exclude yourself from the Settlement, you may not object. An objection must include (i) a statement that you object to the settlement with the GCC Alliance/Siouxland Class Settling Defendants; (ii) the full name and current address of the person or entity objecting; (iii) the title and a statement of authority of any person objecting on behalf of an entity other than an individual; (iv) the title of the Lawsuit: *"In re: Iowa Ready-Mix Concrete Antitrust Litigation"*; (v) reasons for your objection and any evidence, briefs, motions, or other materials you intend to offer in support of your objection; and (vi) your signature. The objection must be sent to all the parties and the Court at the addresses below by U.S. Mail, First-Class and postage prepaid, with a postmark on or before October 3, 2011. | October 3, 2011 |
| **GO TO A HEARING** | If you object, you may also ask to speak in Court about the fairness of the Settlement. | November 1, 2011 |

**FAIRNESS HEARING:** The Court will hold a hearing—which is called the Fairness Hearing—in the United States District Courthouse, 320 Sixth Street, Sioux City, Iowa, at 9:00 a.m. on November 1, 2011. At the Fairness Hearing, the Court will consider whether the Settlement is fair, reasonable, and adequate. The Court will consider any objections and listen to people who have made written objections and timely asked to speak at the hearing. After the Fairness Hearing, the Court will decide whether to approve the Settlement.

**APPEAR BY COUNSEL:** The law firms of Cohen & Malad, LLP, and Preti Flaherty Beliveau & Pachios LLP have been appointed by the Court and represent you and other GCC Alliance/Siouxland Settlement Class Members. These lawyers are called Class Counsel. If you want to be represented by your own lawyer, you may hire one at your own expense. However, any lawyer intending to appear at the Fairness Hearing must be duly admitted to practice law before the United States District Court for the Northern District of Iowa and must file a written appearance no later than October 3, 2011. Copies of the appearance must be served on Class Counsel and counsel for the GCC Alliance/Siouxland Class Settling Defendants at the addresses included in this Notice in accordance with the Federal Rules of Civil Procedure.

**CONTACT INFORMATION:**

| Class Counsel | Siouxland Counsel | GCC Alliance Counsel |
|---|---|---|
| Irwin B. Levin<br>COHEN & MALAD, LLP<br>One Indiana Square, Suite 1400<br>Indianapolis, IN 46204 | David E. Everson<br>Stinson Morrison Hecker LLP<br>1201 Walnut Street, Suite 2900<br>Kansas City, MO 64106 | William R. Pakalka<br>FULBRIGHT & JAWORSKI L.L.P.<br>Fulbright Tower<br>1301 McKinney Street, Suite 5100<br>Houston, TX 77010 |
| Gregory P. Hansel<br>PRETI FLAHERTY<br>One City Center<br>PO Box 9546<br>Portland, ME 04112-9546 | | |
| **VandeBrake's Counsel** | **VS Holding's Counsel** | |
| Thomas J. Costakis<br>KRIEG DeVAULT LLP<br>One Indiana Square, Suite 2800<br>Indianapolis, IN 46204-2079 | Hayward L. Draper<br>NYEMASTER, GOODE, P.C.<br>700 Walnut Street, Suite 1600<br>Des Moines, IA 50309-3899 | The Honorable Mark W. Bennett, Judge<br>United States District Court<br>Northern District of Iowa<br>PO Box 838<br>Sioux City, IA 51102-0838 |

If you think you are a Class Member and you or your business have not received a Notice in the mail, you must write Class Counsel at the addresses shown above to be added to the list of persons and companies to receive notices and related materials by U.S. Mail.

**ADDITIONAL INFORMATION:** The description in this Notice is general and does not cover all of the issues and the proceedings thus far. More details about the Lawsuit and the Settlement, including a detailed definition of terms, are in the Settlement Agreement With Siouxland Concrete Company, VS Holding Company F/K/A Alliance Concrete, Inc., GCC Alliance Concrete, Inc., and Steven Keith VandeBrake ("Settlement Agreement"). You may review the Settlement Agreement and the Court file during business hours at the Office of the Clerk of the United States District Court, United States District Courthouse, 320 Sixth Street, Sioux City, Iowa. You may also direct questions concerning the Settlement to Class Counsel at the address above. **Please do not contact the Court directly with any questions.**

Additional information about the Lawsuit and the Settlement may be obtained from the following Internet website:
*www.IowaConcreteAntitrustSettlement.com*.

/s/ Mark W. Bennett, Judge
United States District Court
Northern District of Iowa

## w Name...Same great service

**r Customers,**

...os Inc bought out Consolidated Energy in Le Mars effective August 1, 2011. The same ...n LeMars as it was with Consolidated Energy.

### We would like to invite you to the Convention Center in Le Mars
### on the 23rd of August 2011 starting at 6 pm to 8 pm.

...ld like to meet everyone and tell you about Sapp Bros and ...e can offer you and the new products that we can sell you. ...os Inc. has been in existence for 40 years and we are only ...l as our employees. We do have a good team and we ...r business on treating our customers as our guests. ...w we have to earn your business and we feel with the ...eam that we have at Le Mars that we can offer you ...itive prices and quality products.

...have a drawing for two tickets for the ...s. Neb  football game and you also can ...for the 48 inch water gator that we will be giving ...September 17.

...see you there.

...ch Crandall
...nt



**SAPP BROS.**

**Sapp Bros Petroleum, Inc.**

1788 18th St. SW    |    Le Mars, IA 51031
712-546-8052    |    800-228-9303    |    Fax 712-546-6108



8/19 Lemars



# Affidavit of Insertion

This is to certify that the 3 x 14 display ad for A.B. Data LTD (11084MA0)
appeared in the

Newspaper: _____LeMars Daily Sentinel_____
Run Date(s): _____8/26/11_____

Signed by_____(Advertising Manager)

Sworn to and subscribed before me this 6 day of Sept , 2011.

_____
Notary Public



JUDY BARNABLE
COMMISSION NUMBER 759035
MY COMMISSION EXPIRES

# Local News

/ Sentinel

Friday, August 26, 2011 • Page 3

hiest state in the country.
ersen said the walk is
y for Le Mars to show
ents are serous about the
hiest State program and
ey to becoming a Blue
community, according to
sen.

llmark Blue Cross and
Shield has committed

said.

"I think it's a phenomenal
opportunity for us to continue
further the quality of life push
we started with the Community Betterment Program (CBP)
in 2002," she said.

The CBP was a Le Mars
program that expanded recreation-related facilities in the

emphasis areas, Petersen
said. They are healthy living,
youth development, and social
responsibility.

"We look forward to working
with the city and businesses to
begin our journey to becoming
the healthiest state," Petersen
said.

## Vasmer Post: Facade changes, ural work to begin in spring

CONTINUED FROM PAGE 1

many community and
ly events.

ion members Mike
in and Scott Bixenman
rheaded the improvement
project, which included
rant proposal written by
olds.

s Hemmingson and
a Mayrose of the Le
Historic Preservation
mission have also been

involved in the project planning.

An assessment of the
building to determine what
remained from the past was
completed by Tim Reinders
of the Iowa Department of
Economic Development
(DED) Design program.

"We can take it back to one
of the stages it was at one
time — not to the original
look, but it will have the glass
block that was there at one

time," Reynolds said.

Only nine of the 16 Iowa
communities participating
in the Main Street program
received the federal grants,
Reynolds said.

"We're delighted that we
got a grant and they aren't
sure if there will be more
grants offered since there are
such cuts nationally — this
could be some of the last
grants we see," she said.

## ter fight: Event builds connections among squads

CONTINUED FROM PAGE 1

ere will be men's and
en's teams, and trophies
e awarded to the first four
s.

said that several people
e Le Mars fire squad travel

to similar events in other communities as well.

"We like to offer our own
so people from other towns
can have the opportunity to
come here to see community,
see our fire fighting equipment
and have a good time," Ship-

per said. "A lot of times when
fire departments get together,
it's because of major event, a
major fire. This is more of a
social event, get to know each
other, meet on good terms in a
social situation — build camaraderie."



THE TURN AROUND

CALL 712-546-8486 FOR MORE INFORMATION.

CLASSES FILLING FAST!!

QUALIFIED INSTRUCTORS

AGES 3 THROUGH ADULT

CHECK OUT OUR:
BALLET, HIP-HOP, JAZZ, MODERN DANCE, TAP,
TUMBLING, GYMNASTICS & TAE KWON DO

YOU WILL FLIP
FOR THE MOST COMPLETE
DANCE AND GYMNASTICS STUDIO
IN NORTHWEST IOWA

***ATTENTION DIRECT PURCHASERS OF
READY-MIX CONCRETE FROM SIOUXLAND CONCRETE
COMPANY OR GCC ALLIANCE CONCRETE, INC.***

NOTICE OF CLASS ACTION SETTLEMENT

IF YOU ARE OR WERE A PERSON OR ENTITY WHO PURCHASED READY-MIX CONCRETE FROM JULY 1, 2008 THROUGH DECEMBER 31, 2009 DIRECTLY FROM GCC ALLIANCE CONCRETE, INC.'S LE MARS NORTH, LE MARS SOUTH, REMSEN, AKRON, MOVILLE OR SERGEANT BLUFF PLANTS, OR SIOUXLAND CONCRETE COMPANY'S 11TH STREET AND STEUBEN STREET PLANTS LOCATED IN SIOUX CITY, IOWA AND THE SOUTH SIOUX CITY, NEBRASKA PLANT, YOU MAY BE ENTITLED TO COMMENT ON, EXCLUDE YOURSELF, OR RECEIVE PAYMENTS FROM THE SETTLEMENT.

PLEASE READ THIS NOTICE CAREFULLY

Settlements have been reached on behalf of three separate classes of direct purchasers of Ready-Mix Concrete in the lawsuit entitled In re: Iowa Ready-Mix Concrete Antitrust Litigation, Case No. 5:10-cv-04038-MWB (the "Lawsuit"), which is pending in the United States District Court for the Northern District of Iowa (the "Court"). You may be a member of one, two, or all three proposed "Settlement Classes" for which settlements have been reached. Please read this and any other notices from the Lawsuit carefully to determine if and how your rights may be affected.

This notice concerns a Settlement between the Plaintiffs in the Lawsuit and Defendants Siouxland Concrete Company ("Siouxland"), GCC Alliance Concrete, Inc. ("GCC Alliance"), Seven Keith VandeBrake ("VandeBrake"), and VS Holding Company, f/k/a Alliance Concrete, Inc. ("VS Holding") (collectively, "GCC Alliance/Siouxland Settling Defendants").

WHAT THIS LAWSUIT IS ABOUT: The Lawsuit asserts that Siouxland, GCC Alliance, VandeBrake, and VS Holding conspired in an unlawful conspiracy to raise, fix, maintain, or stabilize the price of Ready-Mix Concrete sold from the Siouxland Plants and GCC Alliance Plants at artificially high levels, in violation of the Sherman Act, Title 15, United States Code, Section 1. Siouxland is an applicant for leniency under the Department of Justice Antitrust Division's Leniency Program authorized by Pub. L. 108-237, Title II, Subtitle A, §§ 211 to 215 (Note to 15 U.S.C. § 1 et seq.), with regard to the matters alleged by Plaintiffs in the Action.

WHO IS IN THE CLASS: The Court has preliminarily certified the following "GCC Alliance/Siouxland Settlement Class": All persons or entities who purchased Ready-Mix Concrete from July 1, 2008 through December 31, 2009 directly from GCC Alliance's Le Mars North, Le Mars South, Remsen, Akron, Moville or Sergeant Bluff plants, or Siouxland's 11th Street and Steuben Street plants located in Sioux City, Iowa and the South Sioux City, Nebraska plant (the "GCC Alliance/Siouxland Settlement Class"). You are not a GCC Alliance/Siouxland Settlement Class Member if you are one of the Defendants; their co-conspirators, or their respective parents, subsidiaries, or affiliates. You are also not a GCC Alliance/Siouxland Settlement Class Member if you are a federal government entity.

THE PROPOSED SETTLEMENT: The GCC Alliance/Siouxland Class Settling Defendants have agreed to pay the amount of $32,648,253 pursuant to the terms of the Settlement. This Settlement was achieved after a year of litigation and numerous negotiating sessions between Class Counsel and the lawyers for the GCC Alliance Plants and GCC Alliance/Siouxland Class Settling Defendants. Because of the inherent risks of litigation, Plaintiffs believe that the Settlement provides a fair and efficient resolution of the Plaintiffs' and Class Members' claims against the GCC Alliance/Siouxland Class Settling Defendants. The Court has not made any determination of any liability of the GCC Alliance/Siouxland Class Settling Defendants for these claims.

Under the terms of the Settlement, the GCC Alliance/Siouxland Class Settling Defendants have provided or will deposit their respective Settlement Amounts into a Settlement Fund. Class Counsel will seek Court permission to distribute the Settlement Fund to Class Members and to pay amounts approved by the Court for Class Counsel's attorneys' fees and reasonable expenses, notices to Class Members, and incentive payments to the class representatives.

It is anticipated that the proposed distribution of amounts from the remaining balance of the Settlement Fund to participating Class Members will be in direct proportion to the amount of each participating Class Member's purchases of Ready-Mix Concrete from the GCC Alliance/Siouxland Class Settling Defendants from the GCC Alliance Plants and from the Siouxland Plants at any time from July 1, 2008 through December 31, 2009, when compared to all such purchases by participating Class Members.

Once the Court approves a method of distributing the Settlement Fund, information about the proposed distribution of settlement funds will be provided to known Class Members, along with Claim Forms and instructions for completing a claim. These materials will also be made available on the settlement website.

PAYMENT OF ATTORNEYS' FEES AND COSTS: Class Counsel will file a petition with the Court no later than September 2, 2011, asking for payment of attorneys' fees in the amount of 33-1/3% of the Settlement Amount, and the reimbursement of reasonable expenses, to be paid from the Settlement Fund. The petition will be available on the settlement website. The Court may consider whether to approve the payment of attorneys' fees and expenses in this amount during the Fairness Hearing, or at a later time determined by the Court. These fees and expenses, however, will not be paid until time for appeal and/or appeal of this Settlement has been exhausted.

| YOUR LEGAL RIGHTS AND OPTIONS YOU MUST CHOOSE AMONG ONE OF THESE OPTIONS | | DEADLINE |
|---|---|---|
| EXCLUDE YOURSELF | You may exclude yourself from the Settlement, in which case you will not be eligible to receive any payments from the Settlement that are approved by the Court or to comment on the Settlement. This is the only option that allows you to be part of any other lawsuit against the GCC Alliance/Siouxland Class Settling Defendants about the legal claims brought or which could be brought in this case. A request for exclusion must include (i) a statement that you intend to "opt out" or request "exclusion" from the GCC Alliance/Siouxland Settlement Class; (ii) the full name and current address of the person or entity requesting exclusion; (iii) the title and a statement of authority of any person requesting exclusion on behalf of an entity other than an individual; (iv) the title of the Lawsuit: "In re: Iowa Ready-Mix Concrete Antitrust Litigation"; and (v) your signature. The request for exclusion must be sent to Class Counsel at one of the addresses below, by U.S. Mail, First-Class and postage prepaid, with a postmark on or before October 3, 2011. | October 3, 2011 |
| DO NOTHING | If you choose to do nothing, you will remain eligible to receive any payments from the Settlement that are approved by the Court. This will result in a release of any right you may have to pursue the legal claims brought, or which could have been brought, in this case against the GCC Alliance/Siouxland Class Settling Defendants based on direct purchases from GCC Alliance's Le Mars North, Le Mars South, Remsen, Akron, Moville or Sergeant Bluff plants or Siouxland's 11th Street and Steuben Street plants located in Sioux City, Iowa and the South Sioux City, Nebraska plant. If you choose to do nothing, and the settlement is approved by the Court, you will be required to submit a Claim Form to receive money from the settlement. | N/A |
| OBJECT | Write to the Court if you do not think the Settlement is fair. If you exclude yourself from the Settlement, you may not object. An objection must include (i) a statement that you object to the settlement with the GCC Alliance/Siouxland Class Settling Defendants; (ii) the full name and current address of the person or entity objecting; (iii) the title and a statement of authority of any person objecting on behalf of an entity other than an individual; (iv) the title of the Lawsuit: "In re: Iowa Ready-Mix Concrete Antitrust Litigation"; (v) reasons for your objection and any evidence, briefs, motions, or other materials you intend to offer in support of your objection; and (vi) your signature. The objection must be sent to all the parties and the Court at the addresses below by U.S. Mail, First-Class and postage prepaid, with a postmark on or before October 3, 2011. | October 3, 2011 |
| GO TO A HEARING | If you object, you may also ask to speak in Court about the fairness of the Settlement. | November 1, 2011 |

FAIRNESS HEARING: The Court will hold a hearing—called the Fairness Hearing—at the United States District Courthouse, 320 Sixth Street, Sioux City, Iowa, at 9:00 a.m. on November 1, 2011. At the Fairness Hearing, the Court will consider whether the Settlement is fair, reasonable, and adequate. The Court will consider any objections and listen to people who have made written objections and timely asked to speak at the hearing. After the Fairness Hearing, the Court will decide whether to approve the Settlement.

APPEAR BY COUNSEL: The law firms of Cohen & Malad, LLP, and Preti Flaherty Beliveau & Pachios LLP have been appointed by the Court and represent you and other GCC Alliance/Siouxland Settlement Class Members. These lawyers are called Class Counsel. If you want to be represented by your own lawyer, you may hire one at your own expense. However, any lawyer intending to appear at the Fairness Hearing must be duly admitted to practice law before the United States District Court for the Northern District of Iowa and must file a written appearance no later than October 3, 2011. Copies of the appearance must be served on Class Counsel and counsel for the GCC Alliance/Siouxland Class Settling Defendants at the addresses indicated in this Notice in accordance with the Federal Rules of Civil Procedure.

CONTACT INFORMATION:

| Class Counsel | Siouxland's Counsel | GCC Alliance's Counsel |
|---|---|---|
| Irwin B. Levin COHEN & MALAD, LLP One Indiana Square, Suite 1400 Indianapolis, IN 46204 | David E. Everson Stinson Morrison Hecker LLP 1201 Walnut Street, Suite 2900 Kansas City, MO 64106 | William B. Pakalka FULBRIGHT & JAWORSKI L.L.P. Fulbright Tower 1301 McKinney Street, Suite 5100 Houston, TX 77010 |
| Gregory P. Hansel PRETI FLAHERTY One City Center PO Box 9546 Portland, ME 04112-9546 | | |
| VandeBrake's Counsel | VS Holding's Counsel | The Court |
| Thomas J. Costakis KRIEG DeVAULT LLP One Indiana Square, Suite 2800 Indianapolis, IN 46204-2079 | Hayward L. Draper NYEMASTER, GOODE, P.C. 700 Walnut Street, Suite 1600 Des Moines, IA 50309-3899 | The Honorable Mark W. Bennett, Judge United States District Court Northern District of Iowa PO Box 838 Sioux City, IA 51102-0838 |

If you think you are a Class Member and you or your business have not received a Notice in the mail, you must write to Class Counsel at the addresses shown above to be added to the list of persons and companies to receive notices and related materials by U.S. Mail.

ADDITIONAL INFORMATION: The description in this Notice is general and does not cover all of the issues and the proceedings thus far. More details about the Lawsuit and the Settlement, including a detailed definition of terms, are in the Settlement Agreement With Siouxland Concrete Company, VS Holding Company F/K/A Alliance Concrete, Inc., GCC Alliance Concrete, Inc., and Steven Keith VandeBrake ("Settlement Agreement"). You may review the Settlement Agreement and the Court file during business hours at the Office of the Clerk of the United States District Court, United States District Courthouse, 320 Sixth Street, Sioux City, Iowa. You may also direct questions concerning the Settlement to Class Counsel at the address above. Please do not contact the Court directly with any questions.

Additional information about the Lawsuit and the Settlement may be obtained from the following Internet website: www.IowaConcreteAntitrustSettlement.com

/s/ Mark W. Bennett, Judge
United States District Court
Northern District of Iowa

8/26 Lemars